**Gina Rickard**
38950 Trinidad Circle
Palm Springs, Calif. 92264
(760) 668-0441

Plaintiff in propria persona

FILED
CLERK, U.S. DISTRICT COURT

DEC 22 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

Gina Rickard, Tami Wendel

Plaintiffs.

(1) Todd Shields, in his official and individual capacity; (2) Deputy DOES 1-20 in THEIR official and corporate capacity; (3) Eric M. Kodadian SBN 288148 in his official and individual capacity; (4) KODADIAN LAW PC in its corporate and official capacity; (5) Steve Hodgkins in his official and individual capacity; (7) Don Hopp in his official and individual capacity; (8) Mary Fitzpatrick in her official and individual capacity; (9) Lee Knickerbacker in his official and individual capacity; (10) Joseph "Joey" Powell SBN 227528 in his official and individual capacity; (11) Brendan Bybee SBN 12342 (Nevada) in his corporate and individual capacity; (12) DOES 1-10, inclusive; all sued under the Color of Law where applicable. (13) Layne Rushforth SBN 1004 (Nevada) is sued in his official and individual capacity;

Defendants

Case No. EDCV20-2637-JWH (KKx)

PLAINTIFF'S VERIFIED COMPLAINT AND CLAIM FOR DAMAGES against all Defendants, and each and every Defendant for:

1. Fraud and Swindle Denial of Intangible Right to Honest Services **Title 18 U.S.C. §§ 1343, 1345, 1346, 1349**(where applicable under color of law)

2. Quiet Title for Real properties located at 929 Calle Miramar, Redondo Beach, CA 90277, 38950 Trinidad Circle, Palm Springs, CA 92264, KAKZ-TV Channel 4, 17100 N. Indian Canyon Dr., Palm Springs, CA 92258, and 2124 River City Drive, Laughlin, Nevada 89029, **Title 28 U.S.C. §§ 1343(a)(1)(2)(3)(4), 2409, 2410, 2680(h);** Defamation of Character, Libel and Slander of Title, Violation of Consumer Protection statutes **Title 15 U.S.C. § 1681**

3. Perjury **18 U.S.C. §§ 1001, 1621, 1622, 1623,** Malicious Prosecution, Bad Faith, False, Fictitious or Fraudulent Statement or Entry

4. Violation of rights and Due Process secured by Constitution for the United States and the Constitution for the State of California

5. Violation of California Government Code § 815 and California Government Code §§ 814.5(1) - 814.5.60

(1)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

6. Racketeering, Aiding and Abetting **Title 18 U.S.C. §§ 2, 3, 4;** Wire Fraud, mail fraud Title **18 U.S.C. §§ 1343,** 1346; Conspiracy against Rights, Title 18 U.S.C. §§ 241, 242; Civil Rights Violations, Conspiracy, Embezzlement against estate Title 18 U.S.C. §§ 153, 1595; Title 18 U.S.C. § 1951-1962(a)(b)(c), terrorist threats

7. Accounting against all defendants

8. Unjust Enrichment, False Claims **Title 31 U.S.C. § 3729, Title 18 U.S.C. § 666,** Intentional Infliction of Emotional Distress, Stalking;

9. Injunctive Relief **28 U.S.C. Rule 65(b)(1)(A)**

10. Wrongful Eviction of Owner and Tenant in Possession, Fraud, Bad Faith, Trespass

11. Taking of real property by use of fraud deception and racketeering

12. Each Defendant is to show cause as to their involvement with the real properties located at 929 Calle Miramar, Redondo Beach, CA 90277; 38950 Trinidad Circle, Palm Springs, CA 92264; KAKZ TV Channel 4, 17100 N. Indian Canyon Dr., Palm Springs, CA 92258; and 2124 River City Drive, Laughlin, Nevada 89029

13. **Title 28 U.S.C. § 1746**

DEMAND FOR JURY TRIAL

PLAINTIFF   Gina Rickard   and Tami Wendel

allege the following:

## **JURISDICTION**

1. The transactions and events which are the subject matter of this Complaint all occurred within the County of Riverside and/or the County of Los Angeles in and for the State of California, and the County of Clark in the State of Nevada.

2. The subject properties are located at: 929 Calle Miramar, Redondo Beach, Calif. 90277 (where Defendants kicked out renters and sold the property); 38950 Trinidad Circle, Palm Springs, Calif. 92264 (where Plaintiffs were illegally removed via fraudulent Unlawful Detainer, and where



1   Plaintiffs were denied any access to life saving medical devices, inhalers, breathing machines, medical

2   supplies, medications, vehicles, currency, food, clothing); KAKZ TV Channel 4, 17100 N. Indian

3   Canyon Dr., Palm Springs, Calif. 92258 (where all the locks were changed, Plaintiffs were locked out,

4   and where Plaintiffs' personal property was stolen: vehicles, computers, mail, and checks in the amount

5   of $48,000.00 and $175,000.00);  and 2124 River City Drive, Laughlin, Nevada 890299 (where

6   Defendants locked Plaintiffs out by changing all the locks which denied Plaintiffs any access to their

7   home and property)

8          3.  The United States District Court for the Central District of California has original jurisdiction

9   and subject matter jurisdiction over all parties and all claims for damages:  Violations regarding Real

10  Property Quiet Title **28 U.S.C. §§ 1331, 1343(a)(1)(2)(3)(4), 2409, 2410, 2680(h)**; of Civil Rights (**Title**

11  **42 U.S.C. §§ 1981, 1983, 1985, 1986, 1988**), violations of **14th Amendment** rights to Equal Protection,

12  Due Process of law, Constitution; False charges, Perjury 18 **U.S.C. § 1621, 1622, 1623**, Malicious

13  Prosecution, Bad Faith, False, Fictitious or Fraudulent Statement or Entry Title 18 U.S.C. § 1001,

14  Violation of rights secured by Constitution for the United States, Constitution for the State of California,

15  Violation of California Government Code § 7.14 and California Government Code §§ 11425.10 –

16  11425.60, Aiding and Abetting Title 18 U.S.C. §§ 2, 3, 4; Conspiracy against Rights, Title 18 U.S.C. §§

17  241, 242; Civil Conspiracy, Perjury, Embezzlement against estate Title 18 U.S.C. §§ 153, 1595, 1621,

18  1622, 1623; Violation of RICO Title 18 U.S.C. § 1951-1962(a)(b)(c), terrorist threats; Accounting,

19  Violation of 6th Amendment, Concealment, Fraud and Swindle, Denial of Intangible Right to Honest

20  Services Title 18 U.S.C. §§ 1343, 1345,, 1346, 1349; Extortionate Credit Transactions Title 18 U.S.C. §

21  891(7); Unjust Enrichment, False Claims Title 31 § 3729, Title 18 § 666; Intentional Infliction of

22  Emotional Distress, Stalking, Defamation of Character, Libel, Violation of Consumer Protection statutes

23  Title 15 U.S.C. § 1681, Wrongful Eviction of Owner and Tenant in Possession, Fraud, Bad Faith,

24  Trespass, Declaratory Relief and Injunctive Relief 28 U.S.C. Rule 65(b)(1)(A).  Each Defendant is

25  ordered to show cause as to their involvement with the real property at 929 Calle Miramar, Redondo

26  Beach, Calif. 90277;  38950 Trinidad Circle, Palm Springs, Calif. 92264 (UD); KAKZ TV Channel 4,

27  17100 N. Indian Canyon Dr., Palm Springs, Calif. 92258; and 2124 River City Drive, Laughlin, Nevada

1       4. Title 42 U.S.C. Civil Rights sections 1981, 1983, 1985(3), 1986 provides civil remedies

2 authorized by law for Plaintiffs to redress the deprivation of their rights under color of laws, statutes,

3 regulation, custom and usage of action proper under Title 28 U.S.C. §§ 1331, 1343(a) (1, 2 3 and 4),

4 1334, 1391(b), 1746, 2409a, 2410 Actions affecting property on which United States has lien or interest,

5 section (c) for an injunction and restraining order against all defendants, pursuant to 28 U.S.C. § 1651

6 against all defendants relating to Plaintiff Gina Rickard's real properties described commonly as: 929

7 Calle Miramar, Redondo Beach, Calif. 90277; (kicked out renters, sold it, kicked out) 38950 Trinidad

8 Circle, Palm Springs, Calif. 92264 (UD); KAKZ TV Channel 4, 17100 N. Indian Canyon Dr., Palm

9 Springs, Calif. 92258; and 2124 River City Drive, Laughlin, Nevada 89029.

10       5. This Court also has original jurisdiction and subject matter jurisdiction regarding the

11 administrative adjudication process all causes of action -real estate, criminal, and civil. California

12 Government Code § 7.14 and California Government Code §§ 11425.10-11425.60, which requires that

13 the agency shall give the person to which the agency action is directed notice and an opportunity to be

14 heard, including the opportunity to present and rebut evidence; the agency shall make available to the

15 person to which the agency action is directed a copy of the governing procedure, ... the hearing shall be

16 open to public observation, ... , and the United States, *inter alia,* as set out above and herein.

17       6. Plaintiff requests leave to amend in the event new information is discovered.

18 **PARTIES**

19       7. Plaintiff Gina Rickard ("Gina" or "Plaintiff") and    her 4 children , and Tami Wendel live

20 in California at 38950 Trinidad Circle, Palm Springs . 92264

21     Gina asked her to stay after Clark passed. Tami is Gina;s best friend.

22 exception of Chantel, who frequently stays with Gina. Plaintiff Gina Rickard is the designated Heir to

23 the following real properties: KAKZ TV Channel 4, 17100 N. Indian Canyon Dr., Palm Springs, Calif.

24 92258; and 2124 River City Drive, Laughlin, Nevada 89029. 38950 Trinidad Circle, Palm Springs Ca.

25 92264. and 929 Calle Miramar Redondo Beach, Ca. 92077.

26

27       8. Todd Shields is sued in his official and individual capacity doing business from 8360 Kenyon
Ave. Los Angeles, Ca. 90045.

28

(4)

Defendant DOE Deputy is sued in his official and individual capacity doing business from VERSIDE COUNTY SHERIFF DEPT., PALM SPRINGS 73705 Gerald Ford Dr., Palm Desert, alif. 92211.

10. Defendant Eric M. Kodadian SBN 288148 is sued in his official and individual capacity ling business from 601 S. Figueroa St., Ste. 4050, Los Angeles, Calif. 90017.

11. KHODADIAN LAW PC is sued in its official and corporate capacity doing business from )1 S. Figueroa St., Ste. 4050, Los Angeles, Calif. 90017.

12. Randall White is sued in his official and individual capacity doing business from 3255 Taquitz Canyon Way, Palm Springs, Calif. 92262.

13. Michael Small is sued in his official and individual capacity doing business from 111 N. Hill St. Los Angeles Calif. 90012.

14. Defendant Steve Hodgkins is sued in his official and individual capacity doing business om 415 Orange St., Redlands, Calif. 92374.

15. Don Hopp is sued in his official and indevidual capacity and doing business from 45788 W. Villagio, Indian Wells, Calif. 92210.

16. Lee Knickerbacker is sued in his official and individual capacity doing business from 450 Silver Spur Rd. Rancho Palos Verdes, Calif., 92262.

17. Mary Fitzpatrick is sued in her official and individual capacity doing business from 6253 Ebbert Dr., Port Orchard, Washington.98367.

18. Scott Lyle is sued in his official and individual capacity doing business from 483 N. Palm Canyon Dr. Palm Springs, Ca. 92262.

19. Joseph "Joey" Powell SBN 227528 is sued in his corporate and individual capacity doing business from 1707 Village Center Circle, Ste. 150. Las Vegas Nevada 89134.

20. Lyle Rushforth SBN 1004 is sued in his corporate and individual capacity doing business from 1707 Village Center Circle Ste. 150, Las Vegas, NV. 89134

21. Brendan Bybee SBN 12342 is sued in his corporate and individual capacity doing business from 1707 Village Center Circle, Las Vegas NV. 89134.

22. DOES 1-10 are sued in their individual, oficial and corporate capacities as their identities become known to Plaintiffs.

1

2

3

4

5

6

7                                    **BACKGROUND OF THE CASE**

8          25.  Around 2014, Plaintiff Gina Rickard ("Gina" or "Plaintiff") met and entered into a domestic

9    partnership with Clark Garen ("Garen"), who was an only child.  Garen's parents, Ruth and Bernard

10   Garen, were also the only children from their parents – there were no aunts, uncles, cousins, brothers or

11   sisters.  Gina and Clark met on website Seeking Arrangement, which verified that Garen was worth $50

12   million.  Plaintiff and Clark lived in Palm Springs at 38950 Trinidad Circle, Palm Springs, Calif. 92264;

13   Plaintiff was the only person that Clark trusted.  Clark and Plaintiff had such a close relationship that

14   Garen started adoption papers for all of Plaintiff's children:

15                             Garen and Plaintiff became engaged on January 10, 2019.  Plaintiff and

16   her children were recognized as "family only" when Garen was hospitalized at City OF HOPE in

17   Duarte, California, and were allowed to him see every day.  Plaintiff and her children managed all of

18   Garen's affairs – his businesses, his accounting, his finances, his legal affairs, the TV station KAKZ

19   Channel 4, did all payroll for all Garen's employees, and took care of everything on the "home front" –

20   house cleaning, nursing, yard work, cooking, doctor appointments, driving, vehicle maintenance, etc.

21   Garen and Gina enjoyed a very affection relationship.

22         26.  Around 2012, Todd Shields was an employee and business partner with Clark Garen and his

23   friend Don Hopps, with 4 different businesses doing debt collection since 2012.  Todd is Don Hopps'

24   stepson, and was brought into the business to run it when Clark Garen and Plaintiff were away on other

25   business.  In 2012, one of Garen and Hopps' businesses, Professional Collection Consultants, was raided

26   by the FBI for bribing government officials in Arizona.  Todd was prosecuted for violating civil rights.

27   In 2017, he pled Guilty to the bribery charge, and was Ordered by the Court that he could not handle

28   money and he could not sit on the Board.

# Exhibits

## Table of Contents - file

- T.R.O.
- Complaint
- Affidavits- close friends of Clark & Gina
- Gina's story
- Todd's disqualifying Documents
- Self-dealing with checks to self
- Don Hopp texts
- proof of corruption in courts
- Todd stopping mail
- Steve Hodgkins case
- Clark death Certificate
- Gina's Doc's for Substitute Trustee for Ruth Garen
- Evictions on properties
- Sheriff corruption
- Clark's worth more than 1.8 million
- Bank Statements
- UD Format - Chat room - Corruption in Superior Court
- property Title Searches    (7)

- Spectrum settlement
- proof of residency in California for Clark
- proof Gina was not a visitor

Todd Shields is responsible for all these actions we are about to tell you. The first thing Todd Shields did was appoint himself to be the executor/personal representative over Clark Garen's Estate. First of all Todd is not qualified nor does he have standing. Don Hopp is his former stepfather. They both were in business with Clark. In 2017, Todd Shields and Michael Flowers got busted for bribing government officials in Arizona where they pled guilty. Todd was ordered by the Judge to not have anything to do with money and that the business must be dissolved. See Exhibit. This alone disqualifies Todd Shields. On April 17, 2019, Todd Shields and Don Hopp went to the hospital to visit Clark. It was on this day that they were supposed to get checks from Clark and Gina. But they grabbed the checkbook and wrote out checks themselves. They were threatening Clark. Gina came into the room and saw Clark CRYING along with her son, Christain Gorball, Clark demanded they stop. Only Clark's family could write checks. Christain wrote void and wrote out new checks  Todd wanted another one for $10,000 for the Mammoth Mountain house, rent. that he claims he rents out to his employees for his Best business. A debt collection business. Clark said no. Todd said yes. Then Christain wrote Clark his check for $25,000, which is what he always got. Todd and Don said No. Clark said yes. Todd said only give him $6000. Then Don and Todd continued to argue and threaten Clark. Gina had an unsigned check for $48,000, for investments, sitting on the table. Don took it and said he was gonna call the bank and tell them to deposit it anyway and that the scratches were Clark's new signature. It was Todd and Don Hopp who forged Clarks signature on that check. On April 26, 2019 Clark passed away. On April 29, 2019, Don Hopp went to KAKZ television station and asked Gina to meet him there. Todd claimed to be on a business trip. Don said Todd was away golfing. Don said he needed to get in the file cabinet that was locked. Gina left her keys at home. Don asked her where she put the big life insurance policy. Gina said it's in the desk drawer.. It was Clark's 1 million dollar policy which was left to Ruth Garen; Clark's mother. Gina called twice and was told it was cashed by his wife .Gina is the



complaint (9)

Substitute Trustee with Full Reconveyance for Ruth Garen. Also Gina was Power of Attorney

for BOTH Ruth and Clark. Ruth had things put aside for the one who took care of Clark. It

started with A Totten Trust , She added on a deed of trust with several properties, an

RNT11930 just to name a few. There were life insurance policies as well. The locksmith

arrived and changed not only the file cabinet lock but all the locks in the station. Gina thought

it was only the file cabinet. A few weeks later, Gina returned finding everything had been taken

from the station. Everything that belonged to Clark and Gina. Computers, all important

documents, banking information etc. They changed the locks leaving Gina no access to her

own property. Gina and Tami had the Riverside County Sheriffs show up when they entered

the tv station. Todd had also changed the alarm. The sheriffs made Gina and Tami leave even

though Gina has the deed in hand. Title search to this date shows Gina as the owner by way

of the Asfeld Trust. Don said he was getting stocks that were for his company. At this time,

Gina was unaware of Todd and Don's intentions. The following day they closed all the bank

accounts. Stopped payments for all Gina's Bill's including utilities, cell phones for family; they

took all her vehicles by putting a hold thru dmv, credit cards were cancelled, they left her with

no access to money for food or anything essential needed to survive. The bank accounts were

supposed to remain open for 2 months after Clark died. He told everyone what they were

getting gifted to them as soon as he got sick. Clark's last wishes ; one of them was that the

boys never be evicted from the Palm Springs house. Clark gave the Redondo Beach House to

Gina  & Tami years before. Gina sent Todd a letter asking for credit card information . Todd

ignored her request. Clarks funeral was in May. On May 17, 2019;  Todd drew up a fraudulent

Will., with his own provisions appointing himself as executor or personal representative of the

Clark Garen Estate. Steve Hodskins was the doctor who wrote on death certificate that Clark

was a resident in Nevada. Dr. Hodkins knew that Clark lived in Palm Springs California. He

visited Clark many times while in the hospital. Todd knew that Nevada would be the only way

he could prove that he had standing. Not knowing they were planning to take everything; Gina



Complaint (10)

was cooperative and gave Donn Hopp the bills from Wireless. Then Todd went to Nevada court petitioning to be executor . Gina , along with Dr. Mike Solomon filed for Todd to be removed . Jason, the attorney for Gina, was paid by Todd and in a secret hearing, had been electronically sworn in; in both Nevada and Los Angeles. Gina, on the other hand was continued, continued  and continued. She, to this day, has never been given her day in court to be heard even with a lawyer. This is why we are filing in Federal court. There is too much corruption within the court system to have a fair trial. Todd has absolutely no right at all to Clark Garen's Estate. The entire Estate was in a Trust . A Ruth and Clark Garen Trust. All the assets, cars, houses, bank accounts etc. Everything.  Gina holds the recorded documents stating she is the Substitute Trustee with Full Reconveyance over the Ruth & Clark Garen Estate. See Exhibit 4. Not only was there not a Will; but if you look at the contents of the Will; the dates are wrong of his mother birthday, of  Clarks father's birth and  death by 10 years, the names of Gina and her children are spelled incorrectly, the watch was given to Christain Gorball in 2015, which Clark gave Christain in the hospital in 2019. Don Hopp was given back the guess watch he bought for Clark. There was no bracelet. Todd came back , across state lines, to California and started the Estate in Probate at the Stanley Mosk courthouse in Los Angeles California;  where  Michael Small was presiding. There were many court dates but not for Gina to be heard. For her, it was continued,  continued or just straight ignored.  When Todd came back to California, he began taking all of the property away from Gina. The first one he started with was the 929 Calle Miramar Redondo Beach California. Lee Knickerbacker was the real estate agent responsible for the sale of the  house. In an effort to secure this property; Clark and Gina sent Tami to take up residency. The torrance police department came to the house on 3 separate occasions to remove Tami and threaten to arrest her for trespassing. They treated Tami like a criminal. Handcuffed her, threatened to impound her dogs and told her she would go to jail for squatting if she was to return.  Gina was called but it didn't matter to the cops.  Tami had all the original keys to every door on the property except the front door



complaint (11)

that Todd Shields, changed out illegally. Lee Knickerbacker was the realtor and knew it was a fraudulent transaction.  After Clark died, Gina wanted to keep the house but they ignored her many requests. The house closed escrow on Nov.14, 2019 against Gina's wishes. Gina also has the deeds to this property.  The title search shows it's in the Garen family trust. See exhibit. So later that evening, Todd Shields sent Gina a picture of the Torrance Police, Tami, and Lee  Knickerbocker from an aerial view.  The neighbor, Kelly Evans, sent Gina a text stating that she knew there wasn't a Will. That Gina lost the Redondo  house and that Gina has already been evicted from the Palm Springs house. This was six months before it actually happened. See Exhibit 4. That's when Gina and Tami realized there was a huge problem on the judicial level and Todd had to be stopped and removed. See Exhibit 5. Next was the Palm Springs house. They served an unlawful detainer on Gina at the Palm Springs house. It was a 60 day notice around the end of October 2019. It was an illegal notice because it didn't have the court stamp or the date on it. When Gina went to court. Todd didn't show up.  About two weeks later they served her with another unlawful detainer, two days before the court date, which is illegal.  That's the only notice that she got. See Exhibit 6. When she went to court the judge was Randall White; out of the Riverside County Courthouse, Palm Springs division. She had the deeds to the house, 38950 Trinidad circle, Palm Springs, where she lived with Clark for over 7 years. Randall White said  denied. She had her paperwork to prove her case and Todd still walked out prevailing. Gina filed an appeal  which was denied before it even got in the courtroom. We asked for a restraining order against Todd; that was also denied. More corruption in the courts. This is Fraud on the court. Our civil rights have been violated several times throughout this timeline.

Deeds to the properties belong to Gina Rickard. There are several that have been stolen by greedy, scandalous individuals but they still belong to Gina Rickard. The list goes on and on over how Todd Shields repeatedly defiled Gina Rickard, her children, homes, and her entire



Complaint (12)

life. Its without question Todd Shields should suffer the consequences of his evil actions. Gina has suffered enough and deserves every single thing Todd Shields robbed her and her family of times 3. Every person involved is responsible for not doing their due diligence and making very incorrect judgement calls. They too should be held accountable. They also chose to do the wrong thing to Gina. That's the only real option we as humans beings have that's 100% ours. Choice. We are free to choose and decide our fate.

Gina was at the mercy of Todd's choice. She didn't have any choice in this matter. Todd Shields wanted things that didn't belong to him at all. He took advantage of Gina in her time of great loss. She never had time to mourn over the loss of Clark Garen. Todd Shields would say every time he saw Clark and Gina together…"you're a lucky man Clark, you're a lucky man." That's Creepy. Todd, and all those who played the rolls in this twisted , sad, case needs to be held  responsible for their actions. Period.

Gina Rickard, her children, her best friend Tami Wendel have all been victim to Todd Shields and his fraudulent dealings. They have all suffered severe irreparable harm. The defiable removal of their comfortable living brought them to a screeching halt at a time where they needed the comfort the most. It was ripped from them in a way nobody should have to endure. The circumstances they all had to go through was unbearable. When Gina and Tami went to Laughlin Nevada at 2124 River City Drive, they were horrified. The house had been completely emptied of furniture and all their personal belongings. The locks had been changed and a for sale sign was outside. Gina was in shock. She was in disbelief. Tami called the Sheriffs. When the first 2 sheriffs showed up, they were sympathetic. When the other Sheriff showed up they turned off their cameras and said we were gonna have to listen to him and do what he said. Gina was hit with yet another blow. They questioned her about who she was. The Sheriffs  kept the women for almost 2 hours. Gina had the deeds to the property but again, was treated as if she was committing a criminal act. They both were separated,



Complaint (43)

questioned, then cited for Vandalism and home invasion.The last Sheriff that showed up said he called the Riverside County Sheriff's Department and advised Gina to call Todds attorney Unbelievable harm. How was this happening? Todd Shields. He has no right to ANYTHING. In fact, this was his plan way before Clark Garen Passed away. The question still stands open to Clarks death as well. Clark died when Gina went home to get a change of clothes and to shower. Clark was admitted to Loma Linda in May 2018. Then went to City of Hope 2019. In April, was kicked out of City of Hope, went home for 3 days then was admitted to Eisenhower Hospital under the care of Dr. Venita McGieves. Then transferred to UCLA where he died. The Doctor said he just needed some rest.  Todd Shields was in the room when Clark Garen Died along with Dr. Steve Hodgkins and Peggy Costello. Don Hopp sent a text to Gina Rickard which implied that the nurse was paid to KILL Clark Garen. See  Exhibit. When all these elements were orchestrated by Todd Shields and his minions, Gina Rickard was purposely put through Hell. She not only wasn't allowed to grieve over her FIANCE, Clark Garen; but she was robbed of a wedding, a life she and Clark were so excited about. Her dedication to Clark lasted over 7 years. Gina and Clark were inseparable. Gina and her children were the only family Clark had. He was a proud man. He shared everything with Gina. He loved her. He loved her children. Clark told Gina everything. Todd Shields wreaked havoc and great destruction when he lied and forged a fake and fraudulent WILL. He was NOT qualified. He was self dealing, and did not follow any kind of ethical actions. Ripped everything Clark and Gina worked so hard for away from Gina Rickard and left her out to die. Not once did Todd offer or share anything through this process with Gina because that was not his intention. His intention was exactly what it was. Lies, deceit, fraud, corruption, robbery, and running the Estate of Clark Garen into the ground. He took advantage of Gina when she was the most vulnerable. She is still in survival mode. She has lost all faith in the justice system due to all the corruption within it. When she sought help out of her desperation, no one was there. Gina refused to let this continue yet everything she tried to do to gain control of her life and salvage



Complaint (14)

what was left from her beloved Clark was denied. Her life came to a screeching halt all at the hand of Todd Shields. He is a criminal. His intentions are evil and corrupt. His greed is intense and harmful to the last degree. He needs to be arrested immediately. It will be years before Gina is able to recover if at all. This extreme irreparable harm has taken its toll on Gina, her family and close friends. She begs for this nightmare to be brought to an end once and for all. We were told Todd bought a corruption packet at the time when Todd put the 929 Calle Miramar Redondo Beach house up for sale. When Gina and Tami were told they had already been evicted from the 38950 Trinidad Circle Palm Springs house. When the Sheriffs came to evict them, Tami answered the door. Sheriff said they would TAZE her and shoot her dogs. They also said they would TAZE the boys if they didn't leave immediately. Gina was fresh out of the cold shower and they made her leave with the clothes on her back. No one was allowed to take any personal belongings. No clothes, cars or anything else. The Sheriffs were mean and cruel. They said Gina was a guest and needed to leave. Todd also stated in Probate court that the entire Estate was only worth 1.8 million dollars. The Redondo Beach house was sold for 1.9 million alone. This corruption packet included 2 Judges, a Sheriff, an attorney and we have proof that this is factual. See exhibit. The day they were evicted from Palm Springs, the Sheriff stopped to meet Todd Shields and Eric Khodadian at the bottom of the hill. This kind of behavior implies exactly what it is. CORRUPTION. It's so unbelievable yet it's TRUTH. The betrayal of trust from Todd to Gina was like a knife in the back. With friends like this; who needs enemies? Todd only cared about money. Gina is a human being. The golden rule of life is to treat others the way you want to be treated. How would Todd feel if someone did this to him? He doesn't care about these things. This is why he needs to be punished to the fullest degree. Gina's suffering was all about Todd's greed and not once did he give a shit about Gina or the consequences she had to endure. Who does this to someone? Todd Shields does and did. It needs to stop NOW. It needs to stop TODAY. Gina needs to have everything Todd stole returned to her immediately. Her houses, bank accounts, cars, boat, airplane, everything.


complaint (15)

No one can take away the damage that has been done. Gina deserves what is rightfully hers. See Exhibit. Clark worked his entire life. These were his belongings. These were his wishes. Nothing else. See Exhibit.

We ask and seek from the court today that Gina be returned everything taken by Todd Shields. That Todd Shields be arrested immediately so he can suffer the consequences for his actions. Todd knows right from wrong. Let him reap what he sowed. That these demands are met immediately. Thank you for your time and consideration.



Complaint (16)

THE LEGACY LAWYERS
Professional Corporation
21515 Hawthorne Blvd. Suite 226
Torrance, CA 90503
Telephone (310) 241-3044
Facsimile (714) 963-3012



August 20, 2019

[By Email]

Mark Strong

Email: mstrong@msimobilitysolutions.com

Re:   **Garen, Clark- Estate (19-140)**
      **Declaration**

Dear Mr. Strong:

Thank you for providing a declaration for the estate of Clark Garen. The information you provided will be very helpful to Gina and for the will contest. I have provided your declaration to this letter for your review. If there is anything that needs to be edited please let me know. After review, please sign and date the declaration and send it back to our office. You can email be a signed copy at nfirouzi@thelegacylawyer.com.

Please do not hesitate to contact me if you have any questions. (310) 241- 3088.

Very truly yours,

THE LEGACY LAWYERS, PC
Neda Firouzi, Esq.

Enclosure: Declaration of Mark Strong

CC: Gina Rickard



David S. Chon (SBN 238274)
Neda Firouzi (SBN 325443)
THE LEGACY LAWYERS, Professional Corporation
21515 Hawthorne Blvd. Suite 226
Torrance, CA 90503

Telephone: 310-241-3088
Facsimile: 714-963-3012

**Attorneys for Petitioner:**
Gina Rickard

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

In the Matter of:

THE ESTATE OF CLARK GAREN

Case No.19STPB05717

DECLARATION OF MARK STRONG

11930 rangT

MARK STRONG declares as follows:

1. I am the best friend of the decedent, Clark Garen.

2. I have known Clark for 18 years.

3.  We became very close best friends 16 years ago.

4. Me and Clark have always been very close friends and remained in close contact for the last 16 years calling each other and seeing each other several times a week.

5. During the last four years of Clark's life we spoke on the phone two to three times a day.

6. All throughout my friendship with Clark he would make amendments to his will.

7. He would make comments like "I'm going to take them out of the will"

8. He would never go further into the amendments or will distributions with me.

9. I have not seen every amendment that he made, but he would mention this information to

will was JUST for parasiont s

[Declaration of Mark Strong ]

C 18

me.

10. These amendments were based on friendships that ended or relationships that ended.

11. If he reconciled with a friend that he took out of the will, he would make another
amendment and put them back in.

12. This is based on his statements made to me.

13. During my friendship with Clark he would always assure me that he would take care of
me and my children and that if anything were to happen to me my children always had a place to
stay at his home. STOCKS   LIVING Trust

14. Clark was very close to my family, and my children were very important to him.

15. Around January 2019, right after Clark's treatment and before he went in for a bone
marrow transplant I went to his office to see him.

16. I was worried about him and asked him if there was anything he wanted me to do if he
were to pass away.

17. He told me that me and my children were never to worry and there were provisions made
in his will that would provide my kids. Notes

18. I told him I was not worried about his will, but rather if there were any payments he
wanted me to take care of if he were to pass.

19. He said that he has provisions in his will for Gina and that he also has instructions in the
will for her if there should be any debts that need to be made. rest of Bank
account No probate

20. He also stated that the air stream was to go to Gina and he handed me a pink slip for the march
Monaco. All Cars gifted out No probate 2019

21. Clark was walking around at this time and was trying to continue with his daily routines
despite the recent treatment he had just received for Leukemia.

22. Towards the end of January 2019 Gina called me and informed me that her and Clark
were engaged.

23. Gina and Clark met in 2014 and began a relationship with each other.

24. She told me that she did not want to go through with a ceremony and marriage license
until Clark was recovered and doing better.

25. I called Clark and asked him if he was engaged and he said he was.

26. He stated that he trusted Gina more than anyone and she was by his side through all his treatments.

27. There is no doubt in my mind that Gina and Clark would be married today if Clark did not pass away.

28. Since the moment they met in 2013 they were inseparable and Clark took Gina with him everywhere.

29. I don't know Todd Shields.

30. In my 16 years of friendship with Clark I never met Todd.

31. Me and Clark spent every Christmas, Thanksgiving, and New years together with our friends and family.

32. There were usually 20-25 people at all these gatherings and Todd was never one of them.

33. I don't even know what Todd looks like.

34. All I knew about Todd was that he was business partners with Todd in a collection agency.

35. Clark didn't really talk about Todd other than that was his business partner. *employe*

36. Clark never mentioned Todd's personal or family life to me.

37. Me and Clark told each other everything about our lives. Including our relationships, family issues, and he would tell me about his relationship with Gina after he met her. ]

38. Gina began living with him in 2014. *meet Clark Vegas before*

39. Although Gina and Clark would bicker like a married couple they also couldn't stand to be away from each other.

40. Anytime I would call him she would answer.

41. Gina was with Clark by his side from the moment he was diagnosed and would sleep at the hospital when he would receive treatment.

42. In 2017 Clark told me that "Gina is the only one who knows how to put up with me, if someone can make my life better, then I can't let them go, and Gina makes my life better"

43. Gina began helping Clark with his billings at his law office, especially when he was sick. She would sort through his mail and organize the bills that needed to be paid so he could make

checks out. Gina did this for Clark around 3-4 years.

44. Gina informed me that she found out that Todd and Don Hopp had found a way into Clarks file cabinets and taken all of Clark's documents in his office.

45. Donn Hop was one of Clark's business partners for the collection agency.

46. I never received notice for probate of Clark's estate.

*Because no will    Just trust*

47. Four weeks ago I questioned Todd about the will and if I could see a copy.

48. Todd sent me the 2017 will admitted to probate.

49. I asked Todd if this was the latest will and he said yes.

50. I find it strange that someone who amends their will so many times would find out that they are diagnosed with Leukemia and may pass away soon and does not make any changes to their will. *trust Ruth Given Gina trustee*

51. I do not know the exact number of times that Clark amended his will but there are many codicils to show a pattern

52. Two weeks ago I asked Todd if Probate had opened for Clark's estate and Todd responded that it hadn't.

53. I am in the business of making primary custom vehicles, auto repair and customization.

54. This is how me and Clark met 18 years ago. He came to me to customize his truck and we became friends.

55. I have customized multiple vehicles for Clark.

56. I never wanted Clark to leave me anything in his will but I do not believe he would have left me in debt either.

57. Clark owes me about $100,000 for a motorhome restoration and an airstream I customized for him 5 years ago.

*and mark nows mine airstream 2016 Clark gave out Cars Mark a wittnes to Clark having me tell his kids we were helping them with college, and they would have a house to stay in*

From: Daniel Martin

I was talking to Clark Baren my Best Friend on My phone outside of his Office. I couldn't go in because he was sick and Between Hospitals and I had a Respitory infection and I didn't want to make him worse, I asked him what he was doing at work and he said he wasn't working he was Making a new will since he and Gina had gotten engaged. He told me he was waiting for a Call from His Lawyer, I asked do you have to have a Lowyer? He laughed and sayed even he needed a lawyer sometimes and said she was a friend of His from Texas He said she was to make sure Gina & her kids were taken care of as well as Zane Strong and Peggy Castello. he ask me to come in and I Told him I didn't want to make him sicker we laughed because I said I loved him to much to kill him. In our conversation I said does That mean Gina wasn't going to get her $110,000.00 and he said No That she has been there

(22)




Danile was worki - ba
very ; a room floor christmas 2011
- christ time

Through every thing and thay for me
not to worry about her that She was
going to be well Taken care of.

If you need to talk to me
just call me at 760-660-0035
Sincerley Charks friend

David Martin

Declaration of Scott Gorbull

I Scott Alden Gorbull hereby declare under penalty of perjury that the foregoing is true and correct.

On or about November 20th 2017 Gina Rickard and Clark Garen come to my residence located at 11051 Buracull st Norwalk CA. The reason for there visit was to pick-up Gina's personal property which had been stored in my garage for the previous 5 years. This was the first time I had met Clark. After helping load Gina's property into the U-haul truck. We all conversed breifly. at this time Clark invited me to Thanksgiving dinner at his home in Palm Springs—I gratefully declined. because I was recovering from a severe foot injury.

My personal impression of Clark's and Gina's relationship was they honestly seemed not only happy but excited to be together.

About a month later I received

a phone call from Gina, she then put Clark on the phone. After saying hello, Clark invited my to spend Christmas at his home in Palm Springs. He told me how much he would enjoy being able to get to know me, and even offered to pick me up, knowing I still could not drive due to my foot injury. Clark could not have been any Kinder with his invitation. He then added that we were going to be family soon. Since Gina is the mother of our 3 children who were also living with Clark and Gina in Palm Springs. That after they married, We would kind of be like family. We all had a great time at Christmas, Clark insisted on putting me up in a Hotel for a few days, so I was able to spend time with my boys. The more Clark and I got to know one another. The more I liked him. He and Gina seemed to be really happy together.




Clark and I had many conversations over the next year. On more than one occasion Clark told me how much he enjoyed getting to know my children and spending time with them. I had told him that all of my boys had recently told me, they enjoyed living with Clark and Gina. and how nice Clark was.

I truly believe Clark and Gina were very happy together. In January 2019. Clark again mentioned how we we going to be kind of family Since he and Gina were planning on getting married once he finished with his recovery.

I have no interest in Clark's estate, and am writing this declaration because I believe from what I observed first hand to be absolutely True. That being Clark and Gina had a good Strong and happy relationship and Clark had also developed a close Caring relationship with Christine

(25)

Travis, and Brandan,

Thank you.

Scott Garbell

714-618-5579

8-18-2019

**MICHAEL SOLOMON, M.D.**
**P.O. BOX 189010**
**PMB #456**
**CORONADO, CA 92178-0910**
**760-219-1368**

JUNE 26, 2019

To whom it may concern;

Please understand that I am in no way contesting the will of Clark Garen dated October 9, 2017. However, I do have concerns about it's probate and choice of executor, Todd Shields.

I have been informed by a third party that there is a scheduled hearing regarding the will this coming Friday, June 28, 2019. To date I have received no notification of such a hearing and am concerned as to why I did not receive notice and what the hearing is about.

As a beneficiary of Clark Garen's estate I expect the executor to fulfill his fiduciary duty and inform the beneficiaries of the probate by communicating with those individuals about any legal hearing or meeting. Additionally, I have requested a copy of the Notice of Creditors from the acting executor as recently as this evening to which he repied that he would forward my request to the probate attorneys overseeing Clark's estate. This also causes concern about his failure to perform his duty.

Furthermore, I am surprised that probate is scheduled to be held in Nevada, since Clark spent the majority of his time in California.

These concerns and the lack of any communication between him and myself, compels me to object to the choice of Todd Shields as acting executor.

If you have further questions or concerns regarding this issue, please do not hesitate to contact me.

Thank you.

Sincerely,

Michael Solomon, M.D.

(27)

Affidavit for Tami Wendel

1

2

3

I, Tami Wendel, have been friends with Gina Rickard for over 8 years. I was with her during the time

met Clark Garen. Clark teasingly said , "Is this a package deal?" It was only because Gina was living

with me before she moved in with Clark in Palm Springs. I was up to the Palm Springs house every

weekend. I spent holidays with them both and went to several plays and musicals with Clark and Gina.

We would go to the Pantages Theater in L.A. with dinner at Lowry's or to the Performing Arts Center

in Orange County where we would go to dinner after at the Capital Grille. Going to the theater was one

of Clark's favorite things to do. I was introduced to all of Clark's close friends. I never in all the 7 years

met Todd Shields or Don Hopp. I established a good relationship with Clark and also his friends along

with Ginas 4 children. After Clark passed away, Gina asked me to come stay with her in out in Palm

Springs. I moved in there with my 2 dogs. The turn of events that I had to endure was overwhelming

to say the least. I wouldn't have believed it if I wasn't there to be a part of it. Todd Shields brought

such a suffering to my life alone and I watched his destruction take it's toll on Gina and her boys.

I remember Clark saying on the way back from the Theater that he realized how much he loved Gina.

He expressed that he had not experienced a love like this before and now they were adjusting together.

I thought that was a romantic thing to say. The cruel acts of Todd Shields was horrible. He orchestrated

with zero compassion for anyone or anything. He took away everything that Clark left Gina and the

boys. Clark had a handwritten note that specifically stated that the boys would never be evicted from

the Palm Springs house. This was their home. Clark loved Gina and the boys so much.

I was there the night Clark surprised Gina with the Redondo Beach house. Clark said Gina was alot like

his mother Ruth. He found that house when he was 14 years old. He lived there with Ruth and Bernard.

When he gave it to Gina , I thought that was a wonderful present. Peggy Costello also commented on

how it was a very wonderful gift and we would be a bit closer to her now too. She resides in

Palos Verdes. I was there the day Clark gave Gina the Porsche. He signed over the pink slip and told

(28)

Gina and I to go for a drive around town. Todd took all the cars away from Gina. He left her with

nothing. No cars. No house. No money. NOTHING. I cried so much through the beginning of Todd's

havoc. I couldn't understand how anyone could do this to another. I knew just from being around

Clark. He was a very smart man. He was an attorney. He had already made his fortune in the 80's

with the 976 numbers. He had a plan and I know it had nothing to do with Todd Shields.

Especially after Todd got busted for bribing government officials and all the other shady business he

was involved in. To my understanding, Clark was glad he was putting an end to PCC and business with

Todd Shields and Don Hopp. There is no way in HELL he would appoint his last wishes to Todd Shields.

So this suffering all of us had to go through from Todd and his greedy ways and evil intentions was

from Todd Shields and him alone. I've seen the corruption. I've been damaged by all of it. I am seeking

counseling over all these things like being evicted by the Riverside county Sheriffs. I feared for the

safety of my life and the harm they said they would inflict upon my dogs. It was uncalled for to be

threatened to be tazed. Then to be treated like a criminal by the Torrance police department at the

Redondo Beach house. Clark and Gina asked me to stay there to keep it safe so it wouldnt be empty.

The realtor, Lee Knickerbacker was extrememly rude and degrading to me. He said I was trespassing

and a squatter. That was extreme. I showed the paperwork Clark drew up for me and everyone ignored

the fact I had Ruth Garen's original keys. Then when Scott Lyle came to empty out the Palm Springs

house, I was appalled at the way he saw us there and instead of coming up the driveway, he backed

down. That kind of behavior implies that he was doing things that he shouldn't be doing.

I have a degree in psychology in Human Behaviors from UCSD. It happens to be a very clear act that

one does when they are being dishonest or something they know is wrong. I just want Gina to have

what is rightfully hers. Clark wasn't in love with Todd and his self dealing. He was engaged to Gina

Rickard. He wanted her to be to be well taken care of for the rest of her life. Toss Shields has taken

and continues to rob her of that gift from Clark Garen.


(29)

Clark gave me the New York Life Insurance that was left to Ruth Garen $ 1 million which I put in the desk Clark Howard out the paperwork to sell Redondo house all my paperwork all the kids paperwork the paperwork for Premier Bank with Tyler Deeds and Trust money some other paperwork I had from Ruth which I had stuffing at home remind me of the days of the 5th law school his mom's birthday and Mark Strong paperwork  say about me help paying for Zayn  and the cards about gifted out  Lawson house he wanted things kept the same so nobody would miss him if he died second 2019 we checked in to City of Hope which they gave him some treatments to bring his countdown Clark asked the kids if he could adopt him he said yes Clark filled out doctor papers January 10th Clark asked me to marry him so we got engaged  I was given a Jaguar XKE for my get gagement present you got a PICC line infection then he got a fungus infection which required three surgeries the last one they made a leakage but they had to put a spinal tap on and we stay in the hospital 5 days daughter and they lowered his diabetes count real low with them was kill them so we had to go homewith a PICC line infection and give him anti fungus medicine is another strong antibiotic intravenously with the nurse came out and change the boys and I to give it to him Christian and Clark went out for a day he introduced them as His Son then they went to Omega Automotive and Clark said the turbo Bentley that's rare one of eight to fix it up for me cuz I was going to be another present for me FaceTime iPhone I sent you the report about the jail I can send this one to you attic be giving him every night before midnight then we check back in April second they didn't start the treatment to kill the bone marrow right away then again one treatment to kill the bone marrow Okemo we had laid in bed 3 weeks by then there for me giving Clark's bath and helping around the hospital my eyes really didn't see that well everlane in bed for three weeks I felt really weak and sick myself in January that year Clark make sure we had Kaiser health insurance for me and the kids are supposed to paid for life oh yeah in January south of the chemo to kill his bone marrow after one treatment they didn't have his right meds Clark took some meds in her said it was okay at 3 a.m. that security guard and the nurse came in the security guard had his hands on the gun she said that they would take away cards medicine we told no because last time they lost it I would keep him in the motorhome we had park there for recovery and they said okay then the next day they kicked us out clock with showing up in poop can you move out of bed and they said why he wasn't complying and walking around they kicked us out tell us to go home Clark said they sent him home to die for me to sue it was every last penny we had my song got to stop at home I bet Clark give his medicine as any night came I totally need to go check into the hospital I called doctor Vicki's we had the sweet there Carson really say a little while he said take care of the family house make sure I don't take out the boys in a year I can sign it over to them if something was to happen to him he said don't forget to go Premier Bank the handwritten note says about kkz is Mary had left it and want her 200,000 As Told to Danny and I at Eisenhower Park with me better than did worse than he went to UCI I was trying to give it to another hospital I thought there was a papers for Doctor Vicki's they said they would take him I went home to change clothes wash clothes get everything packed for Clark's he was taking a hospital in the ambulance time I call that he got there they said he wasn't talking which usually did talk to him because he's mad at everybody he was squeezed my hand three times the time you I love you was he told me before he left the house that is my hand if I knew what that meant so after I heard that Clark had a tube down his throat they paralyzed him and he died so then in May after I want an autopsy done which they didn't do wanted to see if it was poison if the in-house

autopsy I had clothes taken down to the funeral house Don called me to say about picking up the Rolls-Royce at mine and if I wanted to tell him I said no it was keeping all the cars if I meet him at the office I said yes he said he had to do some bills he was helping me pay some bills for wireless I came down to mail and bills I didn't finish but it's about the checks then he said he had to call a locksmith to get his stock out of the drawer and I said find my jewelry is stopped in there then I saw them cameras going through the files to locksmith came in and locked me out I made a report was down toes who knew me from Palm Springs Courthouse from the probate Department then in May when we were very Clark Todd said he went to the office and couldn't find anything for him they have their own Lincoln trust which money was theirs Debbie told me and Don told me that Don talked to Todd and say what are you going to give Gina Todd said nothing Debbie said that Don else again after all the work she did your giving her nothing the few days later Todd called me and said he was going to come down and have personal money was coming alone I said no April 17th do the check for 48000 that Todd said he didn't need to see mr. Who's going to call Mutual Omaha and tell them that Sergeant want to sign it to put in the bank account then $175,000 got transferred over from Wireless to Mid Valley cuz park with only one who could sign on wireless Todd want to give a check for 12005 Todd and Todd have brought the checkbook Clark says void amount we gave Christian the checkbook to write checks and 5.25 is it from 5 Don wanted to Todd and I want one for the mammoth house which PCC doesn't run out best whatever you want to call it it's hot out that you want to pay rent then I had to get

In 2014 Gina Rickard went with Clark Garen to take him to proton treatments and since I was only one who could put up with Clark set aside Trust the person to take care of him in September 2015and in 2015 Clark foe Gina the Rredondo beach house and property r and t 11930 stop working for Don hop 2015 sept dec2015 they brought down a Bentley and we met them to eat later on Clark paid off the Bentley with the check from Wireless after Clark said they were treated like s*** I went back to work for them January 2016 so car Casino went back to going to PCC in Culver City doing the law stuff for PCC the lawsuit Clarks law cases in lawsuits are the TV station and doing income taxes and Clark's Wireless company bought debit yay today Clark Garen has been supporting Brandon Rickard taken away from the dad and Brandon Clark rent an apartment in 2016 and got run in a Camaro 2dr Brandon graduated with Straight A's and after graduation when was given that Camaro and move in with Clark and I in Palm Springs house guard said he would always have a place to live and if I were left Clark that the boys were supposed to say living with Clark there never to be evicted even by me the Palm Springs house is supposed to be a family home but we had big thanksgivings and be Christmas is each year like always wanted children and Clark became very close Chris and Travis in Brandon and Chantel 2017 throughout the years we went to musicals Orange County where are family tickets in San Diego where are family tickets but San Diego sometimes did a adult getaway and we go to SeaWorld cuz we have SeaWorld passes and Disneyland passes and we get traveling if you family trips I'm so going to musicals musical tickets cost $60,000 Pantages orange county cosy 6000

(31)

2017. The news the rest of my stuff out of Redondo house is Palm Springs house and got the
stuff we got my computers antiquedresser bedroom set china cabinet from China some silver
some are the boys pictures and news all do the Palm Springs house then in 2017 we decided to
do the floors because Clark and I were sick we have black mold suicide to do our bathtub over
get bigger bathtub and do the floors and take out the carpet and do the floors by a new mattress
a better mattress was for $10 at the ship the head and the beat and two recliners from Lazy boy.
Scott gorball was really sick expected not to live too much longer in May of 2018 we had to fly to
San Francisco Clark not feeling well. Clark went to the doctors they weren't sure what he had
want to run more tests we had a musical to goto we had a fight to San Francisco and meanwhile
there PCC was in trouble forpaying  government officials.  On the way back from San Francisco
the plane broke we were delayed vet dr. Hawkins at Loma Linda emergency room they ran
some tests on car to the booted did nod ne marrow yes they found out he had AML leukemia
then we were told an infection would kill him so I fired cleaning ladies and we clean the house
up ourselves we spent about three weeks at Loma Linda Hospital we had another court date
that we got and went tocourt for June July at Loma Linda getting blood transfusions taking his
blood and in August we decided to go on vacation cuz Illinois we had 179 houses that was a tax
thing that wireless bought that's pause you not mentioning that will he wrote up so Clark and I
went around from Palm Springs with the Laughlin house went to Texas Illinois New Orleans and
back Clark had a necklace in and deliver the day we got home I thank you for taking care of it
Loma Linda it's worth about $60,000 that's what the appraisal came in. So at the end of
December the doctor said since I was doing so good and I was taking such good care of him
that he had a chance to stem cells so we had your interview for City of Hope was I got Clark to
pass an interview and we started going to City of Hope in December how did Christmas with
dr.hodkin  and his family over



THE UNITED STATES ATTORNEYS OFFICE
CENTRAL DISTRICT of CALIFORNIA

U.S. Attorneys » Central District of California » News

Department of Justice

U.S. Attorney's Office

Central District of California

Monday,

FOR IMMEDIATE RELEASE

## Debt Collection Outfit Fined $350,000 and Ordered to $946,770 for Paying Bribes to Arizona Official in Excha Non-Public Info

LOS ANGELES – A now-defunct debt collection company that was based in Culver C
tenced today for its role in a scheme that paid bribes to a public official in Arizona in exc
idential information that helped the company collect nearly $1 million in outstanding de

Professional Collection Consultants (PCC) was ordered to pay a $350,000 fine and
770, which represent the amount of money PCC was able to collect in eight months

(33)

*in Newswire*
*March 1, 2019*

# Debt Collectors Sued Over Allegedly Improper Service, Abusive Collection Activity

*by* **Nadia Abbas**         *Last Updated on March 1, 2019*

> SHARE         *View Comments*

Gonzales et al v. Professional Collection Consultants et al

• Read Complaint

(34)

THE UNITED STATES ATTORNEY'S OFFICE

# CENTRAL DISTRICT of CALIFORNIA

U.S. Attorneys » Central District of California » News

Department of Justice

U.S. Attorney's Office

Central District of California

FOR IMMEDIATE RELEASE

Monday, May 7, 2018

## Debt Collection Outfit Fined $350,000 and Ordered to Forfeit $946,770 for Paying Bribes to Arizona Official in Exchange for Non-Public Info

LOS ANGELES – A now-defunct debt collection company that was based in Culver City was sentenced today for its role in a scheme that paid bribes to a public official in Arizona in exchange for confidential information that helped the company collect nearly $1 million in outstanding debts.

Professional Collection Consultants (PCC) was ordered to pay a $350,000 fine and to forfeit $946,770, which represent the amount of money PCC was able to collect in eight months as a result of the information obtained through bribes.

PCC was sentenced by United States District Judge S. James Otero, who is scheduled to sentence a PCC employee later this month for his role in the scheme.

According to court documents, PCC paid bribes to an employee of the Arizona Department of Economic Security, the state agency that provided unemployment insurance benefits, from approximately September 2010 through August 2013. In exchange for the bribes, the public official disclosed to PCC wage and earnings information for specific Social Security numbers that had been provided by a PCC employee. The state agency maintained employment-related data in its computer systems that were linked with federal and state databases containing confidential information for people across the nation.

The PCC employee who was charged in this case – Michael S. Flowers, 56, of Mid-City Los Angeles – provided the Arizona official with the names and social security numbers of thousands of people who owed money on accounts being serviced by PCC, and the official sent confidential information found on each individual or advise that no wages existed for a specific Social Security number. PCC used the confidential information to analyze the collectability of each debtor's debt and to determine whether it made financial sense for PCC to sue a debtor in an effort to obtain a judgment that would allow PCC to garnish wages.

Flowers deposited the bribe payments into a local bank where the Arizona official maintained an account.

During the first eight months of 2013, the confidential information assisted PCC's efforts in collecting $946,770 in debts owed, and Flowers received a 10 percent commission on these recoveries.

(35)



State of California
Secretary of State

FILED
In the office of the Secretary of State
of the State of California

JUN 2 5 2009

This Space For Filing Use Only

## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

IMPORTANT -- READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

53

1. CORPORATE NAME (Please do not alter if name is preprinted.)

C1204123
PROFESSIONAL COLLECTION CONSULTANTS
PO BOX 45274
LOS ANGELES CA 90045

**DUE DATE:** 06-30-09

NO CHANGE STATEMENT (Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 16.
If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State or no statement has been previously filed, this form must be completed in its entirety.

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 6700 S. Centinela Blvd, 3RD Floor | Culver City | CA | 90230 |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 6700 S. Centinela Blvd, 3RD Floor | Culver City | CA | 90230 |
| 5. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3 | P.O. Box 45274 | Los Angeles | CA | 90045 |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER | Todd Shields | 6700 S. Centinela Blvd, 3RD floor | Culver City | CA | 90230 |
| 7. SECRETARY | Clark Galen | 6700 S. Centinela Blvd, 3RD | Culver City | CA | 90230 |
| 8. CHIEF FINANCIAL OFFICER | Carol Hopp | 6700 S. Centinela Blvd 3RD Fl. | Culver City | CA | 90230 |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. NAME | Donald Hopp | 6700 S. Centinela Blvd, 3RD Fl, | Culver City | CA | 90230 |
| 10. NAME | Carol Hopp | 6700 S. Centinela Blvd 3RD Fl. | Culver City | CA | 90230 |
| 11. NAME | Todd Shields | 6700 S. Centinela Blvd 3RD Fl | Culver City | CA | 90230 |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS

Todd Shields

| | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | 6700 S Centinela Blvd, 3RD Floor | Culver City | CA | 90230 |

TYPE OF BUSINESS

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION   Collection Agency, debt Recovery

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 5-17-09 | Todd Shields | V.P. | Todd Shields |

SI-200 N/C (REV 01/2008)                                             APPROVED BY SECRETARY OF STATE

(36)

program receiving federal funds. Flowers is scheduled to be sentenced on May 29.

This matter was investigated by the United States Department of Labor, Office of the Inspector General, which received assistance from the Federal Bureau of Investigation.

The case is being prosecuted by Assistant United States Attorney Elisa Fernandez of the Public Corruption and Civil Rights Section.

---

**Component(s):**
USAO - California, Central

**Contact:**
Thom Mrozek
Spokesperson/Public Affairs Officer
United States Attorney's Office
Central District of California (Los Angeles)
213-894-6947

**Press Release Number:**
18-074

Updated May 8, 2018

Tham. mav. Cak
rd. Zuko
JS.GOJ.GOU

D1436691

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

DISS STK

**FILED**
Secretary of State
State of California

JAN 2 2 2018

IMPORTANT — Read Instructions before completing this form.

There is No Fee for filing a Certificate of Dissolution - Stock

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

CC   This Space For Office Use Only

| 1. **Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.) | 2. **7-Digit Secretary of State File Number** |
|---|---|
| Professional Collection Consultants | C1204123 |

**3. Election**

☑ The dissolution was made by a vote of ALL of the shareholders of the California corporation.

   Note: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only one box may be checked. If second box is checked, must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the attachment to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| 1/11/2018 | | Todd Shields |
|---|---|---|
| Date | Signature | Type or Print Name |

| 1/11/2018 | | Clark Garen |
|---|---|---|
| Date | Signature | Type or Print Name |

| 1/11/2018 | | Don Hopp |
|---|---|---|
| Date | Signature | Type or Print Name |

DISS STK (REV 12/2016)

2018 California Secretary of State
www.sos.ca.gov/business/be


(38)

ARTICLES OF INCORPORATION

OF

PROFESSIONAL COLLECTION CONSULTANTS

FILED
In the office of the Secretary of State
of the State of California

JUN 22 1983

MARCH FONG EU, Secretary of State

By *M. H. Montgomery*
Deputy

1. The name of this corporation is PROFESSIONAL COLLECTION CONSULTANTS

2. The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

3. The name and address in the State of California of this corporation's initial agent for service of process is:

DONALD K. HOPP, II, 425 West Kelso, Inglewood, California  90301.

4. The corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 50,000.

Dated: June 21, 1983

_____
DONALD K. HOPP, II

I hereby declare that I am the person who executed the foregoing Articles of Incorporation which execution is my act and deed.

_____
DONALD K. HOPP, II

(39)

Alex Padilla
California Secretary of State

# 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, June 16, 2019. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1204123  PROFESSIONAL COLLECTION CONSULTANTS

| | |
|---|---|
| Registration Date: | 06/22/1983 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | DISSOLVED |
| Agent for Service of Process: | TODD SHIELDS |
| | 6700 S CENTINELA BLVD 3RD FL |
| | CULVER CITY CA 90230 |
| Entity Address: | 6700 S CENTINELA BLVD 3RD FL |
| | CULVER CITY CA 90230 |
| Entity Mailing Address: | PO BOX 45274 |
| | LOS ANGELES CA 90045 |

| Document Type | File Date ⬍ | PDF ⬇ |
|---|---|---|
| DISSOLUTION | 01/22/2018 | |
| SI-NO CHANGE | 07/21/2017 | |
| SI-COMPLETE | 06/25/2009 | |
| REGISTRATION | 06/22/1983 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|


(40)

Posts                                          Follow

 **ginagaren**                                    ...



♡  ○  ◁                                          ⊓

**1 like**

May 15

Todd insainty plea

(41)



Clark Garen
M.S.N.com
that Gina Clark



**Posts**                                        Follow





♡  ◯  ◁                                          ⊓

May 15

 **ginagaren**                              ...

Last Name requested: **SHIELDS**  First Name requested: **TODD**   Sear
Page: **1**

| Case Number | Party Name Matches | Birth Year | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| M237862 | SHIELDS, TODD ALLEN | 1974 | San Diego | Criminal | 10/11/2017 |

Todd arrest

(43)

*MutualofOmahaBank*
Telephone Banking 866-351-5646

⑆002444⑈ ⑈104002894⑈ 000230716⑈

Dan Hopp
Wrote these checks to Carol
Hopp

WIRELESS RECEIVABLES ACQ GROUP
PO BOX 29010 PH 702-299-1196
LAS VEGAS NV 89029-1901

DATE

Carol Hopp
Thousand & 00/100

*MutualofOmahaBank*
Telephone Banking 866-351-5646

⑆002445⑈ ⑈104002894⑈ 000230716⑈

WIRELESS RECEIVABLES ACQ GROUP

MutualofOmahaBank

(44)

today along with other complaints that need to fix the judges and the lawyers



Since these assets and certain other assets remained in the marital community of Don and Carol Hopp after their dissolution, a tax free re-distribution of these community assets as part of a post-marriage separation agreement is possible.

I have enclosed M.A.I. appraisals I ordered on the Centinela Building and the Thornburn property. The appraisal on the Centinela Building is $10,425.00, and Don and Carol each have an equity of $5,212,500 for their respective half interest. The appraisal on the Thornburn property is $4,650,000.00, and Don and Carol each have an equity of $1,162,500.00 for their respective quarter interest.

Accordingly, in exchange for Don's interest in the Centinela building of $5,212,500.00, Carol will transfer to Don her 25% interest in Thornburgh at a value of $1,162,500.00, the cash value life insurance in the sum of $758,159.19, and cash in the sum of $3,291,840.61. The cash payment will be capital gains income, but the $1,920,659.19 will be a tax free marital division.

This leaves the collection agencies and the L.L.C. to be divided.

The only collection agency with any outside clients is The Best Service Company. Unfortunately, this collection agency is currently subject to a non-prosecution agreement that it entered into with the United States of America. This non-prosecution agreement would have to be disclosed to any potential purchaser, which would result in any potential purchaser withdrawing from the sale. In addition, the disclosure of this non-prosecution agreement during the purchase process could result in disclosure of this agreement to current clients. It must be assumed that if current clients were made aware of this non-prosecution agreement, they would likely stop doing business with Best. Accordingly, it is my opinion that the non-prosecution agreement renders the value of The Best Service



Yes, it is approved.
Please sign and
return it. They
deleted the

provision that you
cannot be an officer
- you just cannot

have control over
the money.

Clark

X  4

company and I will
be left in horrible
situation with Clark
out.  We have a
proof of Service
that the transfer
of claim had been
received by the law
firm / trustee!!  He
had Luis call them
several times this
morning and was
following up!!  I have
asked you before
to stop doing this
and you continue to
break the law!

T



**3:23**

## New iMessage          Cancel

To: Don  Hopp

Thanks Gina

Welcome

Tue, Apr 30, 11:20 AM

310 985 5929 Geoffrey

949 633 0715 David wiechert

Tue, May 7, 10:08 AM

Hi Gina give me a call I missed your call yesterday and tried to call you back but you didn't answer.

I'll call you tonight I got to take likes clothes over to the mortuary today and so hard

Tue, May 7, 11:53 AM

Call me Gina about the car

Gina spoke to Ludwig he said the rolls runs great he has the key he will get it out of the lot and check the fluids so you can pick it up!

(48)

**3:23**



**New iMessage**  Cancel

To: Don Hopp, |  ⊕

Thank you

What is the car?

Car is paid you can pick it up dealt with Liz

Are you going to pick up the Escalade today?

Gina get the Escalade can you get a ride to pick it up? I think Todd will have Ludwig or Bobby try to sell the rolls

Tue, May 7, 4:04 PM



(49)

Filed 12/18/14  Prof. Collection Consultants v. Lauron CA6

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SIXTH APPELLATE DISTRICT

| | |
|---|---|
| PROFESSIONAL COLLECTION CONSULTANTS,<br><br>     Plaintiff, Cross-Defendant and Appellant,<br><br>          v.<br><br>KRYSTAL LAURON,<br><br>     Defendant, Cross-Complainant and Respondent;<br><br>TODD ALLEN SHIELDS et al.,<br><br>     Cross-defendants and Appellants. | H039718<br>(Santa Clara County<br>Super. Ct. No. 111CV213127) |

Professional Collection Consultants (PCC) brought a lawsuit in November 2011 against Krystal Lauron to collect a $10,000 debt allegedly owing.  Todd Shields, PCC's vice president, verified the complaint.  The debt had been assigned from a lending institution to Wireless Receivables Acquisition Group (WRAG), which, in turn, assigned it to PCC.  Over a year after her initial appearance in the suit, Lauron filed a First Amended Cross-Complaint (Cross-Complaint) against PCC, WRAG, Shields, and Clark Garen, an attorney.  (Hereafter, PCC, WRAG, Shields, and Garen are collectively referred to as appellants.)  She alleged that appellants, by suing her, had violated federal

(50)

Microsoft

+1 323-791-3966

Send on: No SIM ˅

8/15, 12:46p, SIM 1 Text

A reminder
8/15, 11:29a, SIM 1 Text

Your check is on your desk
under calculator. Sorry for
the delay. Clark
8/16, 3:48p, SIM 1 Text

Okay
8/16, 3:59p, SIM 1 Text

3,930.00 Michael flowers
hope all is well
10/16, 4:21p, SIM 1 Text

(51)

Call us.  We have news for you.
Geoff and Eric

Have your lawyer call the court
house soon after 1:30 pm and ask
for Evelyn.  The number is
213 633 0245
Explain that everyone was there to
protest the appointment of Todd,
but you were informed the case was
postponed untin Aug 22.  Then the
next day you were informed that
Todd was appointed electronically
which is fraud.  Your lawyer should
know what to do.

Ok thank i email him right now

Call the court on Monday

Call the court on Monday

Do you know about the other
hearing in Nevada tomorrow?
Bybee told Eric that.  (52)

# Christain Gorball  **Inbox** ☆

 **Chris Gorball** Feb 19

Hello, my name is christain Gorball i wanted to see about getting things out of the house at 38950

8

 **Eric Khodadian** 2:41 PM

to me ⌄                                                                ↩    ⋮

Hi Chris:

We were able to locate the baggie with the SSN and birth certificates etc. That will be Fedexed to the address you provided. Regarding the large items you identified. Arrangements are being made for them to be moved to a storage unit. You will then be provided access to the storage unit at a scheduled time to move all that stuff out. I believe arrangements are currently being made for that. So I will let you know when that happens. Should not be too much longer. I apologize for the delay. There is a lot going on with the house. Thank you for being patient.

Show quoted text

(53)



ER: COMPLETE THIS SECTION

mplete items 1, 2, and 3.
your name and address on the reverse
at we can return the card to you.
ch this card to the back of the mailpiece,
n the front if space permits.
e Addressed to:

P.O. BOX 45405
OS angeles
CA 90045

90 9402 4459 8248 5850 73

Number (Transfer from service label)
18  3090 0002 1153 6918

3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

B. Received by (Printed Name)          C. Date of D
   SEAN PUL                              7/9/

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

☐ Age
☐ Add

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ d Mail
☐ d Mail Restricted Delivery

☐ Priority Mail Expr
☐ Registered Mail™
☐ Registered Mail R
   Delivery
☐ Return Receipt fo
   Merchandise
☐ Signature Confirm
☐ Signature Confirm
   Restricted Deliver

Domestic Return R

---

**Authorization to Hold Mail**

Name(s)
CLARK GAREN

Address (Number, street, apt./suite no, city, state, ZIP + 4)
38950 TRINIDAD Circle
PALM SPRINGS, CA. 92264

Beginning Date
7-10-19

Ending Date (May only be changed by
the customer in writing)

We can hold your mail for a minimum of 3,
but not for more than 30 days
PLEASE HOLD Until COA COMP
Through Submitted : 7-10-19

X A. Please deliver all accumulated mail and
   resume normal delivery on the ending
   date shown below.
   WHEN COA Is RECEIVED TO
   New Address

☐ B. I will pick up all accumulated mail when I
   return and understand that mail delivery
   will not resume until I do so.

Customer
Signature  To HGCM. Special
           Appni,Wicharftor of
           Echek of Clark
           GAREN

For Post Office Use Only

Date Received

Accumulated mail
has been picked up

PS Form 8076, April 2002

(54)



**BOARD OF BARBERING AND COSMETOLOGY**
P.O. Box 944226, Sacramento, CA 94244-2260
P (916) 575-7155  F (916) 928-6810  www.barbercosmo.ca.gov



July 21, 2017

## NOTICE OF HEARING

STEVEN E. HOSGKIN, MD A PROFESSIONAL CORP. (OWNER)
THE SPA AT HIGH DESERT SKIN CENTER
15366 11TH STREET #M
VICTORVILLE, CA 92395

RE: Administrative Citation/Assessment of Fine No.: 1002017021703
No. 104
License No.: U/L ESTABLISHMENT
Entity No.: 6479597

Dear STEVEN E. HOSGKIN, MD A PROFESSIONAL CORP. (OWNER):

On 4/19/2017, you were issued a citation and fine by the Board of Barbering and Cosmetology (Board) for violating sections of the Board's laws and/or regulations. As a result of the citation, you requested an appeal hearing. This is to inform you that your appeal hearing has been scheduled for **2:30 P.M.** on **8/22/2017** at the following location:

CALIFORNIA TOWER BUILDING
3737 MAIN STREET
ARLINGTON ROOM #206
RIVERSIDE, CA 92501

You, or your appointed representatives, shall appear in person before the Disciplinary Review Committee (DRC). Your representative must provide a signed authorization letter signed by you, allowing them to appear in your absence. An individual cannot be represented by the owner of the salon where the citation was issued. You may provide your own interpreter if needed. Your interpreter cannot have a pending appeal for a citation issued at the same location. The DRC will determine the validity of each appealed violation, separately.

**Please arrive on time and bring this notice with you for proper identification. There will be several appellants who are scheduled to appear at the same time. Cases will be heard on a first come, first serve basis. You will be allowed a maximum of fifteen (15) minutes to present your case to the Committee.**

Hearings are recorded. A Board representative will present the facts of the case while the Committee members review the file. You will be asked to give the reasons and/or evidence why the Committee should dismiss or modify the citation and fine.

After your case has been heard, you may leave. The Committee will meet in closed session to make a determination and you will be notified of that decision within thirty (30) days. *Please do not call the Board for the results of your hearing.* You will not be told the decision on the day of your hearing.

(55)

**NOTICE OF HEARING**                         2                              **July 21, 2017**

If you **fail to appear** without "good cause" as defined in Section 975 of the California Code of Rules and Regulations, **all fines become due and payable.** There shall be no further administrative appeal, except as provided by law. Please be advised that failure to pay all fines in full will affect the renewal of your license.

Payments can be made by credit card at www.breeze.ca.gov or a check or money order can be submitted by mail to the address listed below. Please include the citation number, your license number, and entity number on your check or money order. Credit card payments cannot be taken over the phone. You may submit payments as long as the total fine amount is paid in full before the expiration date of your license(s). If you fail to pay the administrative fines in full you will not be allowed to renew your Board license(s).

**If you decide that you are no longer interested in a hearing, please sign and date the bottom portion of this page and fax it to (916) 928-6810 or email it to vladimir.chepurny@dca.ca.gov or mail it to the address listed below. If you withdraw your appeal, any fines related to your citation will be due.**

No reimbursement will be made for travel, lodging, or any other costs associated with your hearing.

**If you have any questions regarding this letter, please contact me at (916) 575-7155.**

Sincerely,

Vlad Chepurny
DRC Analyst

Enclosures

---

*REQUEST TO WITHDRAW APPEAL*

**(AUGUST 2017 DRC)**
No. 104 Name: STEVEN E. HOSGKIN, MD A PROFESSIONAL CORP. (OWNER) Citation No. 1002017021703

I formally request that the appeal I have filed be withdrawn.

_____                          _____
Signature                                         Date

**FAX TO:**     **(916) 928-6810**
                **ATTN: Vlad Chepurny, DRC Unit**

**EMAIL TO:**   **vladimir.chepurny@dca.ca.gov**

**SEND TO:**    Board of Barbering and Cosmetology
                Disciplinary Review Committee
                P.O. Box 944226
                Sacramento, CA 94244-2260

(56)

**ATTN: Vlad Chepurny, DRC Unit**

**NOTICE OF HEARING**                          3                          July 21, 2017

### 974.2(d). Appeal to Disciplinary Review Committee

The cited person may contest or appeal any of the following aspects of the citation or notice of violation:

(1) The occurrence of a violation of the Barbering and Cosmetology Act or the regulations adopted by the board;

(2) The period of time for correction, if any; and/or

(3) The amount of the fine

(Title 16, Division 9, California Code of Regulations)

### 975. Good Cause for Failure to Appear for Hearing

The Board defines "good cause" for the purpose of Business and Professions Code Section 7413 as follows: Personal illness, auto accident, death or severe illness in the immediate family or other severe physical or emotional hardship. Any condition to be considered good cause by the board must be verified in writing (i.e., letter from a physician, official accident report, obituary notice) on or before the date of hearing.

(Title 16, Division 9, California Code of Regulations)

### 7410. Appeal to Disciplinary Review Committee

Persons appealing a citation, or their appointed representatives, shall appear in person before the disciplinary review committee. The appellant may present written or oral evidence relating to the facts and circumstances relating to the citation that was issued.

(Chapter 10, Division 3, Business and Professions Code)

### 7413. Timeliness of Appeal; Finality of Decision

Appeals of citations not filed in a timely manner or failure of the appellant or the appellant's representative to appear before the disciplinary review committee at the appointed time except when good cause is shown, shall cause the citation to become final and there shall be no administrative appeal except as otherwise provided by law.

(Chapter 10, Division 3, Business and Professions Code)

### 7414. Effect of Failure to Pay Administrative Fines

Persons who fail to pay administrative fines that were not contested or were contested but the appeal has been adjudicated, shall not be issued a license or allow to renew any licenses issued to them until all fines are paid in addition to any application, renewal, or delinquency fees which are required.

(Chapter 10, Division 3, Business and Professions Code)



(57)

**NOTICE OF HEARING**                          4                              **July 21, 2017**


# How to Prepare for an Appeal Hearing


### Q. What can I expect during the appeal hearing?

A. During your appeal hearing, you will have the opportunity to discuss your case with the Disciplinary Review Committee, which consists of a panel of three Board Members. You will have approximately 15 minutes to state your case and explain why you are appealing. You are allowed, but are not required, to bring appropriate representation, witnesses, written documentation or photos to support your case.

### Q. What should I bring to my hearing?

A. Any documents that you feel can support your case. They must be **physical** copies so that they can be submitted as evidence (**not on phone or camera**).

### Here are some examples of evidence that you may want to consider bringing:

- Photos of corrected violations
- Copy of Foot spa cleaning logs
- Surveillance video on CD
- Copy of license (If cited for unlicensed or expired)
- Proof of mailing/certified mail receipt
- Copies of front and back of checks cashed by DCA
- Lease agreement with start/end date
- Death certificate
- Time card/appointment book
- Health insurance bills/letter from doctor
- Inspection report from future visit showing No Violations
- Photo I.D. (if cited no photographic ID)
- The actual tools/implements that were cited; bottles of Barbicide/disinfectant


### Q. Can I request an Interpreter?

A. If requested in advance, the Board will provide a Spanish or a Vietnamese speaking interpreter. You may provide your own interpreter if needed and the interpreter cannot have a pending appeal hearing for a citation issued to him or her at the same location.

### Q. What can I do if I am unable to attend in person?

A. If you cannot attend your hearing, you may send a representative to speak on your behalf. You must provide a signed authorization letter allowing the representative to appear in your absence. If you are an employee of an establishment, the owner of the establishment cannot represent you at the hearing.

(58)

US POSTAGE

Hasler

9235363726 0015

**BarberCosmo**
Board of Barbering & Cosmetology
BARBERING & COSMETOLOGY
P.O. BOX 944226
SACRAMENTO, CA 94244-2260
WWW.BARBERCOSMO.CA.GOV

(59)

MutualofOmahaBank

"002444" 1:104002894: 0002207160"

DCP Hopp
wrote these checks blank

...PELESS RECEIVABLES ACQ GROUP

DATE

MutualofOmahaBank

"002445" 1:104002894: 0002207160"

PELESS RECEIVABLES ACQ GROUP

MutualofOmaha

(60)

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

3082019094777

CERTIFICATE OF DEATH

1. NAME OF DECEDENT—FIRST
**CLARK**

12/2019/9/21 178

6. BIRTH STATE/FOREIGN COUNTRY
**CALIFORNIA**

10. SOCIAL SECURITY NUMBER
**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**

4. DATE OF BIRTH
**00/11/1946**

72

EDUCATION
**MASTER'S**

DIVORCED
04/29/2019

1515

17. USUAL OCCUPATION
**ATTORNEY**

LAW

CAUCASIAN

X NO

51. DECEDENT'S RESIDENCE
**2124 RIVER CITY DRIVE**

71. CITY
**LAUGHLIN**

46

INFORMANT'S NAME, RELATIONSHIP
**STEVE HODGKINS, FRIEND**

81. COUNTY/PROVINCE
**CLARK**

89025

46

NEVADA

NAME OF SURVIVING SPOUSE/SDP—FIRST

629 SUNSET HILL LANE, REDLANDS, CA 92373

81. NAME OF FATHER/PARENT—FIRST
**BERNARD**

83. NAME OF MOTHER/PARENT—FIRST
**RUTH**

LAST
**GAREN**

PA

87. LAST BIRTH NAME
**REISS**

NY

DISPOSITION DATE
**05/10/2019**

49. PLACE OF FINAL DISPOSITION
**HILLSIDE MEMORIAL PARK**
**6001 W. CENTINELA AVENUE, LOS ANGELES, CA 90045**

TYPE OF DISPOSITION
**BU**

SIGNATURE OF EMBALMER
▶ **NOT EMBALMED**

44. NAME OF FUNERAL ESTABLISHMENT
**HILLSIDE MEMORIAL PARK MORTUARY**

LICENSE NUMBER
**FD1358**

SIGNATURE OF LOCAL REGISTRAR
▶ **MUNTU DAVIS, M.D.**

05/08/2019

101. PLACE OF DEATH
**RONALD REAGAN UCLA MEDICAL CENTER**

IF HOSPITAL, SPECIFY ONE
X IP

COUNTY
**LOS ANGELES**

103. FACILITY ADDRESS OR LOCATION WHERE FOUND
**757 WESTWOOD PLAZA**

CITY
**LOS ANGELES**

CAUSE OF DEATH

COUNTY CLUES ▶ **SEPTIC SHOCK**

HRS

**MULTIFOCAL PNEUMONIA**

DAYS

**RELAPSED ACUTE MYELOID LEUKEMIA**

MOS

SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107
**RGILLUS RHINOSINUSITIS, CLOSTRIDIOIDES DIFFICILE, CHRONIC KIDNEY DISEASE, CORONARY**
**RY DISEASE, PROSTATE CANCER, HYPERTENSION, DIABETES MELLITUS**

OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112
**OSCOPIC SINUS SURGERY AND DEBRIDEMENT 02/06/2019, 02/14/2019, 03/13/2019**

116. SIGNATURE AND TITLE OF CERTIFIER
▶ **TISHA SHIH-YUN WANG M.D.**

118. LICENSE NUMBER
**A88107**

119. DATE
04/29/20

TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE
**TISHA SHIH-YUN WANG M.D.**
**757 WESTWOOD PLAZA, LOS ANGELES, CA 90095**

019

04/28/2019


(lol)

Branch :RO3,User :3497                    Comment:                              Station Id :BZPM

## PUBLIC RECORD

**2020-0099496**
03/03/2020 05:00 PM Fee: $ 30.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

508

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

Gina Rickard
38950 Trinidad
Palm Springs CA
92264

Space above this line for recorder's use only

AFFidavit - Death of Trustee
Title of Document

TRA:_____
DTT:_____

Exemption reason declared pursuant to Government Code 27388.1

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☒ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

ACR 238 (Rev. 01/2018)                    Available in Alternate Formats

Branch :RO3,User :3497                     Comment:                        Station Id :BZPM

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

Gina Rickard

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

Gina Rickard
38950 Trinidad Circle
Palm Spring CA
92264

**2020-0099495**
03/03/2020 05:00 PM Fee: $ 36.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

508

Space above this line for recorder's use only

Quit Claim
Title of Document

TRA: _____

DTT: _____

### Exemption reason declared pursuant to Government Code 27388.1

☐  This document is a transfer that is subject to the imposition of documentary transfer tax.

☐  This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☑  This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐  This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

ACR 238 (Rev. 01/2018)              Available in Alternate Formats

Branch :RO3,User :3497                        Comment:                                Station Id :BZPM

DOC #2020-0099495  Page 3 of 5

and assigns forever, so that neither Grantor(s) nor Grantor's heirs, legal representatives or assigns shall have, claim or demand any right or title to the property, premises, or appurtenances, or any part thereof.

Grantor declares that this transfer is exempt from the documentary transfer tax and that the documentary transfer tax on this transfer is $0.

Grantor further declares this conveyance is made only to change the manner in which title is held (tenancy), and the Grantor(s) and Grantee(s) remain the same and continue to hold the same proportionate interest.

Tax Parcel Number: 666 -201-005

Mail Tax Statements To:
ASFELD TRUST GINA RICKARD
38950 TRINIDAD CIRCLE
PALM SPRINGS, California 92263

[SIGNATURE PAGE FOLLOWS]

Page 2 of 3

Branch :RO3,User :3497                    Comment:                              Station Id :BZPM

DOC #2020-0099495  Page 4 of 5

Grantor Signatures:

DATED: 3-2-2020

*Gina Rickard*

GINA RICKARD, Trustee on behalf of RUTH GAREN

> A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

On March 2, 2020 ____ before me, Crystal M. Bocanegra, Notary Public, personally appeared GINA RICKARD on behalf of RUTH GAREN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Notary Seal)
Signature of Notary Public

> CRYSTAL M. BOCANEGRA
> Notary Public - California
> Riverside County
> Commission # 2269278
> My Comm. Expires Dec 2, 2022

Page 3 of 3

Branch :RO3,User :3497                    Comment:                    Station Id :BZPM

DOC #2020-0099495  Page 5 of 5

### Affidavit of Gina Rickard

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

The undersigned, GINA RICKARD, do hereby swear, certify, and affirm that:

1. I am over the age of 18 and am a resident of the State of California. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. I am President of KAKZ TV LOCAL 4.1 . I acquired this title when Clark Garen passed away on 04/26/2019. I am the only Heir and rightful owner to the Clark Garen Estate and Trustee to Trusts. I have been Vice President & Producer for the past 6 years.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  3  day of  march , 20 20 .

Gina Rickard

This is a RocketLawyer.com document.                    Page 1 of 2



RECORDING REQUESTED BY:

GINA RICKARD

AND WHEN RECORDED MAIL TO:

GINA RICKARD
17100 NORTH INDIAN CANYON AVENUE
PALM SPRINGS, CA. 92263

080

A.P.N.:

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## AFFIDAVIT – DEATH OF TRUSTEE

STATE OF CALIFORNIA          }
COUNTY OF __RIVERSIDE__      }

THE UNDERSIGNED, _____GINA RICKARD_____ , BEING OF LEGAL AGE, BEING DULY SWORN, DEPOSES AND SAYS:

1.  That ____RUTH GAREN____ , the decedent mentioned in the attached certified copy of Certificate of Death, is the same person as RUTH GAREN ____ named as the Trustee in that certain Declaration of Trust dated __AUGUST 12, 2002__ , executed by _____CLARK GAREN_____ as Trustor(s).

2.  At the time of demise of the decedent, the decedent was the record owner, as Trustee, of real property commonly known as 17100 INDIAN CANYON AVENUE RIVERSI , which property is described in a Deed which was signed by _____CLARK GAREN_____ , as Grantor(s) on AUGUST 17, 2002 and recorded as Instrument No. _____ , on _____ , of Official Records of __RIVERSIDE__ County, State of California

The legal description of said property is as follows:
North Palm Springs, County of Riverside State of California, and described as lots 5 & 6 block A of Garnet Gardens # 2 in the County of Riverside, State of California as shown by map on file in Book 22, page 47of maps, Office of the County

3.  I, ____GINA RICKARD____ am the Successor Trustee under the above referenced Trust, which was in effect at the time of the death of the decedent mentioned in paragraph 1 above, and which as not been revoked, and I hereby consent to act as such.

4.  There is no federal estate tax due as the result of the death of the decedent mentioned in paragraph 1 above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Name GINA RICKARD

Name _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          }
County of __Riverside__      }

SUBSCRIBED AND SWORN TO (or affirmed) before me on this __2nd__ day of __March__ , 20 __20__ , by _____Gina Rickard_____ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

CRYSTAL M. BOCANEGRA
Notary Public - California
Riverside County
Commission # 2269278
My Comm. Expires Dec 7, 2022

(SEAL)

RIVERSIDE CA
AD 2020.99496

Page 2 of 3

Printed on 4/9/2020 2:52:47 PM

Document: AD 2020.99496



Branch :RO3,User :3497                    Comment:                    Station Id :BZPM

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

### CERTIFICATE OF DEATH

3201233008677

| 1. NAME OF DECEDENT - FIRST (Given) | 2. MIDDLE | 3. LAST (Family) | |
|---|---|---|---|
| RUTH | REISS | GAREN | |

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs | | 7. SEX |
|---|---|---|---|
| 01/05/1919 | 93 | | F |

| 8. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 13. MARITAL STATUS | 14. DATE OF DEATH |
|---|---|---|---|
| NEW YORK | 5080 | WIDOWED | 08/26/2012 |
| | | | 0830 |

| 16. EDUCATION | 17. WAS DECEDENT HISPANIC/LATINO/SPANISH | 18. DECEDENT'S RACE | |
|---|---|---|---|
| BACHELOR | NO | CAUCASIAN | |

| 19. USUAL OCCUPATION | 20. KIND OF BUSINESS OR INDUSTRY | 21. YEARS IN OCCUPATION |
|---|---|---|
| ACCOUNTANT | ACCOUNTING | 20 |

22. DECEDENT'S RESIDENCE
929 CALLE MIRAMAR

| CITY | COUNTY/PROVINCE | ZIP CODE | YEARS IN COUNTY | STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| REDONDO BEACH | LOS ANGELES | 90277 | 80 | CALIFORNIA |

26. NAME OF INFORMANT, RELATIONSHIP
CLARK GAREN, SON

27. INFORMANT'S MAILING ADDRESS
2124 RIVER CITY DRIVE, LAUGHLIN, NV 89028

| 28. NAME OF SURVIVING SPOUSE/SRDP - FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| | | |

| 31. NAME OF FATHER/PARENT - FIRST | 32. MIDDLE | 33. LAST | BIRTH STATE |
|---|---|---|---|
| JOSEPH | | REISS | GERMANY |

| 34. NAME OF MOTHER/PARENT - FIRST | 35. MIDDLE | 36. LAST (BIRTH NAME) | BIRTH STATE |
|---|---|---|---|
| CLARA | | REINHOLT | GERMANY |

| 38. DISPOSITION DATE mm/dd/ccyy | 39. PLACE OF FINAL DISPOSITION | |
|---|---|---|
| 08/28/2012 | HILLSIDE MEMORIAL PARK | 8001 CENTINELA AVENUE, LOS ANGELES, CA 90045 |

| 40. TYPE OF DISPOSITION(S) | 41. SIGNATURE OF EMBALMER | 42. LICENSE NUMBER |
|---|---|---|
| BU | NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| HILLSIDE MEMORIAL PARK MORTUARY | FD1358 | CAMERON KAISER, MD | 08/26/2012 |

| 101. PLACE OF DEATH | 103. OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|
| SONS RESIDENCE | |

| 102. FACILITY ADDRESS OR LOCATION WHERE FOUND | CITY |
|---|---|
| 38950 TRINIDAD CIRCLE | PALM SPRINGS |

| 104. COUNTY | | | |
|---|---|---|---|
| RIVERSIDE | | | |

| 107. CAUSE OF DEATH | | Interval between onset and death | 111. BIOPSY PERFORMED? |
|---|---|---|---|
| IMMEDIATE CAUSE (a) CARDIOPULMONARY ARREST | | MINS | 2012-05451 |
| (b) CHRONIC OBSTRUCTIVE PULMONARY DISEASE | | YEARS | 112. AUTOPSY PERFORMED? |
| (c) ATRIAL FIBRILLATION | | YEARS | |
| (d) OSTEOPOROSIS | | YEARS | |

113. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107
NONE

114. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 113? (If yes, list type of operation and date)
NO

| 116. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 117. SIGNATURE AND TITLE OF CERTIFIER | 119. LICENSE NUMBER | 120. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since | ARVINDER SINGH BIR M.D. | A91355 | 08/26/2012 |
| 08/13/2012 | 08/26/2012 | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE  ARVINDER SINGH BIR M.D. 71-777 SAN JACINTO DRIVE #102, RANCHO MIRAGE, CA 92270 | |

| 122. MANNER OF DEATH | 124. INJURED AT WORK? | 125. DATE mm/dd/ccyy | 126. HOUR 24 Hours |
|---|---|---|---|
| Natural | | | |

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

127. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

| 128. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|

129. SIGNATURE OF CORONER / DEPUTY CORONER      131. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER

| STATE REGISTRAR | A | B | C | D | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | *9100100209544* | | |

DOC #2020-0099496   Page 3 of 3

CARIVERS02

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Assessor-County Clerk-Recorder.

DATE ISSUED    MAR 02 2020

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-County Clerk-Recorder.

03494 2459

Peter Aldana
PETER ALDANA
ASSESSOR-COUNTY CLERK-RECORDER
RIVERSIDE COUNTY, CALIFORNIA

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

RIVERSIDE,CA                    Page 3 of 3                    Printed on 4/9/2020 2:52:48 PM
Document: AD 2020.99496                    (68)

Recording Requested By:
GMAC MORTGAGE CORPORATION
3451 Hammond Avenue
Waterloo, IA  50702

WHEN RECORDED RETURN TO:
RUTH GAREN

PO BOX 1574
TORRANCE, CA  90505

DOC # 2003-293462
04/25/2003 08:00A Fee:18.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Gary L. Orso
Assessor, County Clerk & Recorder

Loan No.  525715702

## SUBSTITUTION OF TRUSTEE AND RECONVEYANCE

Whereas **RUTH GAREN** was the original Trustor under that certain Deed of Trust recorded on March 14, 2002 in the office of the County Recorder of **RIVERSIDE** County, California, Instrument Number **2002-131947**, in Book ---, Page ---.

Whereas, the undersigned, as the present Beneficiary(s) under said Deed of Trust desires to substitute a new Trustee under said Deed of Trust in place instead of original trustee, now therefore, the undersigned hereby substitute himself (themselves) as Trustee under said Deed of Trust and does hereby reconvey without warranty to the persons legally entitled thereto all Estate now held by it under said Deed of Trust.

Dated:  April 18, 2003

Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, GMAC Mortgage Corporation)

By:

Roberta Pettengill, Assistant Secretary

STATE OF IOWA
County of Black Hawk

On April 18, 2003, before me, J. Simon, a notary public, personally appeared **Roberta Pettengill, Assistant Secretary**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed this instrument.

WITNESS my hand and official seal

Notary's Signature
J. Simon                8/16/04
2003-04-11

| J. SIMON |
| NOTARIAL SEAL - STATE OF IOWA |
| COMMISSION NUMBER 712043 |
| MY COMMISSION EXPIRES AUG. 16, 2004 |

(Notary's Seal)

MIN: 100037505257157027     MERS Telephone: 1-888-679-6377



(69)

Home deeds part 3   PDF

**POWER OF ATTORNEY - CA**
(California Probate Code Section 4000 et. seq.)

**Washington Mutual Bank.FA**

ACCOUNT NUMBER
893-0006005110

ACCOUNT NUMBER

ACCOUNT NUMBER
893-0024041

SAFE DEPOSIT BOX NUMBER
#57 AND #70

## NOTICE TO PERSON EXECUTING THIS DURABLE POWER OF ATTORNEY

A durable power of attorney is an important legal document. By signing the durable power of attorney, you are authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should know these important facts:

*Your agent (attorney-in-fact) has no duty to act unless you and your agent agree otherwise in writing.

*This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property, and to use your property as security if your agent borrows money on your behalf.

*Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney.

*The powers you give your agent will continue to exist for your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney. The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property.

*You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

*This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowleged before a notary public so that it may easily be recorded.

*You should read this durable power of attorney carefully. When effective, this durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

I, RUTH GAREN , PO BOX 1574   TORRANCE  CA  90505
(PRINCIPAL'S NAME AND ADDRESS)

appoint    CLARK GAREN, PO BOX 2275  GARDNERVILLE,  NV  89410  NDL #3800695689  X 09-11-2000
(NAME AND ADDRESS OF THE PERSON APPOINTED, OR OF EACH PERSON APPOINTED IF YOU WANT TO DESIGNATE MORE THAN ONE)

as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following subjects as defined but not limited to Prob. Cd. Sec. 4000 et. seq., as they relate to the above account(s)/box(es).

*Tangible personal property transactions.
*Stock, bond, commodity and options transactions.
*Banking and other financial institution transactions.
*Business operating transactions.
*Insurance and annuity transactions.
*Estate, trust, and other beneficiary transactions.
*Claims and litigation.
*Personal and family maintenance.
*Benefits from social security, medicare, medicaid, or other governmental programs, or civil or military service.
*Retirement plan transactions.
*Tax matters.

This power of attorney shall not be affected by the subsequent incapacity of the principal.

Attorney-in-fact's signature

4442 (Rev. 8-98)                                                                Page 1 of 2


(70)





 **Gina Renee Rickard**
February 10 at 1 15 AM

Todd and his lawyer waiting outside my house



👍 1                                                    6 Comments

👍 Like              💬 Comment              ➥ Share

**Gina Renee Rickard** Waiting for the sheriff to come
Like  Reply  1w

    **Alice Blanco** Gina Renee Rickard
    For what
    Like  Reply  1w

    **Alice Blanco** Why
    Like  Reply  1w

    **Gina Renee Rickard** Tidd said he paid two sheriff
    Like  Reply  2d

    Write a reply                          😊 📷 GIF 😀

 Write a comment                        😊 📷 GIF 😀

(72)

 **Gina Renee Rickard**
February 17 at 3:00 AM

That's the guy who said his lawyer bought and paid off everyone there is his
lawyer and him and his ~~shirt off~~



👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 📷 🗂 🎁

466.25

A≈. R.P.T.T. $

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That
ROBERT C. ROY and THERESA C. ROY, Husband and Wife

FOR A VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, do    hereby Grant, Bargain, Sell and Convey to

Clark Caren, an unmarried man

all that real property situated in the City of LAUGHLIN    County of Clark
State of Nevada, bounded and described as follows:
SEE LEGAL DESCRIPTION ATTACHED AND MADE A PART HERETO
Assessor's Parcel No:    264-28-310-028

SUBJECT TO:
1. Taxes for this current fiscal year, not due or delinquent and any and all taxes and
   assessments levied or assessed after the recording date of this document.  This will
   include the lien of supplemental taxes, if any.
   Restrictions, conditions, reservations, rights, rights of way and easements, now
   of record (if any) affecting the use and occupancy of this property as the same
   may now appear of record.

with all and singular tenements, hereditaments and appurtenances thereto belonging or in an
ing.
our    hand s    this    21st    day    June    .

## LAUGHLIN

(74)

A1

Matthew Jennings
PO BOX 12005 Riverside, CA 92502-2205
4080 Lemon St (1st Floor) Riverside, CA 92501
Telephone: (951) 955-3900
Toll Free Number: 1 (877) 748-2689
From area codes 951 & 760 only

October 2, 2020

## RIVERSIDE COUNTY ANNUAL SECURED PROPERTY TAX BILL
For Fiscal Year July 1, 2020 through June 30, 2021

Visit our website: www.countytreasurer.org

**IMPORTANT MESSAGES**

Property Data: 666201005 LOTS 5 & 6 BLK A MB 022/047 GARNET GARDENS 2

Address: 17100 N INDIAN CANYON DR NORTH PALM SPRINGS CA 92258

Mailed to:
GAREN RUTH ESTATE OF
C/O GINA RICKARD
38950 TRINIDAD CIR
PALM SPRINGS CA 92264-0210

SCAN QR CODE
TO PAY ONLINE

| PIN | Bill Number | Assessment Number | Bill Posted Date | Tax Rate Area |
|-----|-------------|-------------------|------------------|---------------|
| 666201005 | 2020004775324 | 2020-666201005 | 09-16-2020 | 061-215 |

Owner(s) January 1st, 2020 "Et al" means other owners are present on this parcel

GAREN CLARK

IMPORTANT INFORMATION ON REVERSE SIDE

| Land | $45,013 |
|------|---------|
| Structures | $126,372 |
| Full Taxable Value | $171,385 |
| Exemptions - Homeowner | $0 |
| Exemptions - Other | $0 |
| Net Taxable Value | $171,385 |
| Tax Rate Per $100 Value | 1.24281 |
| Taxes | $2,130.00 |
| Special Assessments & Fixed Charges | $28.74 |

| CHARGES LEVIED BY TAXING AGENCIES | FOR INFORMATION CALL | AMOUNT |
|-----------------------------------|----------------------|--------|
| General | | $1,713.85 |
| 03-5128-D PALM SPRINGS UNIFIED B&I 1992-A | 760-416-6126 | $377.31 |
| 03-9001-D DESERT COMMUNITY COLLEGE | 760-773-2513 | $67.65 |
| 04-5121-D DESERT WATER AG | 760-323-4971 | $171.39 |
| 68-1378-FC FLD CNTL STORMWATER/CLEANWATER | 800-969-4382 | $12.20 |
| 68-1714-FC CSA #13 | 866-810-0255 | $9.36 |
| 68-4556-FC COACHELLA VALLEY MOSQUITO & RIFA | 866-807-6864 | $7.18 |
| TOTAL BASE TAX AMOUNT | | $2,158.74 |

| Total Base Tax Amount | | $2,158.74 |
|-----------------------|---|----------|
| | $1,079.37 | $1,079.37 |
| Add 10% penalty after 12-10-2020 | 1 | Add 10% penalty plus cost after 04-12-2021 |
| DUE | $1,079.37 | DUE | $1,079.37 |

PLEASE KEEP TOP PORTION FOR YOUR RECORDS
NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT

---

| PIN | Bill Number |
|-----|-------------|
| 666201005 | 2020004775324 |

DUE 11/01/2020

| PAY BY 12/10/2020 | $1,079.37 |
|-------------------|-----------|
| IF PAID AFTER 12/10/2020 ADD 10% PENALTY | $107.90 |

If paying in person at one of our offices, bring the entire tax bill or no receipt will be issued.
For additional charges see item #5 on the reverse

### SEND THIS STUB WITH YOUR 1ST INSTALLMENT PAYMENT

October 2, 2020

RIVERSIDE COUNTY ANNUAL
2020-2021 SECURED PROPERTY TAX BILL
PARTIAL PAYMENTS ARE NOT ACCEPTED

☐ Check here for change of mailing address
Please provide corrections on reverse side

**Pay taxes online by eCheck or by Credit/Debit card**

ELECTRONIC CHECK — No Convenience Fee applies when paying by eCheck
or
MasterCard VISA DISCOVER
Convenience Fee Applies for Credit/Debit
www.countytreasurer.org

SCAN QR CODE TO PAY ONLINE **1st** Installment

666201005 00000107937 012020 2020004775324

0120206662010050000010793712102020000001187272020004775324 5

(75)

---

| PIN | Bill Number |
|-----|-------------|
| 666201005 | 2020004775324 |

DUE 02/01/2021

| PAY BY 04/12/2021 | $1,079.37 |
|-------------------|-----------|
| IF PAID AFTER 04/12/2021 ADD 10% PENALTY AND COST | $145.97 |

If paying in person at one of our offices, bring the entire tax bill or no receipt will be issued.
For additional charges see item #5 on the reverse

### SEND THIS STUB WITH YOUR 2ND INSTALLMENT PAYMENT

October 2, 2020

RIVERSIDE COUNTY ANNUAL
2020-2021 SECURED PROPERTY TAX BILL
PARTIAL PAYMENTS ARE NOT ACCEPTED
CANNOT BE PAID UNLESS 1ST INSTALLMENT IS PAID

☐ Check here for change of mailing address
Please provide corrections on reverse side

**Pay taxes online by eCheck or by Credit/Debit card**

ELECTRONIC CHECK — No Convenience Fee applies when paying by eCheck
or
MasterCard VISA DISCOVER
Convenience Fee Applies for Credit/Debit
www.countytreasurer.org

SCAN QR CODE TO PAY ONLINE **2nd** Installment

666201005 00000107937 022020 2020004775324

0220206662010050000010793704122021000001225342020004775324 6



B. FITZPATRICK

der No. _____              Escrow or Loan No. _____

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

RECORDING REQUESTED BY

CLARK GAREN
ATTORNEY AT LAW

CLARK GAREN
ATTORNEY AT LAW
P. O. BOX 1574
TORRANCE, CALIFORNIA  90505

CLARK GAREN
ATTORNEY AT LAW
P. O. BOX 1574
TORRANCE, CALIFORNIA 90505

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Individual Grant Deed

The undersigned grantor(s) declare(s):
Documentary transfer tax is $
( ) computed on full value of property conveyed, or
( ) computed on full value less value of liens and encumbrances remaining at time of sale.
( ) Unincorporated area  ( ) City of _____  and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

RUTH GAREN

hereby GRANT(S) to  CLARK GAREN

                                        City of Torrance,
the following described real property in the
County of  Los Angeles                  , State of California:

Lot 16 in Block "I" of Tract 10304, in the City of Torrance,
County of Los Angeles, State of California, as per map recorded in
Book 160, page 37 of Maps, in the Office of the County Recorder
of said County.

Dated    January 15, 1975                          RUTH GAREN

STATE OF CALIFORNIA
COUNTY OF  Los Angeles          } ss.
On  January 15, 1975          before me, the under-
signed, a Notary Public in and for said State, personally appeared
     RUTH GAREN

known to me
to be the person_  whose name  is  subscribed to the within
instrument and acknowledged that  she  executed the same.
WITNESS my hand and official seal.

JAMES B. FITZPATRICK

JAMES B. FITZPATRICK
NOTARY PUBLIC  CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires June 6, 1978

Title Order No. _____      Escrow or Loan No. _____

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**



RECORDING REQUESTED BY
CLARK GAREN
ATTORNEY AT LAW

AND WHEN RECORDED MAIL TO

CLARK GAREN
ATTORNEY AT LAW
P. O. BOX 1574
TORRANCE, CALIFORNIA 90505

87- 815468

RECORDED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
31    MAY 12 PM MAY 22 1987
PAST

RUTH GAREN
929 CALLE MIRAMAR
REDONDO BEACH, CALIFORNIA
90277

FEE
$5
N

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Individual Grant Deed
THIS FORM FURNISHED BY TICOR TITLE INSURERS

The undersigned grantor(s) declare(s):
Documentary transfer tax is $ ___none___ (gift)
(  ) computed on full value of property conveyed, or
(  ) computed on full value less value of liens and encumbrances remaining at time of sale.
(  ) Unincorporated area (  ) City of _____ and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
BERNARD GAREN

hereby GRANT(S) to    RUTH GAREN

the following described real property in the City of Torrance,
County of    Los Angeles    , State of California:

Lot 16 in Block "I" of Tract 10304, in the City of Torrance,
County of Los Angeles, State of California, as per map recorded
in Book 160, page 37 of Maps in the Office of the County
Recorder of said County.

Dated    January 15, 1975

BERNARD GAREN

STATE OF CALIFORNIA
COUNTY OF  Los Angeles    }ss.
On  January 15, 1975    before me, the under-
signed, a Notary Public in and for said State, personally appeared
BERNARD GAREN

_____ known to me
to be the person __ whose name _is_ subscribed to the within
instrument and acknowledged that _he___ executed the same.
WITNESS my hand and official seal.

Signature _____
JAMES B. FITZPATRICK

OFFICIAL SEAL
JAMES B. FITZPATRICK
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires June 6, 1978

Title Order No. _____    Escrow or Loan No. _____

MAIL TAX STATEMENTS AS DIRECTED ABOVE



Parcel No. 622-322-055

## DO NOT RECORD

The following is a copy of provisions (1) to (14), inclusive, of the fictitious deed of trust, recorded in e:
of Trust and incorporated by reference in said Deed of Trust as being a part thereof as if set forth at le
TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:

(1)  To keep said property in good condition and repair; not to remove or demolish any building thereon; to t
manner any building which may be constructed, damaged or destroyed thereon and to pay when due all clain
comply with all laws affecting said property or requiring any alterations or improvements to be made there:
suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prun
said property may be reasonably necessary, the specific enumerations herein not excluding the general.

(2)  To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to B
insurance policy may be applied by Beneficiary upon indebtedness secured hereby and in such order as Be
entire amount so collected or any part thereof may be released to Trustor. Such application or release shall no
or invalidate any act done pursuant to such notice.

(3)  To appear in and defend any action or proceeding purporting to affect the security hereof or affect the r
Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reaso
Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

(4)  To pay: at least ten days before delinquency all taxes and assessments affecting said property, including
encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior
Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, bu
demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in
necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property f
preceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee, pay, purchas
lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers,
reasonable fees.

(5)  To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from
secured hereby, or at the amount allowed by law at date of expenditure, whichever is greater, and to pay for any
hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maxim
demanded.

(6)  That any award of damages in connection with any condemnation for public use of or injury to said property
paid to Beneficiary who may apply or release such moneys received by him in this same manner and with the same
of fire or other insurance.

(7)  That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his righ



(79)

Page   1  of 3   — + Automatic Zoom ‡

Title Order No.: 2358069                                                    Escrow No.: 1358-TRB
RA 055-040                          **GRANT DEED**

'HE UNDERSIGNED GRANTOR(S) DECLARE(S)
                    **DOCUMENTARY TRANSFER TAX Is $0.00 no consideration**

[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale
[ ] Unincorporated area   [X] City of White Water AND

OR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged.

Madelaine Barnett, a widow

ereby GRANT(s) to

Madelaine Barnett, a widow as to an undivided 37.5% interest and William D. Creswell, an unmarried man as
n undivided 37 5% interest and Clark Garen, an unmarried man as to an undivided 25% interest  al as Tent
· Common.

Area
he real property in the City of White Water, County of Riverside, State of California, described as:

EGAL DESCRIPTION SEE  EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF
Also Known as: Vacant Land,  AP# 517-300-006-0/517-242-0'9-3/517/072-016-5/5'7-054-004-8

DATED Sept. 27, 2006
STATE OF CALIFORNIA
COUNTY OF Riverside
On Oct. 3 2006
before me. Kelly L. Blue
· Notary Public in and for said State, personally appeared
Madelaine Barnett

~~personally known to me~~ (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged
to me that ~~he/she/they~~ executed the same in ~~his/her/their~~
authorized capacity(ies), and that by ~~his/her/their~~ signature(s)
in the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument
WITNESS my hand and official seal

_Madelaine Barnett_
Madelaine Barnett



KELLY L BLUE
COMM # 1346429
NOTARY PUBLIC · CALIFORNIA
RIVERSIDE COUNTY
MY COMM EXP APR 10 2010


(80)

RECORDING REQUESTED BY:
RUTH GAREN

WHEN RECORDED, MAIL THIS DEED
AND MAIL TAX STATEMENTS TO:
RUTH GAREN,
P. O. BOX 1574
TORRANCE, CALIFORNIA 90505

THIS SPACE FOR RECORDER'S USE

## QUITCLAIM DEED

The undersigned grantor declares:
Documentary transfer tax is $
( ) Computed on full value of property conveyed, or
( ) Computed on full value less liens and encumbrances remaining at time of sale;
( ) Unincorporated area:  (XX) City of Palm Springs
(Excluded from reappraisal under California Constitution Article 13A)
This is a transfer between an eligible parent and a eligible child and not a change of ownership
under Section 63.1(a)(2) of the Revenue and Taxation Code.
Grantor/Transferror certifies:
1. that the property herein conveyed is not the principal residence of the Grantor/Transferror;
2. the Grantor/Transferror has not previously sold or transferred to an eligible Transferree;
3. no other real property has been previously sold or transferred by the Grantor/Transferror to
an eligible Grantee/Transferee;
4. The social security number of the Grantor/Transferror is: 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;
5. The names of the eligible Grantees/Transferree's is RUTH GAREN,
6. The full cash value of the property transferred herein is $120,000.00.
        For good and valuable consideration, receipt of which is hereby acknowledged, CLARK GAREN,
an unmarried man, does hereby remise, release and quitclaim unto RUTH GAREN, a widow, forever,
all the right, title, interest and claim which CLARK GAREN, an unmarried man, has in and to the
following described parcel of land, and improvements and appurtenances thereto located in the
unincorporated area of North Palm Springs, County of RIVERSIDE, State of CALIFORNIA and
described as: Lots 5 and 6 Block A of Garnet Gardens No. 2 in the County of Riverside, State of
California as shown by Map on file in Book 22, Page 47 of Maps, Office of the County Recorder of
Riverside County, Calif.
I DECLARE UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON AUGUST 13, 2002 AT TORRANCE, CALIFORNIA

Dated: AUGUST 13, 2002                    CLARK GAREN, GRANTOR/TRANSFERROR

STATE OF CALIFORNIA        )
                           )  S.S.
COUNTY OF LOS ANGELES      )

On AUGUST 13, 2002, 1999, before me,
ANN LeBOURGEOIS, personally appeared
CLARK GAREN, personally known to me
(or proved to me on the basis of satisfactory
evidence) to be the person whose name is/are
subscribed to the within instrument, and
acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies),
and that by his/her/their signatures ion the
instrument the person(s) or the entity on behalf
of which the person(s) acted executed the instrument.

WITNESS MY HAND AND OFFICIAL SEAL

(SEAL)

NOTARY PUBLIC IN AND FOR SAID STATE AND COUNTY

(81)

Recording Requested By:
GMAC MORTGAGE CORPORATION
3451 Hammond Avenue
Waterloo, IA 50702

WHEN RECORDED RETURN TO:
RUTH GAREN

PO BOX 1574
TORRANCE, CA  90505

DOC # 2003-2934910
04/25/2003 08:00A Fee:18.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Gary L. Orso
Assessor, County Clerk & Recorder

Loan No.  525715702

## SUBSTITUTION OF TRUSTEE AND RECONVEYANCE

Whereas **RUTH GAREN** was the original Trustor under that certain Deed of Trust recorded on **March 14, 2002** in the office of the County Recorder of **RIVERSIDE** County, California, Instrument Number **2002-131947**, in Book —, Page —.

Whereas, the undersigned, as the present Beneficiary(s) under said Deed of Trust desires to substitute a new Trustee under said Deed of Trust in place instead of original trustee, now therefore, the undersigned hereby substitute himself (themselves) as Trustee under said Deed of Trust and does hereby reconvey without warranty to the persons legally entitled thereto all Estate now held by it under said Deed of Trust.

Dated:  April 18, 2003

SEE ATTACHED NOTARY DOCUMENT

Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, GMAC Mortgage Corporation)

By: _____
    Roberta Pettengill, Assistant Secretary

STATE OF IOWA
County of Black Hawk

On April 18, 2003, before me, J. Simon, a notary public, personally appeared Roberta Pettengill, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed this instrument.

WITNESS my hand and official seal

Notary's Signature
Simon
203-04-11          8/16/04

J. SIMON
NOTARIAL SEAL - STATE OF IOWA
COMMISSION NUMBER 712043
MY COMMISSION EXPIRES AUG. 16, 2004

(Notary's Seal)

MIN: 100037505257157027    MERS Telephone: 1-888-679-6377

(82)

Station Id :BZ

Branch :RO3,User :3497                    Comment

DOC #2020-0099495  Page 2 of 5

Prepared By:
GINA RICKARD

After Recording Return To:
38950 TRINIDAD CIRCLE
PALM SPRINGS, California 92263

080

APN: 646-201-005          SPACE ABOVE THIS LINE FOR RECORDER'S USE

### QUITCLAIM DEED          DTT 7.0

On March 01, 2020 THE GRANTOR(S),

- RUTH GAREN, GINA RICKARD, Trustee,

for and in consideration of: One Dollar ($1.00) and/or other good and valuable consideration
conveys, releases and quitclaims to the GRANTEE(S):

- ASFELD TRUST, GINA RICKARD, Trustee, residing at 929 CALLE MIRAMAR,
  REDONDO BEACH, LOS ANGELES County, California 90277

the following described real estate, situated in an unincorporated area in the County of
RIVERSIDE, State of California

Legal Description:

LOTS 5 & 6 BLOCK A OF GARNET GARDENS NO. 2 in the County of Riverside, State of
California as shown by Map on file in Book 22, page 47 of Maps, office of the County of
Riverside, California

More commonly described as 17100 NORTH INDIAN AVENUE, PALM SPRINGS,
California 92263.

Grantor does hereby convey, release and quitclaim all of the Grantor's rights, title, and interest in
and to the above described property and premises to the Grantee(s), and to the Grantee(s) heirs



(83)

**DE-111**

| ESTATE OF *(name):* | Clark Garen DECEDENT | CASE NUMBER: |
|---|---|---|

3. d. **Character and estimated value of the property of the estate** *(complete in all cases):*

  (1) Personal property: $100,000

  (2) Annual gross income from

      (a) real property: $ unknown

      (b) personal property: $ unknown

  (3) **Subtotal** *(add (1) and (2)):* $ 100,000

  (4) Gross fair market value of real property: $ 2,800,000

  (5) (Less) Encumbrances: ($ 1,100,000 )

  (6) Net value of real property: $ 1,700,000

  (7) **Total** *(add (3) and (6)):* $ 1,800,000

  e. (1) [x] Will waives bond. [ ] Special administrator is the named executor, and the will waives bond.

      (2) [ ] All beneficiaries are adults and have waived bond, and the will does not require a bond. *(Affix waiver as Attachment 3e(2).)*

      (3) [ ] All heirs at law are adults and have waived bond. *(Affix waiver as Attachment 3e(3).)*

      (4) [ ] Sole personal representative is a corporate fiduciary or an exempt government agency.

  f. (1) [ ] Decedent died intestate.

      (2) [x] Copy of decedent's will dated: October 9, 2017 [ ] codicil dated *(specify for each):*

          are affixed as Attachment 3f(2). *(Include typed copies of handwritten documents and English translations of foreign-language documents.)*

          [x] The will and all codicils are self-proving (Prob. Code, § 8220).

      (3) [ ] The original of the will and/or codicil identified above has been lost. *(Affix a copy of the lost will or codicil or a written statement of the testamentary words or their substance in Attachment 3f(3), and state reasons in that attachment why the presumption in Prob. Code, § 6124 does not apply.)*

  g. **Appointment of personal representative** *(check all applicable boxes):*

  (1) Appointment of executor or administrator with will annexed:

      (a) [x] Proposed executor is named as executor in the will and consents to act.

      (b) [ ] No executor is named in the will.

      (c) [ ] Proposed personal representative is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 3g(1)(c).)*

      (d) [ ] Other named executors will not act because of [ ] death [ ] declination [ ] other reasons *(specify):*

          [ ] Continued in Attachment 3g(1)(d).

  (2) Appointment of administrator:

      (a) [ ] Petitioner is a person entitled to Letters. *(If necessary, explain priority in Attachment 3g(2)(a).)*

      (b) [ ] Petitioner is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 3g(2)(b).)*

      (c) [ ] Petitioner is related to the decedent as *(specify):*

  (3) [ ] Appointment of special administrator requested. *(Specify grounds and requested powers in Attachment 3g(3).)*

  (4) [ ] Proposed personal representative would be a successor personal representative.

  h. Proposed personal representative is a

  (1) [x] resident of California.

  (2) [ ] nonresident of California *(specify permanent address):*

  (3) [x] resident of the United States.

  (4) [ ] nonresident of the United States.

**PETITION FOR PROBATE**
**(Probate—Decedents Estates)**

(84)

WIRELESS RECEIVABLES

## YOUR WCMA ASSETS

Account Number: 22D-02310

December 01, 2018 - December 31, 2018

**Merrill Lynch**
Bank of America Corporation

### RESEARCH RATINGS (continued)

| Security | Symbol | BofAML Research | Morningstar | CFRA |
|---|---|---|---|---|
| ALPHABET INC SHS CL C | GOOG | Buy (B19) | Buy | No Coverage |
| AT&T INC | T | Buy (B19) | Buy | Buy |
| AMGEN INC COM | AMGN | Buy (B17) | Hold | Hold |
| APPLE INC | AAPL | Buy (A17) | Buy | Buy |
| AUTOZONE INC NEVADA COM | AZO | Neutral (B29) | Hold | Buy |
| BALL CORP COM | BLL | Buy (A17) | Hold | Hold |
| BLACKROCK INC | BLK | Buy (B17) | Buy | Buy |
| BECTON DICKINSON CO | BDX | Buy (B17) | Hold | Buy |
| BOEING COMPANY | BA | Buy (B17) | Hold | Buy |
| COMCAST CORP NEW CL A | CMCSA | Buy (B17) | Buy | Buy |
| CVS HEALTH CORP | CVS | Buy (B17) | Buy | Buy |
| COSTCO WHOLESALE CRP DEL | COST | Buy (B17) | Hold | Buy |
| CELGENE CORP COM | CELG | Neutral (B29) | Buy | Hold |
| CHUBB LTD | CB | Buy (A17) | Buy | Buy |
| CLOROX CO DEL COM | CLX | Neutral (B27) | Hold | Hold |
| DOWDUPONT INC COM | DWDP | Buy (B17) | No Coverage | Hold |
| DOLLAR GENERAL CORP | DG | Buy (B17) | Buy | Buy |
| D R HORTON INC | DHI | Buy (C17) | Buy | Buy |
| EATON CORP PLC | ETN | Buy (B17) | Buy | Hold |
| ELECTRONIC ARTS INC DEL | EA | Neutral (B29) | Buy | Hold |
| EQUIFAX INC | EFX | Underperform (B37) | Buy | Buy |
| FEDEX CORP DELAWARE COM | FDX | Neutral (B27) | Buy | Hold |
| FACEBOOK INC | FB | Buy (C19) | Buy | Buy |
| GENL DYNAMICS CORP COM | GD | Buy (A17) | Buy | Hold |
| HOME DEPOT INC | HD | Neutral (A27) | Hold | Buy |
| JPMORGAN CHASE & CO | JPM | Buy (B17) | Buy | Buy |
| JETBLUE AIRWAYS CORP DEL | JBLU | Underperform (B39) | No Coverage | Hold |
| KIMBERLY CLARK | KMB | Neutral (B27) | Hold | Hold |

008

5364



(85)

WIRELESS RECEIVABLES

## YOUR WCMA ASSETS

Account Number: 22D-02310

**24-Hour Assistance: (866) 4MLBUSINESS**
Access Code: 19-223-02310

December 01, 2018 - December 31, 2018

A change in tier assignment will automatically convert the class of BBIF money fund shares held in your account. The WCMA Agreement and Program Description and the BBIF Fund Prospectus contain more details.

| CASH/MONEY ACCOUNTS (continued) Description | | Quantity | Total Cost Basis | | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|---|---|
| +PREFERRED DEPOSIT (BUS) | | 309.00 | 309.00 | | 1.0000 | 309.00 | 6 | 2.00 |
| ++FDIC INSURED NOT SIPC COVERED | | | | | | | | |
| **TOTAL** | | 106,295.53 | | | | 106,295.53 | .60 | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Annual Income | Estimated/Current Income Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCENTURE PLC SHS | ACN | N/A | 30 | N/A | N/A | 141.0100 | 4,230.30 | N/A | 88 | 2.07 |
| ADOBE INC SHS | ADBE | 11/07/18 | 395 | 255.3206 | 100,851.65 | 226.2400 | 89,364.80 | (11,486.85) | | |
| Subtotal | | | | | | | 89,364.80 | (11,486.85) | 88 | 2.07 |
| ALIBABA GROUP HOLDING LT | BABA | 05/27/15 | 300 | 92.6099 | 27,782.97 | 137.0700 | 41,121.00 | 13,338.03 | | |
| ALLERGAN PLC | AGN | N/A | 11 | N/A | N/A | 133.6600 | 1,470.26 | N/A | 32 | 2.15 |
| | | 11/07/18 | 585 | 170.7471 | 99,887.10 | 133.6600 | 78,191.10 | (21,696.00) | 1,685 | 2.15 |
| Subtotal | | | 596 | | 99,887.10 | | 79,661.36 | (21,696.00) | 1,717 | 2.15 |
| ALPHABET INC SHS  CL C | GOOG | 05/21/14 | 15 | 535.5266 | 8,032.90 | 1,035.6100 | 15,534.15 | 7,501.25 | | |
| | | 06/05/14 | 1 | 553.2400 | 553.24 | 1,035.6100 | 1,035.61 | 482.37 | | |
| | | 12/10/15 | 110 | 748.3199 | 82,315.19 | 1,035.6100 | 113,917.10 | 31,601.91 | | |
| Subtotal | | | 126 | | 90,901.33 | | 130,486.86 | 39,585.53 | | |
| ALTRIA GROUP INC | MO | 05/21/14 | 65 | 40.3610 | 2,623.47 | 49.3900 | 3,210.35 | 586.88 | 208 | 6.47 |
| | | 02/23/15 | 187 | 55.5452 | 10,386.97 | 49.3900 | 9,235.93 | (1,151.04) | 599 | 6.47 |
| | | 03/20/15 | 15 | 51.4566 | 771.85 | 49.3900 | 740.85 | (31.00) | 48 | 6.47 |
| | | 05/26/15 | 43 | 51.3348 | 2,207.40 | 49.3900 | 2,123.77 | (83.63) | 138 | 6.47 |
| | | 06/15/15 | 15 | 47.7586 | 716.38 | 49.3900 | 740.85 | 24.47 | 48 | 6.47 |
| Subtotal | | | 325 | | 16,706.07 | | 16,051.75 | (654.32) | 1,041 | 6.47 |
| AMAZON COM INC  COM | AMZN | 12/10/15 | 120 | 661.0733 | 79,328.80 | 1,501.9700 | 180,236.40 | 100,907.60 | | |
| AMDOCS LIMITED | DOX | N/A | 247 | N/A | N/A | 58.5800 | 14,469.26 | N/A | 247 | 1.70 |

(86)



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

00006029 01 MB    0.326 13    30342 001 SCM999
WIRELESS RECEIVABLE ACQUISITION GROUP LL
PO BOX 1574
TORRANCE CA 90505-0574

Our free Online Banking service allows you to check balances, track account activity, pa
With Online Banking you can also view up to 18 months of this statement
Enroll at www.bankofamerica.com/smallbusiness.

## Full Analysis Business Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 12/01/06 through 12/31/06 | Statement Beginnin | |
| Number of Deposits/Credits | 23 | Amount of Deposits | |
| Number of Withdrawals/Debits | 25 | Amount of Withdra | |
| | | Statement Ending E | |
| Number of Enclosures | 3 | Average Ledger Bal | |
| Number of Days in Cycle | 31 | Service Charge | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description |
|---|---|---|---|
| '01 | | 960,273.76 | Sweep-Principal Credit |
| 1 | | 395,639.50 | Agent Assisted transfer from Chk 8146 Confirmation# 5017739169 |
| | | 2,546.94 | Sweep-Dividends Credit |
| | | 1,358,460.20 | Sweep-Principal Credit |
| | | 465,102.78 | Deposit |
| | | 1,358,460.20 | Sweep-Principal Credit |
| | | 1,806,318.32 | Sweep-Principal Credit |
| | | 1,722,387.79 | Sweep-Principal Credit |
| | | 1,722,387.79 | Sweep-Principal Credit |
| | | 1,722,387.79 | Sweep-Principal Credit |
| | | 1,722,387.79 | Sweep-Principal Credit |
| | | 1,722,387.79 | Sweep-Principal Credit |
| | | 1,722,387.79 | Sweep-Principal Credit |
| | | 1,722,196.62 | Sweep-Principal Credit |
| | | 1,722,196.62 | Sweep-Principal Credit |
| | | 1,722,196.62 | Sweep-Principal Credit |
| | | 1,722,196.62 | Sweep-Principal Credit |
| | | 1,722,196.62 | Sweep-Principal Credit |
| | | 1,235,795.67 | Sweep-Principal Credit |

(87)

Branch :ETQ   User :JDEL

RECORDIN .. REQUESTED BY
C.D RE: UBLIC TITLE COMF' NY

DOC # 2011-0342435
08/04/2011 02:38 PM Fees: $56.00
Page 1 of 8  Doc T Tax Paid

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Superior Court

CIVIL MINUTE ORDER

CASE NO. PSC1908167   DATE: 12/19/19     DEPT: PS4
CASE NAME: SHIELDS VS RICKARD
CASE CATEGORY: Unlawful Detainer-Residential Under $10K (PS)

HEARING:  Court Trial Unlawful Detainer - Palm Springs


●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Parties advised of the right to have matter heard before a judge by
posted and verbal notice. Neither party objected. Parties are deemed
to have stipulated to judge pro tem pursuant to CRC rule 2.816.

Honorable Commissioner Mickie E Reed, Presiding

Clerk: E. Ruiz

Court Reporter: None

No appearance made by or for TODD SHIELDS PERSONAL REPRESENTATIVE OF
THE ESTATE OF CLARK GAREN

Preddy Vasquez specially appearing for GINA RICKARD.

GINA RICKARD present.

At  8:54, the following proceedings were held:

On Court's Own Motion:

Entire action dismissed.

The dismissal is entered for the following reason: Failure to
Prosecute.

Dismissal entered without prejudice.

Notice to be given by clerk.

Minute entry completed.

 Like     Comment     Share

 **Gina Renee Rickard**    •••
May 9 · 🌐



(89)



(90)



(a1)

8:51                                                                                   .ıl LTE ▣

<                                      February 18                                      Edit
                                        9:27 PM

                                          Ted >

Well anyway it goes on and on
from there from all three court
houses

But Todd shields listed as plaintiff
against you ?  The UD actions are
a racket at that court.  They give
landlord fraudulent summary
judgments using procedural tricks
to avoid it going to trial.  It is
corrupt .
But without an honest and very
expensive lawyer willing to tangle
in that good ole boys club,
chances are slim it will change .
Your due process does seem
ripped off but lawyers are mostly
all scum.

(92)

## Gina Renee Rickard
10:27 AM, Feb 10

Subject: Re: Idiots

Date: Tuesday, July 18, 2017 at 10:46:49 AM Pacific Daylight Time

From: Christopher Laue

To: Ulrich McNulty

I'm here – just woke up early unfortunately.

Insurance fraud
Then there is the matter of damages to the house that insurance would not pay for (plaster damage and paint) $4,100 plus miscellaneous furnishings (floor lamp, linens, TWC HD Cable Box, etc) that he stole.
Lies, pure fiction. "Vandalism", Laue called it to his insurance company.
Anything else we can hit them for?

For me to forgive this debt they would need to dismiss their suit and close their appeal on the UD case.

Your thoughts?

Thanks:

From: Ulrich McNulty

To: Christopher Laue

On 7/18/17, 9:30 AM, "Ulrich McNulty" <urml@sssiaw.com> wrote:

You must be on the east coast to be sending me emails at 6am!

Yeah, Tripathi is not the brightest bulb on the porch. Not so sure he knows what he is doing.

He appeared in court at the motion to quash, checked-in with the clerk and handed her the application for publication. He told her that if the judge signs it, he will withdraw his request for oral argument. Guess he thought that would encourage the judge to do what Tripathi wanted. The clerk just looked at him with a "huh" look. Boasting, admission by McNulty RE. his relationship with Judge White. AKA Corruption/ Bias.

The judge came out (Judge White who I used to work with, drink with, and vacation with while we were both in the DA's office—Judge Chapman was on vacation) and Tripathi told him about the application for publication. Judge White told Tripathi, "I am not considering your application this morning. I read the moving papers, issued a tentative opinion, you wanted argument, so argue your case. In the future, if you want to do something like this, give the court 2 days-notice so it doesn't read your papers and do work it may not have to do!" Great start for us!! Tripatri just got slapped in front of a bunch of people in court.

As it turns out, the application for publication failed! As did his service on me.

Maybe I tell him, if he serves us we file a cross-complaint for rent. Otherwise, he dismisses his suit and we walk away. What do you think?        Indeed this threat was made by McNulty as an "offer" to Tripathi
                                                                    Of course, the retaliatory eviction, which jumped to a fraudulent
Ulrich R. McNulty, Esq.                                             Summary Judgement. The cross-complaint is in
Schlacht, Shevlin & Shoenberger, ALC,                              direct conflict with Judge Latting's signed ruling
401 East Tahquitz Canyon Way, Suite 100                            forbidding any future claims etc.
Palm Springs, CA 92262
Telephone: (760) 320-7161 Telecopy: (760) 323-1758
E-mail: urm@sssiaw.com



Save                                                    Share

(93)

kicked you out of the Palm Springs house too   And that's why you're so upset now.  They are looking for your friends and calling them squatters

They are going to secure the house and get it locked up

They will try and close escrow early and get a restraining order

I just over heard Lee talking to the police

I really don't care Todd she go to jail and he's not legit I can show you you can check his signature on the wheel is not even Clark signature is a bunch of circles

This is not me talking. I am just telling you what they were saying

More

(94)





GINAGAREN
## Posts
 ☆ **Follow**

 ginagaren                                    ...



RIVERSIDE SUPERIOR COURT
### PUBLIC ACCESS
### Case Report

📷 Camera indicates that a document may be purchased.
View Document Fee Schedule

📄 First Page icon indicates you can view the first page of a Complaint for free.

Send me an email when this case is updated (click here)

Print This Report
Close This Window

#### Case PSC1908167 - SHIELDS VS RICKARD

#### Case PSC1908167 - Complaints/Parties

**Complaint Number:** 0001 — UD Unlawful Detainer Complaint of TODD SHIELDS PERSONAL REPRESENTATIVE OF THE
**Original Filing Date:** 11/08/2019
**Complaint Status:** Dismissed 12/19/2019

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | Plaintiff | TODD SHIELDS PERSONAL REPRESENTATIVE OF THE | KHODADIAN LAW PC | Dismissed 12/19/2019 |
| 2 | Defendant | GINA RICKARD | Pro Per | Dismissed 12/19/2019 |

#### Case PSC1908167 - Actions/Minutes

| Viewed | Date | Action Text | Disposition | Imag |
|---|---|---|---|---|
|  | 01/13/2020 8:00 AM DEPT. CUD | DATE TO SEND NOTICE RE OSC ON UNLAWFUL DETAINER | Vacated | |
| N | 12/19/2019 | JUDGMENT OF DISMISSAL BY COURT; HONORABLE COMMISSIONER MICKIE E REED FILED. | | 📷 |
| N | 12/19/2019 | CLERK'S CERTIFICATE OF MAILING OF MINUTE ORDER DATED 12/19/19 | Not Applicable | 📷 |

1/2/2020, 1:0

Copy text from image ⊗



1  Gina Rickard
   38950 Trinidad Cir.
2  Palm Springs, CA 92264

3  GINA RICKARD
   In Pro-Se
4

5

6              SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                  FOR THE COUNTY OF LOS ANGELES

8                 STANLEY MOSK COURT BUILDING

9

10  NAME OF PLAINTIFF(S)                    )  Case No.: 19STPB05717
                                            )
11                      Plaintiff(s),       )  **DEFENDANT GINA RICKARD NOTICE**
                                            )  **AND NOTICE OF MOTION TO RECUSE**
12      vs.                                 )  **JUDGE SMALLS**
                                            )
13  NAME OF DEFENDANT(S),                   )  **DATE: 09/25/2020**
                                            )  **TIME:  08:30 a.m.**
14                      Defendant(s).       )  **DEPT:  05**
                                            )
15                                          )  Judge:  Honorable Judge Smalls
                                            )  Dept:    05
16                                          )  Action Filed: 04/29/2020
                                            )  Trial Date: 09/25/2020
17                                          )
                                            )
18  _____)

19      NOW COMES DEFENDANT GINA RICKARD WITH HER NOTICE AND NOTICE OF

20  MOTION TO RECUSE THE HONORABLE JUDGE SMALLS IN THE ABOVE CITED

21  ACTION:

22      The Motion is based upon the laws governing defendant's Constitutional right to recuse a

23  judge without having to state any fact or reason.  In addition defendant states good cause shown for

24  the biased shown to her cause of action by Judge Smalls, cited to in her declaration.  Based upon her

25  rights the motion should be granted.

26

27  DATED: August 17, 2020

28

                              (an)

                 DEFENDANT'S MOTION TO RECUSE JUDGE SMALLS

1 | JOSEPH J. POWELL
State Bar No. 227528
2 | HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Ste. 200
3 | Las Vegas, NV 89145
Telephone: (702) 385-2500
4 | Email:  jpowell@hutchlegal.com
Attorney for Todd Shields, as personal representative
5 | for the Estate of Clark Garen

6

7 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

8 | COUNTY OF LOS ANGELES, CENTRAL DISTRICT

9 | Case No.: 19STPB05717

10 | ESTATE OF CLARK GAREN, | Department: 5

11 | | SETTING PETITION

Deceased. | [PROPOSED] ORDER TO DECLARE

12 | | VOID AND FOR REMOVAL OF
FRAUDULENT AFFIDAVIT FROM

13 | | TITLE TO REAL PROPERTY

14 | | [filed concurrently with Ex Parte Application

15 | | and Declaration of Joseph J. Powell]

16

17

18

19

20

21

22

23

24

25

26

[~~PROPOSED~~] ORDER

Having considered the Ex Parte Application of Todd Shields, in his capacity as the personal

representative for the Estate of Clark Garen, and finding good cause therefore,

~~The Ex Parte Application for Order to Declare Void and for Removal of Fraudulent Affidavit~~

~~from Title to Real Property is hereby GRANTED.~~

~~As such, effective immediately it is HEREBY ORDERED THAT:~~

1. That the "Affidavit of Surviving Spouse" signed by GINA RICKARD on February 13, 2020

and filed with the Riverside County Recorder's Office, as document/instrument number 2020-

0071961 (the "Affidavit"), relating to the real property commonly known as 38950 Trinidad Circle,

Palm Springs, California 92264, with APN of 009-613-735, and having a legal description of:

A leasehold Estate created by that certain lease executed by DUNPHY INDUSTRIES, a
California general partnership, lessor, as successor in interest to PALM SPRINGS SAVINGS
BANK - TAMARAK INVESTMENT CO., INC. ASSOCIATES, a general partnership, lessor,
dated October 17, 1991, and recorded on October 24, 1991, as Instrument No. 368918, Official
Records of Riverside County, California, subject to the terms, conditions and provisions as
contained therein.

A PORTION OF LOT 113, TOGETHER WITH TRENTON WAY (A PRIVATE STREET)
AS SHOWN ON TRACT NO. 14920, AS SHOWN BY MAP ON FILE IN BOOK 129
PAGES 99 THROUGH 104, INCLUSIVE, OF MAPS, RECORDS OF RIVERSIDE
COUNTY, CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF TRACT NO. 14920;
THENCE NORTH 89 DEGREES 56' 28" WEST ALONG THE SOUTH LINE OF SAID
TRACT, A DISTANCE OF 97.00 FEET;
THENCE NORTH 0 DEGREES 21' 00" WEST A DISTANCE OF 10.00 FEET TO THE
TRUE POINT OF BEGINNING;
THENCE NORTH 89 DEGREES 56' 28" WEST A DISTANCE OF 213.00 FEET;
THENCE NORTH 0 DEGREES 21' 00" WEST A DISTANCE OF 87.30 FEET TO A POINT
ON A NON-TANGENT CURVE, CONCAVE NORTHEASTERLY, HAVING A RADIUS
OF 38.00 FEET AND A RADIAL BEARING OF NORTH 36 DEGREES 41' 59" EAST;
THENCE NORTWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE
OF 36 DEGREES 56' 16" AN ARC LENGTH OF 24.50 FEET TO A POINT OF REVERSE
CURVE, CONCAVE SOUTHEASTERLY, HAVING A RADIUS OF 50.00 FEET AND A
RADIAL BEARING OF SOUTH 73 DEGREES 38' 15" WEST;
THENCE NORTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE
OF 60 DEGREES 00' 00" AN ARC LENGTH OF 52.36 FEET TO A POINT ON A


(99)

COMPOUND CURVE, CONCAVE SOUTHEASTERLY, HAVING A RADIUS OF 34.00 FEET AND A RADIAL BEARING OF SOUTH 13 DEGREES 38' 15" WEST;

THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 122 DEGREES 57' 37" AN ARC LENGTH OF 72.97 FEET TO A POINT OF REVERSE CURVE, CONCAVE NORTHWESTERLY, HAVING A RADIUS OF 66.00 FEET AND A RADIAL BEARING OF SOUTH 70 DEGREES 40' 38" WEST;

THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTAL ANGLE OF 126 DEGREES 00' 00" AN ARC LENGTH OF 145.14 FEET;

THENCE NORTH 73 DEGREES 19' 22" WEST A DISTANCE OF 23.37 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE SOUTHERLY AND HAVING A RADIUS OF 84.00 FEET;

THENCE WESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 30 DEGREES 02' 25" AN ARC LENGTH OF 44.04 FEET;

THENCE SOUTH 76 DEGREES 38' 13" WEST A DISTANCE OF 39.15 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE NORTHEASTERLY, AND HAVING A RADIUS OF 166.00 FEET;

THENCE NORTHWESTERLY ALONG SAID CURVE, THROUGH A CENTAL ANGLE OF 50 DEGREES 00' 00" AN ARC LENGTH OF 144.86 FEET;

THENCE NORTH 53 DEGREES 21' 47" WEST A DISTANCE OF 88.65 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE NORTHEASTERLY, AND HAVING A RADIUS OF 68.20 FEET;

THENCE NORTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 25 DEGREES 37' 49" AN ARC LENGTH OF 30.51 FEET TO A POINT OF REVERSE CURVE, CONCAVE SOUTHWESTERLY, HAVING A RADIUS OF 25.00 FEET AND A RADIAL BEARING OF SOUTH 62 DEGREES 16' 02" WEST;

THENCE NORTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 67 DEGREES 50' 26" AN ARC LENGTH OF 29.60 FEET TO A POINT OF A NON-TANGENT CURVE, CONCAVE NORTHWESTERLY, HAVING A RADIUS OF 104.00 FEET AND A RADIAL BEARING OF NORTH 05 DEGREES 34' 24" WEST, SAID POINT BEING ON THE SOUTHERLY RIGHT OF WAY OF TRINIDAD CIRCLE (A PRIVATE STREET);

THENCE NORTHEASTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 37 DEGREES 38' 47" AN ARC LENTH OF 68.33 FEET TO A POINT ON A NON-TANGENT CURVE, CONCAVE EASTERLY, HAVING A RADIUS OF 25.00 FEET AND A RADIAL BEARING OF SOUTH 43 DEGREES 13' 11" EAST;

THENCE SOUTHERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 100 DEGREES 03' 36" AN ARC LENGTH OF 43.70 FEET;

THENCE SOUTH 53 DEGREES 21' 47" EAST A DISTANCE OF 88.65 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 134.00 FEET;

THENCE SOUTHEASTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 50 DEGREES 00' 00" AN ARC LENGTH OF 116.94 FEET;

THENCE NORTH 76 DEGREES 38' 13" EAST A DISTANCE OF 39.15 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE SOUTHERLY AND HAVING A RADIUS OF 116.00 FEET;

THENCE EASTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 30 DEGREES 02' 25" AN ARC LENGTH OF 60.82 FEET;



THENCE SOUTH 73 DEGREES 19' 22" EAST A DISTANCE OF 23.37 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE NORTHWESTERLY AND HAVING A RADIUS OF 34.00 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTAL ANGLE OF 126 DEGREES 00' 00" AN ARC LENGTH OF 74.77 FEET TO A POINT OF REVERSE CURVE, CONCAVE SOUTHEASTERLY, HAVING A RADIUS OF 66.00 FEET AND A RADIAL BEARING OF NORTH 70 DEGREES 40' 38" EAST;

THENCE NORTHEASTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 122 DEGREES 57' 37" AN ARC LENGTH OF 141.64 FEET;

THENCE SOUTH 76 DEGREES 21' 45" EAST A DISTANCE OF 76.21 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 38.00 FEET;

THENCE SOUTHEASTERLY ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 15 DEGREES 29' 56" AN ARC LENGTH OF 10.28 FEET TO A POINT THAT HAS A RADIAL BEARING OF NORTH 29 DEGREES 08' 11" EAST;

THENCE SOUTH 89 DEGREES 56' 28" EAST, A DISTANCE OF 171.40 FEET;

THENCE SOUTH 0 DEGREES 21' 00" EAST A DISTANCE OF 151.00 FEET TO THE TRUE POINT OF BEGINNING, CONTAINING 1.23 ACRES, MORE OR LESS, AS PER LOT LINE ADJUSTMENT NO. 2880 RECORDED AUGUST 17, 1989 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

THE COURT MAKES THE FOLLOWING ORDERS:

1. Todd Shield's Ex Parte Petition filed on 6/5/2020 is hereby set for hearing on 7/30/2020 at 3:00 p.m. in Dept 5.

2. Petitioner is to personally serve Gina Rickard with a copy of the petition and notice of hearing not less than 30-days prior to the hearing.  Notice of Hearing must be given on mandatory Judicial Council form DE-115.

3. Petitioner is to give 30-day mail notice to all those who have requested special notice.

4. Petitioner is to give 30-day mail notice to all parties entitled to notice.

IT IS SO ORDERED.

DATE:    June 8, 2020

Michael Small
JUDGE

Hon. Michael Small,

Superior Court Judge

(101)



November 23, 2014, 9:11:32 AM
79 of 5,008

(102)

Basement sq. ft.

Garage sq. ft.

Describe your home

Stolen property Gina rickard house given to Gina from clark GAREN 2015

## Additional information

What I love about this home

That it has two seperate livening quarters  and two full Kichen's Panoramic view to two Backyard at different levels three fireplaces barbecue area and not for sale

Say what you love about it and what makes it unique, talk about the neighborhood and lifestyle it provides.

ROOM DETAILS

Done

(103)



# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| **Primary Owner :** | LEE, VICTOR P |
| **Secondary Owner :** | LEE, SHIRLEY H |
| **Site Address :** | 929 CALLE MIRAMAR |
| | REDONDO BEACH, CA 90277-6732 |
| **Mailing Address :** | 929 CALLE MIRAMAR |
| | REDONDO BEACH, CA 90277 |
| **Assessor Parcel Number :** | 7513-006-016 |
| **CountyName :** | Los Angeles |
| **Tax Account ID :** | |
| **Phone :** | N/A |
| **Census Tract :** | 6513.02 |
| **Housing Tract Number :** | 10304 |
| **Lot Number :** | 16 |
| **Page Grid :** | - |
| **Legal Description :** | Lot: 16   ; Block: I   ; Tract No: 10304   ; Abbreviated Description: LOT:16 BLK:I    TR#:10304    TRACT # 10304 LOT 16 BLK I |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms :** | 5 | **Year Built :** | 1957 | **Square Feet :** | 3672 |
| **Bathrooms :** | 3.0 | **Garage :** | N/A | **Lot size :** | 6591 SF |
| **Partial Bath :** | 0 | **Fireplace :** | N/A | **Number of Units :** | 0 |
| **Total Rooms :** | 0 | **Pool/Spa :** | N | **Use Code :** | Single Family Residential |
| **Zoning :** | TORR-LO | | | | |

## Sale/Loan Information

| | | | |
|---|---|---|---|
| **Transfer Date :** | 11/14/2019 | **Document # :** | 19-1240074 |
| **Transfer Value :** | $1,900,000 | **Cost/Sq Feet :** | $ 517 |
| **First Loan Amt :** | N/A | **Lender :** | |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| **Assessed Value :** | $1,900,000 | **Tax Amount :** | $21,617.50 |
| **Land Value :** | $1,397,600 | **Tax Status :** | Current |
| **Improvement Value :** | $502,400 | **Tax Rate Area :** | 9-359 |
| **Percent Improvement :** | 26 % | **Homeowner Exemption :** | N |

Copyright © 2004-2020 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
11/06/2020 11:48:47 AM                                                                                                Customer Service Rep:Monica Pena

(104)



# SUBJECT PROPERTY HISTORY

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 11/14/2019 | Document #: | 19-1240074 |
| Price: | $1,900,000 | Document Type: | Grant Deed |
| First TD: | | Type of Sale: | Sales Price Rounded from Tax |
| Lender Name: | | | |
| Buyer Name: | LEE, VICTOR P; LEE, SHIRLEY H | | |
| Buyer Vesting: | Tenants in Common | | |
| Sell Name: | SHIELDS, TODD; ESTATE OF CLARK GAREN, | | |
| City/Muni/Twp: | REDONDO BEACH | | |
| Legal: | LOT:16 BLK:I CITY:TORRANCE TR#:10304 MAP REF:MB 160 PG 37-41 | | |

## Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 10/01/2015 | Document #: | 15-1218152 |
| Loan Amount: | $500,000 | Loan Type: | Unknown |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | WIRELESS RECEIVABLES ACQUISITION | | |
| Lender Type: | Other (company or corporation) | | |
| Buyer Vesting: | GAREN,CLARK | | |
| Vesting: | | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 11/28/2012 | Document #: | 12-1802723 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | & |
| Lender Name: | | | |
| Buyer Name: | GAREN, CLARK | | |
| Buyer Vesting: | | | |
| Sell Name: | GAREN, CLARK; RUTH GAREN TRUST, | | |
| City/Muni/Twp: | | | |
| Legal: | LOT:16 BLK:I CITY:TORRANCE TR#:10304 MAP REF:MB160 PG37 | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 10/21/2011 | Document #: | 11-1431677 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | & |
| Lender Name: | | | |
| Buyer Name: | GAREN, CLARK; THE RUTH GAREN TRUST, | | |
| Buyer Vesting: | Trust | | |
| Sell Name: | GAREN, RUTH | | |
| City/Muni/Twp: | PALM SPRINGS | | |
| Legal: | LOT:16 BLK:I CITY:TORRANCE TR#:10304 MAP REF:MB160 PG37 | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2020 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
11/06/2020 11:48:48 AM                                                                              Customer Service Rep:  Monica Pena

**Property Overview**

| | |
|---|---|
| **APN:** | 666-201-005 |
| **Primary Owner** | : RICKARD, GINA; ASFELD TRUST, |
| **Phone** | : |
| **Secondary Owner** | : |
| **Site Address** | : 17100 N INDIAN CANYON RD , NORTH PALM SPRINGS, CA, 92258 |
| **Mail Address** | : 38950 TRINIDAD CIR , PALM SPRINGS, CA, 92264 |
| **Lot Number** | : 0 |
| **Tract Number** | |
| **Census Tract** | : 0445.22 |
| **Page Grid** | : |
| **Legal Description** | : LOT:5,6 BLK:A SUBD:GARNET GARDENS #2 LOTS 5 & 6 BLK A MB 022/047 GARNET GARDENS 2 |

**Property details**

| | |
|---|---|
| **Bedrooms** | : 0 |
| **Bathrooms** | : 0 |
| **Year Built** | : 1961 |
| **Garage** | : |
| **Square Feet** | : 0 |
| **Lot Size** | : 11761 |
| **Rooms** | : 0 |
| **Fireplace** | : |
| **# Units** | : 0 |
| **Use Code** | : |

6106



←         ⬇   🗑   ✉   ⋮

### Property Overview

| | |
|---|---|
| **APN:** | 009-613-735 |
| | : GAREN CLARK ESTATE |
| **Primary Owner** | OF |
| **Phone** | : |
| **Secondary Owner** | : |
| **Site Address** | : 38950 TRINIDAD CIR , PALM SPRINGS, CA, 92264 |
| **Mail Address** | : 38950 TRINIDAD CIR , PALM SPRINGS, CA, 92264 |
| **Lot Number** | : 0 |
| **Tract Number** | |
| **Census Tract** | : 9405.00 |
| **Page Grid** | : |
| **Legal Description** | : LOT:A,113 TR#:14920 1.23 ACRES M/L IN POR LOTS A & 113 MB 129/099 TR 14920 INT IN COMMON |

### Property details

| | |
|---|---|
| **Bedrooms** | : 3 |
| **Bathrooms** | : 4.75 |
| **Year Built** | : 1994 |
| **Garage** | : Attached |
| **Square Feet** | : 5235 |
| **Lot Size** | : 0 |
| **Rooms** | : 0 |
| **Fireplace** | : 1 |
| **# Units** | : 0 |
| **Use Code** | : |

|||      ◯      ‹

(107)

## Property History - Prior Transfer

**Recording Date** : 10/7/2020
**Document #** : 2020-0480916
**Price** :
**Document Type** : Conventional
**First TD** :
**Type of Sale** :
**Buyer Vesting**
**Buyer Name** : RAY, THOMAS MORGAN; NOONAN, PATRICK JOSEPH
**Seller Name:** :
**Recording Date** : 8/4/2011
**Document #** : 2011-0342433
**Price** :
**Document Type** : Substitution of Trustee and Full Reconveyance
**First TD** :
**Type of Sale** :
**Buyer Vesting**
**Buyer Name** : CHARLES L MC LAUGHLIN
**Seller Name:** :
**Recording Date** : 8/4/2011
**Document #** : 2011-0342432
**Price** :
**Document Type** : Assignment of Mortgage
**First TD** :
**Type of Sale** :
**Buyer Vesting**
**Buyer Name** : CHARLES L MC LAUGHLIN
**Seller Name:** :
**Recording Date** : 1/1/0001
**Document #** : 2011-0342435
**Price** :

(108)

MC-025

| SHORT TITLE: Estate of Clark Garen v. Gina Rickard and Does 1 Through 25 | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): _____ 2 _____

*(This Attachment may be used with any Judicial Council form.)*

1. At all relevant times, Clark Garen ("Mr. Garen") was the owner of the real estate and premises at issue in this unlawful detainer action, commonly known as 38950 Trinidad Circle, Palm Springs, CA 92264 ("Premises").

2. Mr. Garen passed away on April 26, 2019 and is now deceased. On information and belief, prior to his death, Mr. Garen permitted Defendant Gina Rickard to stay at the Premises as a guest only.

3. Defendant Gina Rickard was never granted any type of tenancy nor ownership interest in the Premises whatsoever. Mr. Garen's will directs Plaintiff to evict Defendant Gina Rickard and all others in unlawful possession from the Premises.

4. The Premises is now owned by the Estate of Clark Garen ("Estate"). Todd Shields is the appointed Personal Representative of the Estate ("Plaintiff").

5. On August 24, 2019, Plaintiff's agent served Defendant Gina Rickard and all other unknown occupants named as Does 1 through 25 with a 60 day notice of termination of tenancy ("60-Day Notice"). A true and correct copy of the 60-Day Notice is attached as Exhibit 1 to the Complaint.

6. On information and belief, Defendant Gina Rickard and Does 1 through 25 remain in unlawful possession of the Premises despite the passing of the move out deadline under the 60-Day Notice.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov


(109)

UD-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Eric M. Khodadian (SBN 288146)<br>KHODADIAN LAW, P.C.<br>601 S. Figueroa St., Ste. 4050, Los Angeles, CA 90017<br><br>TELEPHONE NO.: 213-330-3382    FAX No. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintif Todd Shields, Personal Representative of Estate of Clark Garen | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Riverside
STREET ADDRESS: 3255 E. Tahquiz Canyon Way
MAILING ADDRESS:
CITY AND ZIP CODE: Palm Springs, 92262
BRANCH NAME: Palm Springs Courthouse

PLAINTIFF: Todd Shields, Personal Representative of the Estate of Clark Garen

DEFENDANT: Gina Rickard and Does 1 Through 25

| | CASE NUMBER: |
|---|---|
| ☒ **REQUEST**  ☐ **COUNTER-REQUEST**<br>**TO SET CASE FOR TRIAL—UNLAWFUL DETAINER**<br>☒ **Plaintiff**  ☐ **Defendant** | PSC1909368 |

1. ☒ **Plaintiff's request.** I represent to the court that all parties have been served with process and have appeared or have had a default or dismissal entered against them. I request that this case be set for trial.

2. **Trial preference.** The premises concerning this case are located at *(street address, apartment number, city, zip code, and county)*:
   38950 Trinidad Circle, Palm Springs, California 92264
   a. ☒ To the best of my knowledge, the right to possession of the premises is still in issue. This case is entitled to legal preference under Code of Civil Procedure section 1179a.
   b. ☐ To the best of my knowledge, the right to possession of the premises is no longer in issue. No defendant or other person is in possession of the premises.

3. **Jury or nonjury trial.** I request ☐ a jury trial ☒ a nonjury trial.

4. **Estimated length of trial.** I estimate that the trial will take *(check one)*:
   a. ☐ days *(specify number)*:    b. ☒ hours *(specify if estimated trial is less than one day)*: 1

5. **Trial date.** I am not available on the following dates *(specify dates and reasons for unavailability)*:
   1/13 (hearing CMC); 1/24 (hearing on MSJ); 1/28 (hearing on MSJ); 2/21 (MSC); 3/9 (trial)

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)**

6. *(Complete in all cases.)* An unlawful detainer assistant ☒ did **not** ☐ did for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)*

   a. Assistant's name:    c. Telephone no.:
   b. Street address, city, and zip code:    d. County of registration:
       e. Registration no.:
       f. Expires on *(date)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: Jan. 8, 2020

Eric M. Khodadian, Esq.
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- An unlawful detainer case must be set for trial on a date not later than **20 days after the first request** to set the case for trial is made (Code Civ. Proc., § 1170.5(a)).
- If a jury is requested, $150 must be deposited with the court 5 days before trial (Code Civ. Proc., § 631).
- Court reporter and interpreter services vary. Check with the court for availability of services and fees charged.
- If you cannot pay the court fees and costs, you may apply for a fee waiver. Ask the court clerk for a fee waiver form.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
UD-150 [New January 1, 2005]

**REQUEST/COUNTER-REQUEST TO SET CASE
FOR TRIAL—UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 631,
1170.5(a), 1179a
www.courtinfo.ca.gov

(110)

CIV-130

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
  Eric M. Khodadian (SBN 288146)
  KHODADIAN LAW, P.C.
  601 S. Figueroa St., Ste. 4050, Los Angeles, CA 90017

    TELEPHONE NO.: 213-330-3382    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* eric@khodadianlaw.com
  ATTORNEY FOR *(Name):* Plaintiff Todd Shields, Personal Representative of Estate of Clark Garen

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
  STREET ADDRESS: 3255 E. Tahquitz Canyon Way
  MAILING ADDRESS:
  CITY AND ZIP CODE: Palm Springs, 92262
  BRANCH NAME: Palm Springs Courthouse

PLAINTIFF/PETITIONER: Todd Shields, Personal Representative of the Estate of Clark Garen

DEFENDANT/RESPONDENT: Gina Rickard and Does 1 Through 25

| NOTICE OF ENTRY OF JUDGMENT OR ORDER | CASE NUMBER: |
|---|---|
| *(Check one):*  ☐ UNLIMITED CASE (Amount demanded exceeded $25,000)  ☒ LIMITED CASE (Amount demanded was $25,000 or less) | PSC1909368 |

TO ALL PARTIES :

1. A judgment, decree, or order was entered in this action on *(date):*  January 23, 2020.

2. A copy of the judgment, decree, or order is attached to this notice.

Date: January 23, 2020

Eric M. Khodadian, Esq.
_____
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _____
               (SIGNATURE)

Form Approved for Optional Use
Judicial Council of California
CIV-130 [New January 1, 2010]

**NOTICE OF ENTRY OF JUDGMENT OR ORDER**

www.courtinf


(111)

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| —Shields v. Rickard | PSC1909368 |

### ATTACHMENT (Number): 2_____

*(This Attachment may be used with any Judicial Council form.)*

Defendant denies Plaintiff's allegations in section 15 of the complaint. Plaintiff alleges that Defendant was never granted any type of tenancy nor ownership interest in the Premises and alleges that Mr. Garen's will directs plaintiff to evict her from the premises.

DEFECTIVE 3 Day Notice: Not properly served

This Answering Defendant alleges that the complaint fails to state a cause of action for unlawful detainer as the three-day notice attached to the complaint was not properly served in accordance with the provisions of Code of Civil Procedure § 1162. Plaintiff filed previous Unlawful Detainer against this Answering Defendant on 11/08/2019. This Unlawful Detainer was subsequently dismissed on 12/19/2019. See Exhibit C. Thus Plaintiff was required to serve a new 60 Day notice. However no such notice was served, the notice attached to the complaint is the same as in the previous Unlawful Detainer

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 2____ of 10____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
3255 E. Tahquitz Cyn Way
Palm Springs, CA 92262
www.riverside.courts.ca.gov

CLERK'S NOTICE OF COMPLAINT FOR UNLAWFUL DETAINER
AND NOTICE OF ASSIGNMENT TO DEPARTMENT FOR ALL PURPOSES

TODD SHIELDS PERSONAL REPRESENTATIVE OF THE

PSC1908167

vs

GINA RICKARD

TO:    ANY AND ALL UNNAMED OCCUPANTS
38950 TRINIDAD CIRCLE

PALM SPRINGS CA 92264

An Unlawful Detainer Complaint has been filed naming you as a defendant.    Access to the court
file will be delayed for sixty (60) days except to a party or an attorney for one of the parties.
Access to the court file will only be provided to others who can: (1) provide names of at least one
plaintiff and one defendant in this action and also provides the clerk with the address (including
apartment, unit, or space number) of the premises or, (2) provide the clerk the name of one of the
parties in this case or the case number and can demonstrate through proper identification that he
or she lives in the subject premises.

This case is assigned to the Honorable Commissioner Mickie E Reed    in Department PS4 for all
purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

Requests for accommodations can be made by submitting Judicial Council form MC-410 no
fewer than five court days before the hearing. See California Rules of Court, rule 1.100.

If you need legal advice, please call an attorney or call one of the phone numbers listed below.

Lawyer Referral Service
4129 Main Street
Riverside, CA 92501
(951) 682-7520

Inland County Legal Services
82632-C Highway 111
Indio, CA 92201
(760) 342-1591 or
(888) 455-4257

CNUD1
8/18/11





← 🗑 ✉ ⋮

(no subject) [Add label] ☆

**TAMI WENDEL** Jan 28
to ginagaren ⌄

↩ ⋮

Statement of facts by Gina Rickard
Around August 29th and I knew something was on the door it was raining that day so that paper was wet the paper and with a 60-day notice it was not signed by anybody but some attorney there was nothing stating that proof of service .in court she claimed she served me August 16th and the paper said the 24th . I said your honor let me show you .denied. I will be submitting along with other paperwork that the first case was dismissed. I have a court case that supersedes this case in probate court. on February 4nd at stanley Mosk . Todd Shields has no right to my property. I have proof that the property is mine. I tried to show the judge he said denied. This judgment needs to be dismissed just like the first attempt at Todd's unlawful detainer that was dismissed on 12/19. these cases have not even been 60 days apart for a new 60 day notice. I wasn't served properly .

**Draft** 12:37 PM
to printandgo ⌄                                    ✎

---------- Forwarded message ---------
From: **TAMI WENDEL** <tokentami@gmail.com>

 III   ○   ‹

(114)

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NO. | | YEAR | MAKE | ODOMETER |
|---|---|---|---|---|
| DRG34320 | | 1978 | ROL | |

| BODY TYPE | MODEL | MSRP | ODOMETER REMARKS |
|---|---|---|---|
| CN | DRG3 | 97175 | ** EXEMPTED ** |

| TITLE NO. | ISSUE DATE | TYPE OF TITLE | BRAND |
|---|---|---|---|
| 10287818-77-CA | 06-01-1999 | ORIGINAL | |

**MAILING ADDRESS**

GAREN, CLARK
PO BOX 2275
GARDNERVILLE NV   89410

**OWNER(S) NAME AND ADDRESS**

GAREN, CLARK
PO BOX 2275
GARDNERVILLE                    NV 89410

**LIENHOLDER**

**RELEASE OF LIEN**

INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED

_____ BY _____        3-2-19

LIENHOLDER NAME        SIGNATURE OF AUTHORIZED AGENT        DATE

**ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES AND
PUBLIC SAFETY, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE
DESCRIBED ABOVE, SUBJECT TO LIEN(S) AS SHOWN**

RD-2 (Rev. 10/96)

CONTROL NO.

M194631

(THIS IS NOT A TITLE NO.)


(115)

# CERTIFICATE OF TITLE

VIN
SCBLB51E7XCX02097

YEAR
1999

MAKE
BENT

MODEL
ARNAGE

VEHICLE BODY
P4D

TITLE NUMBER
NV0037727

DATE ISSUED
01/15/2010

ODOMETER MILES

FUEL TYPE
G

SALES TAX PD

EMPTY WT

GROSS WT

GVWR

VEHICLE COLOR

ODOMETER BRAND
EXEMPT

BRANDS

**OWNER(S) NAME AND ADDRESS**
GAREN CLARK
PO BOX 29010
LAUGHLIN NV  89028-9010

**LIENHOLDER(S) NAME AND ADDRESS**

**LIENHOLDER(S) RELEASE** – INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELE

SIGNATURE OF AUTHORIZED AGENT                    DATE

PRINTED NAME OR COMPANY STAMP

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FA
COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**
The undersigned hereby certifies the vehicle described in this title has been transferred to the following buyer(s):

Nevada Driver's License Number or Identification Number

1635091A

_Gina Rickard_

Printed Full Legal Name of Buyer







(116)

# CERTIFICATE OF TITLE

| VIN | YEAR | MAKE | MODEL | VEHICLE BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| SCBZP03D3NCX44282 | 1992 | BENT | ZP03 | 4D | 7200479-1465 |

DATE ISSUED    ODOMETER MILES    FUEL TYPE    SALES TAX PD.    EMPTY WT.    GROSS WT.    GWR
06/01/2004    G

VEHICLE COLOR          ODOMETER BRAND          BRANDS

EXEMPT

**OWNER(S) NAME AND ADDRESS**
GAREN CLARK
P O BOX 29940
LAUGHLIN NV  89028

**LIENHOLDER(S) NAME AND ADDRESS**

**LIENHOLDER(S) RELEASE** - INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED:

SIGNATURE OF AUTHORIZED AGENT                                          DATE

Printed Name

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following buyer(s):

Gina Rickard
Printed Name of Buyer(s)

35950 Trinidad Palm Springs Ca                    92264
Address          City          State          Zip Code

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY.
☐ Exempt - Model year over 9 years old.

☐ AND
☐ OR

NO TENTHS

ODOMETER READING

Clark Galen
Printed Name of Seller(s)          Date of Sale

Gina Rickard
Printed Name of Buyer(s)

CONTROL NO.    1635091A

**ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN(S) AS SHOWN.**

(117)

# CERTIFICATE OF TITLE

| | | | |
|---|---|---|---|
| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
| 1T0BS18D7ES074481 | 84 | TRL | |
| BODY TYPE | MODEL | MSRP | ODOMETER REMARKS |
| FW | BOAT | 2643 | |
| TITLE NO. | ISSUE DATE | TYPE OF TITLE | BRAND |
| 4243197-33-91 | 02-19-93 | ORIGINAL | |

MAILING ADDRESS

GAREN, CLARK
PO BOX 94498
LAS VEGAS NV   89193

OWNER(S) NAME AND ADDRESS

GAREN, CLARK
PO BOX 94498
LAS VEGAS                NV 89193

LIENHOLDER

## RELEASE OF LIEN

INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED

_____ BY _____            /      /
            LIENHOLDER NAME                    SIGNATURE OF AUTHORIZED AGENT                              DATE

ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES AND
PUBLIC SAFETY, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE
DESCRIBED ABOVE, SUBJECT TO LIEN(S) AS SHOWN

RD-2 (Rev. 7/91)

CONTROL NO.

F449364

(THIS IS NOT A TITLE I

ALTERATION OR ERASURE VOIDS THIS TITLE


(118)

# CERTIFICATE OF TITLE

|   | YEAR | MAKE | MODEL | VEHICLE BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| A841238 | 2001 | ASBL | BOAT | BT | NV001088947 |

TE ISSUED    ODOMETER MILES        FUEL TYPE    SALES TAX PD.    EMPTY WT.    GROSS WT.        GVWR
7/07/2006                          0                           750

HICLE COLOR                      ODOMETER BRAND            BRANDS

**VNER(S) NAME AND ADDRESS**
AREN CLARK
O BOX 29010
AUGHLIN NV 89028

**NHOLDER(S) NAME AND ADDRESS**

**IHOLDER(S) RELEASE -** INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED:

TURE OF AUTHORIZED AGENT                                    DATE

d Name

**ERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP.
LURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**
undersigned hereby certifies that the vehicle described in this title has been transferred to the following buyer(s):

Gina Rickard                                        ☐ AND
ted Name of Buyer(s)                                  ☐ OR

                    Gift

3950 Trinidad Cir    Palmsprings    Cg    92264
dress                          City            State        Zip Code

ertify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
☐ The mileage stated is in excess of its mechanical limits.        Date of Sale
☐ The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY.
☐ Exempt - Model year over 9 years old.

| | | | | NO TENTHS |
|---|---|---|---|---|
ODOMETER READING

                                                    Clark Balen
                                                    Printed Name of Seller(s)

                                                    Gina Rickard
                                                    Printed Name of Buyer(s)

**CCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR
VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE
VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN(S) AS SHOWN.**

CONTROL NO.
3203821A

RD-2 (Rev. 10/01)                                (THIS IS NOT A TITLE NO.)

**ALTERATION OR ERASURE VOIDS THIS TITLE**


(119)

# CERTIFICATE OF TITLE

683190702D3

VEHICLE HISTORY

AUTOMOBILE    TITLE ONLY

| | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| VEHICLE ID NUMBER | 1998 | BENT | 4QAJ612 |

SCBZK14C1WCX61609

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| CV | | | G | | $44 | 04/02/2019 |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | | EQ | 2019 | AG | | 07/02/19 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)

RICKARD GINA
38950 TRINIDAD CIR
PALM SPRINGS CA 92262

---

...ertify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELE**...
**...TEREST IN THE VEHICLE.**

1a _____    X _____
      DATE                              SIGNATURE OF REGISTERED OWNER

1b _____    X _____
      DATE                              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing
false statement may result in fines and/or imprisonment.

The odometer now reads [            ] (no tenths), miles and to the best of my knowledge reflects the act...
mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correc...

| DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|
| | X |
| | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY |

| DATE | TRANSFEROR/SELLER SIGNATURE(S) |
|---|---|
| | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | |

**IMPORTANT READ CAREFULLY**

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within
10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company
names must be countersigned)

Release Date    CA19007957

006005    REG. 17.30RS (REV.0...



(120)

# CERTIFICATE OF TITLE

| IN | YEAR | MAKE | MODEL | VEHICLE BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| JD15213038W | 1973 JAGU | XKE | | CV | 6692996-1467 |

| ATE ISSUED | ODOMETER MILES | FUEL TYPE | SALES TAX PD. | EMPTY WT. | GROSS WT. | GVWR |
|---|---|---|---|---|---|---|
| 10/15/2003 | | G | | | | |

EHICLE COLOR                    ODOMETER BRAND          BRANDS

EXEMPT

**WNER(S) NAME AND ADDRESS**
GAREN CLARK
P O BOX 29940
LAUGLHLIN NV 89028

**IENHOLDER(S) NAME AND ADDRESS**

**ENHOLDER(S) RELEASE** - INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED:

GNATURE OF AUTHORIZED AGENT

Printed Name                                                    DATE

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP.
FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following buyer(s):

Printed Name of Buyer(s)   Gina Renee Rickard

Printed Name of Buyer(s)                                       ☐ AND
                                                              ☐ OR
Address   38450 Trinidad Cir   Palm Springs  Sq  922

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

| | | | | | | | NO TENTHS |
|---|---|---|---|---|---|---|---|
ODOMETER READING

☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY.
☐ Exempt - Model year over 9 years old.

Date of Sale  G/4 march

Signature of Seller(s)
I am aware of the above odometer certification made by the seller/agent. ☐

Signature of Buyer(s)

Printed Name of Seller(s)   Clark Garen

**ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR
VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE
VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN(S) AS SHOWN.**

Printed Name of Buyer(s)   Gina Rickard

RD-2 (Rev. 10/01)                CONTROL NO.  0900214A


(121)



# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

683190627F3

AUTOMOBILE          TITLE ONLY

**VEHICLE ID NUMBER**
SCAZN42A6FCX12002

| | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| | 1985 | ROL | 4QAJ610 |

**BODY TYPE MODEL**
4D

AX    **UNLADEN WEIGHT**    **FUEL** G    **TRANSFER DATE**

**FEES PAID**    $44

**REGISTRATION EXPIRATION DATE**
04/02/2019

**YR 1ST SOLD**    AZ    **CLASS**    **\*YR** 2019    **MO** AF

**EQUIPMT/TRUST NUMBER**

ISSUE DATE
06/27/19

**MOTORCYCLE ENGINE NUMBER**

**ODOMETER DATE**    **ODOMETER READING**

**REGISTERED OWNER(S)**
RICKARD GINA
38950 TRINIDAD CIR
PALM SPRINGS CA 92262

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEA**
**INTEREST IN THE VEHICLE.**

1a.____  X ____
   DATE          SIGNATURE OF REGISTERED OWNER

1b.____  X ____
   DATE          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a
false statement may result in fines and/or imprisonment.

The odometer now reads [_____] (no tenths), miles and to the best of my knowledge reflects the act
mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING**    ☐ Odometer reading is **not** the actual mileage.    ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correc

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within
10 days

LIENHOLDER'S

2.  X
    Signature releases interest in vehicle. (Company
    names must be countersigned)
    Release Date _____

CA18995711

003594          REG. 17.30RS (REV

**KEEP IN A SAFE PLACE - VOID IF ALTERED**


(122)

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

6831906 27F3

**AUTOMOBILE**

VEHICLE ID NUMBER

SCAZGO3C5SCX55517

BODY TYPE MODEL

4D

YR MODEL  1995   MAKE  ROROY

PLATE NUMBER   8KIR342

REGISTRATION EXPIRATION DATE   04/02/2020

AX   UNLADEN WEIGHT   FUEL  G   TRANSFER DATE   FEES PAID  $275

ISSUE DATE   06/27/19

YR 1ST SOLD  BE   CLASS  2019   *YR  AF   MO

EQUIPMT/TRUST NUMBER

ODOMETER DATE   ODOMETER READING

MOTORCYCLE ENGINE NUMBER

REGISTERED OWNER(S)

RICKARD GINA
38950 TRINIDAD CIR
PALM SPRINGS CA 92262

- - - - -
- - - - -

certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASE**
**ITEREST IN THE VEHICLE.**

1a _____   X _____
DATE                         SIGNATURE OF REGISTERED OWNER

1b _____   X _____
DATE                         SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING**   ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) X | DATE | TRANSFEREE/BUYER SIGNATURE(S) X |
|------|----------------------------------|------|----------------------------------|
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

003593   CA189957115



(123)

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

VEHICLE HISTORY

460701226I

UTOMOBILE

YR MODEL **1999**   MAKE **CADI**

PLATE NUMBER **4DGV414**

REGISTRATION EXPIRATION DATE **02/08/2008**

EHICLE ID NUMBER **G6ET1294XU605093**

AX  UNLADEN WEIGHT   FUEL **G**   TRANSFER DATE **01/20/07**

FEES PAID **$128**

ISSUE DATE **02/02/07**

ODY TYPE MODEL **5**

YR 1ST SOLD **1999**   CLASS **CE**   *YR **2007**   MO **NN**

EQUIPMT/TRUST NUMBER

ODOMETER DATE **01/20/2007**   ACTUAL MILEAGE

ODOMETER READING **13434 MI**

OTORCYCLE ENGINE NUMBER

EGISTERED OWNER(S)

AMORA SALLY DORADO
?27 MAGNOLIA AVE APT 314
HITTIER CA 90601

- - - -
- - - -

---

ertify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTER**

**THE VEHICLE.**

a. ___6/4/18___ DATE   X _Sally Zamora_ SIGNATURE OF REGISTERED OWNER

b. _____ DATE   X _____ SIGNATURE OF REGISTERED OWNER

ederal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or provid alse statement may result in fines and/or imprisonment.

The odometer now reads ___518525___ (no tenths), miles and to the best of my knowledge reflects the mileage unless one of the following statements is checked.

**WARNING**   ☐ Odometer reading is **not** the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

---

*I certify under penalty of perjury under the laws of the State of California that the foregoing is true and corre*

| DATE **6/4/18** | TRANSFEROR/SELLER SIGNATURE(S) X _Sally Dorado Zamora_ | DATE | TRANSFEREE/BUYER SIGNATURE(S) X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY |

**IMPORTANT READ CAREFULLY**

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles wi 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

002229  CA101133

REG. 17.30F

# STATE OF CA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

683190702D3

**TITLE ONLY**

AUTOMOBILE

| YR MODEL | MAKE |
|---|---|
| 2004 | CADI |

PLATE NUMBER
4QAJ613

VEHICLE ID NUMBER
3GYFK66NX4G156391

REGISTRATION
EXPIRATION DATE
04/02/2019

BODY TYPE MODEL
4W

| AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE |
|---|---|---|---|
| | | G | |

FEES PAID
$44

ISSUE DATE
07/02/19

| YR 1ST SOLD | CLASS | *YR | MO |
|---|---|---|---|
| | AZ | 2019 | AG |

EQUIPMT/TRUST NUMBER

ODOMETER DATE        ODOMETER READING

MOTORCYCLE ENGINE NUMBER

REGISTERED OWNER(S)

RICKARD GINA
38950 TRINIDAD CIR
PALM SPRINGS CA 92264

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEAS** INTEREST IN THE VEHICLE.

1a _____ X _____
    DATE              SIGNATURE OF REGISTERED OWNER

1b _____ X _____
    DATE              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ] [ ][ ][ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
   Signature releases interest in vehicle. (Company names must be countersigned)

   Release Date _____

CA190079591

006020

(125)

REG. 17.30RS (REV.02/201

Gina Rickard
38950 Trinidad Cir
Palm Springs, CA 92264
June 29th, 2019

Todd Allen Shields
P.O. Box 45405
Los Angeles, CA 90045

RE: Production of Credit Card Statements

I understand you have been appointed Special Administrator, by order of a District Court Judge, signed on or about 6/5/2019, to act for the Estate of Clark Garen. This was accomplished pursuant to an Ex parte Petition submitted, by you to the Clark County, Nevada Court.

As you know, I have interest in the Estate, which will be filed at the appropriate time. I do not understand why probate was initiated in Nevada when Clark was a resident of Palm Springs, CA. In addition, most if not all, of Clark Garen's assets and business interests are located in California. One way to affirmatively establish Clark Garen's true residency in California would be review of his Credit Card statements.

Since you have control of all of Clark Garen's files and documents, I hereby request you provide me copies of all of Clark Garen's Credit Card statements for the last 14 months including but not limited to the following credit cards:

1. Diners Club International Card no: 5528 4100 7037 5806
2. Diners Club International Card no: 5528 4100 7084 6533
3. MileagePlus Awards Chase (Visa) Card no: 4081 6105 3001 3614
4. MileagePlus Awards Chase (Visa) Card no: 4388 5760 1105 9659
5. MileagePlus Awards Chase (Visa) Card no: 4388 5761 1610 7957
6. Southwest Rapid Rewards Card no: 4147 2021 6266 2249
7. Alaska Airlines Card no: 4800 1134 2019 0933
8. Wells Fargo Rewards Card no: 4147 1801 9765 2312
9. Bank of America Power Rewards Card no: 5466 3220 1394 7811
10. Chase Sapphire Card no: 4147 2020 2116 2076


(126)

Todd Allen Shields
June 29th, 2019
Page 2

11. Chevron Gas Card no: 7061 5910 6164 0073
12. Shell Gas Account no: 945 860 898 Card no: 61004
13. Phillips 76 Gas card no: 7076 2222 0022 8827
14. Exxon Mobil Card no: 7302 8507 1214 4326
15. American Express Business Card no: 3727 265231 71023
16. Bank of America Business Card no: 4339 9316 9520 7506

Or, you can authorize me to obtain such copies from the respectable banks.

I am sure you will agree the Probate of Clark Garen's Estate in the County he actually
resided in would be the proper next step. I believe you will concur that such action would
also be beneficial to the heirs and creditors of Clark Garen who want to follow and/or
participate in the Probate proceedings.

Sincerely,


Gina Rickard



STPP08717

+ New message    ↩ Reply ⌄    🗑 Delete    🗄 Archive    ⊞ Move to ⌄    ⊘ Categorize ⌄    ⋯    ↑ ↓ ∧

🔍 Search

≡

🔘 Inbox          40
🚫 Junk Email     123
✎ Drafts          1
➤ Sent Items
🗑 Deleted Items   4
🗄 Archive
   Conversation Hist...
   Unwanted
   New folder

### Clark Garen Estate Probate case #P1909940 and a Will case #W19016026

**From:** Joey Powell <joey@rklegal.com>
**Date:** June 28, 2019 at 9:49:06 AM PDT
**To:** 'Eric J Charles' <ejcharles@gmail.com>, Brendan Bybee <brendan@rklegal.com>
**Cc:** "Ginagaren@hotmail.com" <Ginagaren@hotmail.com>, Kelly Evans <kelly@kellyandlaura.com>, Geoffrey Maingart <strumenti@gmail.com>
**Subject:** RE: Clark Garen Estate Probate case #P1909940 and a Will case #W19016026

Hello Eric,

I am handling the California probate administration for Mr. Garen's estate.   What are the respective mailing addresses for you and Geoffrey Maingart so that I can mail you the various notices associated with the California Estate proceeding?  As Brendan Bybee has explained, because each of the Estate's has not yet been officially opened, there is no authority to pay anybody yet from Mr. Garen's respective estates.

Thank you.

*Joey*
--------------------------
**Joseph J. Powell**
Attorney (Nevada & California)
joey@rklegal.com
702-255-4552 or 855-255-4552 (Office)


RUSHFORTH
LEE & KIEFER LLP
TRUST AND ESTATE ATTORNEYS

For address and vCard, *click here*.

We use ShareFile by Citrix to share large or confidential files securely.
• For those with a ShareFile account: click here.
• To upload without a ShareFile account: click here.


**From:** Eric J Charles <ejcharles@gmail.com>
**Sent:** Thursday, June 27, 2019 3:27 AM
**To:** Brendan Bybee <brendan@rklegal.com>
**Cc:** Ginagaren@hotmail.com; Kelly Evans <kelly@kellyandlaura.com>; Geoffrey Maingart <strumenti@gmail.com>; Lance Olson <lance@rklegal.com>; Office <office@rklegal.com>
**Subject:** Clark Garen Estate Probate case #P1909940 and a Will case #W19016026

**Dear Brendan Bybee,**
   **This email is to formally submit our request for compensation from the Estate of Clark Garen. Geoffrey Maingart and myself, Eric J Charles were tenants on 929 Calle Miramar, in Redondo Beach California from July 2016 to May 3, 2019. We were asked to vacate the property by Clark Garen so he could sell the house and move on with**


(128)



*For address and vCard, click here.*

*We use ShareFile by Citrix to share large or confidential files securely.*
· *For those with a ShareFile account: click here.*
· *To upload without a ShareFile account: click here.*

From: Eric J Charles <ejcharles@gmail.com>
Sent: Thursday, June 27, 2019 3:27 AM
To: Brendan Bybee <brendan@rlklegal.com>
Cc: Ginagaren@hotmail.com; Kelly Evans <kelly@kellyandlaura.com>; Geoffrey Maingart <strumenti@gmail.com>; Lance Olson <lance@rlklegal.com>; Office <office@rlklegal.com>
Subject: Clark Garen Estate Probate case #P1909940 and a Will case #W19016026

Dear Brendan Bybee,

   This email is to formally submit our request for compensation from the Estate of Clark Garen. Geoffrey Maingart and myself, Eric J Charles were tenants on 929 Calle Miramar, in Redondo Beach California from July 2016 to May 3, 2019. We were asked to vacate the property by Clark Garen so he could sell the house and move on with his affairs. He offered us a financial incentive of $6000.00 per person if we were able to vacate by May7th, 2019. We were able to comply with the request and sadly, our compassionate benefactor, Mr. Clark Garen passed away before he could remunerate our compensation. There are four witnesses to the agreement. Geoffrey and myself who spoke to Clark personally on the telephone shortly before his surgery, and his fiancee Gina, who was present with Clark at the time of the phone conversation. In addition we have numerous email interchanges with Mr. Garen's Broker and representative, Jame Bangar, depicting the specific amounts of the agreement. In addition we are also owed our security deposit of $5000.00. We had an arrangement with Mr. Bangar to exchange cash for keys at the time of the walk through inspection. Sadly Clark passed and we were never presented with the opportunity for a walk through inspection and the locks were changed by parties unknown to us and we never were given the opportunity to have an inspection and to legally turn over possession of the property in the spirit of our agreement we had with Mr, Garen and his representative, the Broker James Bangar. Because we didn't have the inspection we were unable to determine if we left any property behind, (and Geoffrey thinks he forgot some table setting ware) and I also was intending to mop the kitchen floor downstairs and return parts of the downstairs stove from the upstairs dishwasher. Nonetheless we were told at the funeral by Don Hopp that Todd Shields was going to be the executor of the estate, and we have not heard from him or been compensated. Therefore this letter is our formal request for remittance for our security deposit and compensation for compliance in the matter of early vacating of the premises according to our agreement. Below is a depiction of our promised compensation from an email from James Bangar, Clark's representative to Clark. Sadly Clark passed before we were compensated on either the early amount or the after vacating amount.

   Thank-You for your help and considerations in this matter,

         Sincerely,

            Eric J Charles and Geoffrey Maingart





## Fwd: Clark Garen Estate Probate case #P1909940 and a Will case #W19016026

1 message

**GINA RICKARD** <ginagaren@hotmail.com>                                Sun, Jun 30, 2019 at 9:21 PM
To: christaingorball@gmail.com <christaingorball@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Eric J Charles <ejcharles@gmail.com>
> **Date:** June 28, 2019 at 11:32:22 AM PDT
> **To:** Brendan Bybee <brendan@rlklegal.com>
> **Cc:** Joey Powell <joey@rlklegal.com>, "Ginagaren@hotmail.com" <Ginagaren@hotmail.com>, Kelly Evans
> <kelly@kellyandlaura.com>, Geoffrey Maingart <strumenti@gmail.com>
> **Subject: Re: Clark Garen Estate Probate case #P1909940 and a Will case #W19016026**

Yes, that is correct, thanks so much!

Eric and Geoffrey:

28717 Cedar Bluff Dr., Rancho Palos Verdes, CA 90275

On Fri, Jun 28, 2019 at 9:52 AM Brendan Bybee <brendan@rlklegal.com> wrote:

> Eric,
>
> I have your address as 28717 Cedar Bluff Dr., Rancho Palos Verdes, CA 90275. Let me know if that has
> changed. Otherwise, we will see that notices are sent there.
>
> *Brendan*
>
> ---------------------------
>
> ### Brendan Bybee
> Attorney at Law
>
> brendan@rlklegal.com
>
> 702-255-4552 or 855-255-4552 (Office)



DON GORBALL, or CHANTEL RICKARD satisfy my

e any property upon my death.

ED: __10/9/2017__

CLARK GAREN

Page 8 of 9                                    Initials

Orininal Will
I first sow done in Dark
Blue. light blue, black and
Dots, and all circle for
On the date written b___ Clar is signure

(132)



TODD A. SMITH

Authorized Signer 1 Signature

Authorized Signer 2 Name

CLARK GAREN

Authorized Signer 2 Signature

Authorized Signer 3 Name

LEE E. SMITH

Authorized Signer 3 Signature

(133)

1299 Fa... ...
Omaha, NE 68102
866.351.5646 (toll free)

Page 1 of 8



BA1W-P190318100659000001

CLARK GAREN
PO BOX 29010
LAUGHLIN NV 89028-9010

## STATEMENT SUMMARY

| Account Number | Type of Account | Balance |
|---|---|---|
| 2124416 | Basic Checking | $42,757.25 |
| 2124416 | Overdraft Banking ODP | $4,683.24 |

### 2124416 - BASIC CHECKING

| | | | |
|---|---|---|---|
| Beginning Balance | $18,389.54 | Average Daily Balance | $33,592.19 |
| Total Deposits | $82,405.82 | Year-To-Date Interest Paid | $0.00 |
| Total Withdrawals | $58,038.11 | Days in Statement Period | 27 |
| Interest Paid | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | $42,757.25 | | |

## OVERDRAFT/RETURNED ITEM FEES

| | Total Fees For This Period | Total Fees Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## TRANSACTION DETAIL

### DEPOSITS/CREDITS

| Date | Description | Amount |
|---|---|---|
| 02/20 | SSA TREAS 310 XXSOC SEC CLARK GAREN XXXXX0151A SSA | $188.60 |
| 02/26 | DEPOSIT | $48,906.85 |
| 03/11 | DEPOSIT | $2,750.00 |
| 03/11 | DEPOSIT | $2,250.00 |
| 03/14 | DEPOSIT | $28,310.37 |

Member FDIC        mutualofomahabank.com        Equal Housing Lender

BA1W-P190318100659000001
0105000000000000001





Primary Account Number

Statement Date

000002124416
Mar 17, 2019
Page 3 of 8

## WITHDRAWALS/DEBITS

*Clark said men auto Loan is Toddshidds* (handwritten)

| Date | Description | Amount |
|------|-------------|--------|
| 03/11 | AUTO LOAN PMT  000002124416 | $242.64 |
| 03/15 | AUTO LOAN PMT  000000776420 | $853.92 |

## CHECKS (IN NUMERIC ORDER)

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 03/15 | 9289 | $54.00 | 02/19 | 9608 | $194.85 |
| 03/15 | 9302 * | $100.00 | 02/19 | 9609 | $228.47 |
| 03/15 | 9303 | $168.63 | 02/19 | 9610 | $284.42 |
| 03/15 | 9306 * | $120.00 | 02/20 | 9613 * | $131.85 |
| 03/15 | 9311 * | $111.00 | 02/20 | 9618 * | $126.50 |
| 03/15 | 9312 | $335.98 | 02/20 | 9619 | $192.01 |
| 03/14 | 9314 * | $195.00 | 02/19 | 9620 | $97.98 |
| 03/15 | 9316 * | $118.49 | 02/19 | 9621 | $108.00 |
| 03/15 | 9317 | $47.80 | 02/19 | 9622 | $1,824.57 |
| 03/15 | 9321 * | $275.74 | 02/19 | 9623 | $450.00 |
| 03/15 | 9325 * | $2,867.53 | 02/19 | 9624 | $24.20 |
| 03/13 | 9328 * | $3,504.40 | 02/21 | 9625 | $405.43 |
| 03/15 | 9329 | $1,760.00 | 02/20 | 9626 | $167.00 |
| 03/05 | 9584 * | $1,210.00 | 02/20 | 9627 | $2,676.16 |
| 02/21 | 9587 * | $400.00 | 02/20 | 9628 | $146.56 |
| 02/19 | 9594 * | $2,156.00 | 02/26 | 9638 * | $10,000.00 |
| 02/20 | 9596 * | $11.36 | 03/01 | 9639 | $500.00 |
| 02/19 | 9597 | $1,507.65 | 03/11 | 9641 * | $2,354.30 |
| 02/21 | 9598 | $804.68 | 03/12 | 9642 | $9.99 |
| 02/19 | 9599 | $513.68 | 03/14 | 9645 * | $18,875.56 |
| 02/22 | 9600 | $64.28 | 03/08 | 9646 | $500.00 |
| 02/19 | 9602 * | $105.98 | 03/08 | 9647 | $350.00 |
| 02/19 | 9605 * | $36.50 | 03/11 | 9650 * | $200.00 |
| 02/20 | 9607 * | $625.00 | | | |

* Skip in check sequence

## 2124416 - LINE OF CREDIT

| | | | |
|---|---|---|---|
| Beginning Statement Balance | | Previous Statement Date | 02/15/19 |
| Payments/Credits | $4,925.88 | Statement Ending Date | 03/17/19 |
| Advances/Debits | $242.64 | Credit Limit | $5,000.00 |
| Interest Charged | $0.00 | Credit Available | $316.76 |
| Late Charge | $66.42 | Principal Balance | $4,683.24 |
| Misc. Charge | $0.00 | | |
| Fees Charged | $0.00 | Annual Percentage Rate | 18.0000% |
| | | Payment Due Date | 04/06/19 |
| Ending Statement Balance | $4,749.66 | Amount Past Due | $0.00 |
| Year-To-Date Interest Charge Paid | $209.67 | Current Payment Due | $234.16 |
| | | Total Amount Due | $234.16 |

Member FDIC

*mutualofomahabank.com*

⌂ Equal Housing Lender



(135)



BA1W-P I903181008S9000001
0205000000000000000

## ACCOUNT TRANSACTIONS

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 03/09/19 | PAYMENT - THANK YOU | $242.64 | $4,683.24 |

## FEES

| Date | Description | Amount |
|------|-------------|--------|
| | TOTAL FEES FOR THIS STATEMENT PERIOD: | $0.00 |

## INTEREST CHARGED

| | |
|---|---|
| Interest Charge on Cash Advances to Checking | $66.42 |
| TOTAL INTEREST FOR THIS STATEMENT PERIOD: | $66.42 |

## INTEREST CHARGE CALCULATION

| Days in Cycle | Daily Periodic Rate | Balance Subject to Interest Rate | Periodic Rate Interest Charge |
|---------------|---------------------|----------------------------------|-------------------------------|
| 28 | 0.0004931500% | $4,810.35 | $66.42 |

## 2019 TOTALS YEAR-TO-DATE

| | |
|---|---|
| Total Fees Charged in 2019 | $0.00 |
| Total Interest Charged in 2019 | $209.91 |

Notice: The Annual Percentage Rate and Daily Periodic Rate may vary. See reverse side for important information.

Member FDIC                    *mutualofomahabank.com*                    ⌂ Equal Housing Lender


(136)

Primary Account Number
Statement Date

000002124416
Mar 17, 2019
Page 7 of 8



Ck #: 9608        02/19/2019        Amt: $194.85

Ck #: 9609        02/19/2019        Amt: $228.47

Ck #: 9610        02/19/2019        Amt: $284.42

Ck #: 9613        02/20/2019        Amt: $131.85

Ck #: 9618        02/20/2019        Amt: $126.50

Ck #: 9619        02/20/2019        Amt: $192.01

Ck #: 9620        02/19/2019        Amt: $97.98

Ck #: 9621        02/19/2019        Amt: $108.00

Ck #: 9622        02/19/2019        Amt: $1,824.57

Ck #: 9623        02/19/2019        Amt: $450.00

Ck #: 9624        02/19/2019        Amt: $24.20

Ck #: 9625        02/21/2019        Amt: $405.43

Member FDIC

*mutualofomahabank.com*

🏠 Equal Housing Lender

(137)

Summary Account Number
Statement Date

09002124416
Mar 17, 2019
Page 8 of 8



Ck #: 9626          02/20/2019          Amt: $167.00



Ck #: 9627          02/22/2019          Amt: $2,676.16

Ck #: 9628          02/20/2019          Amt: $146.56

Ck #: 9638          02/26/2019          Amt: $10,000.00



Ck #: 9639          03/01/2019          Amt: $500.00

Ck #: 9641          03/11/2019          Amt: $2,354.30



Ck #: 9642          03/12/2019          Amt: $9.99

Ck #: 9645          03/14/2019          Amt: $18,875.56



Ck #: 9646          03/08/2019          Amt: $500.00

Ck #: 9647          03/08/2019          Amt: $350.00



Ck #: 9650          03/11/2019          Amt: $200.00

Member FDIC

*mutualofomahabank.com*

⌂ Equal Housing Lender

(138)

BA1W-P19031810069000001
0505000000000000000

Primary Account Number    000002124416
Statement Date    Mar 17, 2019
Page 6 of 8

Ck #: 9329    03/15/2019    Amt: $1,760.00

Ck #: 9584    03/05/2019    Amt: $1,210.00

Ck #: 9587    02/21/2019    Amt: $400.00

Ck #: 9594    02/19/2019    Amt: $2,156.00

Ck #: 9596    02/20/2019    Amt: $11.36

Ck #: 9597    02/19/2019    Amt: $1,507.65

Ck #: 9598    02/21/2019    Amt: $804.68

Ck #: 9599    02/19/2019    Amt: $513.68

Ck #: 9600    02/22/2019    Amt: $64.28

Ck #: 9602    02/19/2019    Amt: $105.98

: 9605    02/19/2019    Amt: $36.50

Ck #: 9607    02/20/2019    Amt: $625.00


(139)

BA1W-P190318100659000001
0405000000000000000

Primary Account Number 000002124416
Statement Date Mar 17, 2019
Page 5 of 8



Ck #: 9289          03/15/2019          Amt: $54.00

Ck #: 9302          03/15/2019          Amt: $100.00



Ck #: 9303          03/15/2019          Amt: $168.63

Ck #: 9306          03/15/2019          Amt: $120.00



Ck #: 9311          03/15/2019          Amt: $111.00

Ck #: 9312          03/15/2019          Amt: $335.98



Ck #: 9314          03/14/2019          Amt: $195.00

Ck #: 9316          03/15/2019          Amt: $118.4

Ck #: 9317          03/15/2019          Amt: $47.80

Ck #: 9321          03/15/2019          Amt: $275.74



Ck #: 9325          03/15/2019          Amt: $2,867.53

Ck #: 9328          03/13/2019          Amt: $3,504.40

Member FDIC                    mutualofomahabank.com                    ⌂ Equal Housing Lender


(140)

CLARK GAREN
ATTORNEY AT LAW
PH. 702-299-1166
PO BOX 77010
LAUGHLIN, NV 89029

5016

DATE April 19, 2017

PAY TO THE ORDER OF _Gina Rickard_ $ 5,000.00

_Five Thousand Dollars_

Mutual of Omaha Bank
Telephone Banking 866-781-9400

FOR _____

⑈005016⑈ ⑈104002894⑈ 9000472830⑈

That mine
That gina
used

Ruth Garen

(141)

Settings    **Apple ID**



## Gina Garen

iCloud: clarkgaren@msn.com
Store: ginagaren@hotmail.com

Name, Phone Numbers, Email                    >

Password & Security                            >

Payment & Shipping                      Visa   >

iCloud                                         >
clarkgaren@msn.com

iTunes & App Store                             >
ginagaren@hotmail.com

Share My Location                              >

Set Up Family Sharing                          >

iPhone                                         >
This iPhone XS Max

Sign Out



(142)



Bus:
Credit
Cards

Gina
Rickard

Christoph
Gorball

Clark
Garen

(143)

*To open bank accts 200,000,000*

*To buy prop*
*178 tax prop*
*In millions*

Spokane, Washington, United States
September 16, 2016, 1:34:40 PM · 2,148 of 5,008

# Wire Transfer Services
## Outgoing Wire Transfer Request

Today's Date

09/16/2016

Banker Name

AMBROSIO D. TAPIYA

| | | |
|---|---|---|
| Banker Phone | Store Number | Banker AU |
| 509/483-1686 | 03092 | |

Wells Fargo Reference Number

FWI00649029900471__

Officer/Portfolio Number

02662

Banker MAC

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer insuring you give them the Wire Transfer Agreement. Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the SWIFT BIC, the International Routing Code ('IRC') and the International Bank Account Number ('IBAN').

## Originator's Information

Originator Name

CLARK GARZA

| | |
|---|---|
| Primary ID Type | Primary ID Description |
| PASP | 531316337 |
| Primary ID St/Ctry/Prov | Primary ID Issue Date |
| US | 10/26/2015 |
| Secondary ID Type | Secondary ID Description |
| OTHR CC | WF VISA CREDIT CARD |
| Secondary ID State/Country | Secondary ID Issue Date |

Business, Trust, or Estate Name

W.R.A.G. LLC

## Wire Amount and Source of Funds

| Create AU | Amount (US Dollar) | Debit Wells Fargo Account |
|---|---|---|
| 0006999 | $219,478.50 | |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name

banorte bank

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico)

10901992001001

Purpose of Funds

pay for purchase of loans

(144)

1. SPECTRUM $150,000 KAKZ, TV,
   SENDS
   STATION
   which PHIF (INA RICKARD) overall now
   THE sole owner of Due to CLARK GAREN
   Death 4-26-15 DEBT Collection which PHIF
2. MIDVALIEY
   GIR IS NOW I sole owNER

   $125 HR
     120 Hours
   -----
     1000
      250
     125$
   -----
   $150,000

## Lab, Imaging, and Other Procedure instructions (continued)

Lactate Dehydrogenase (LDH) Level, Blood
Complete by: Apr 08, 2019
Draw labs prior to appointment

Magnesium Level, Blood
Complete by: Apr 08, 2019
Draw labs prior to appointment

Phosphorus Level, Blood
Complete by: Apr 08, 2019
Draw labs prior to appointment

Uric Acid Level, Blood
Complete by: Apr 08, 2019
Draw labs prior to appointment

## Other instructions
**Case management discharge Instruction:**

Good afternoon Mr.Garen, clark

If you have any care coordination needs after leaving City of Hope, please call our case management department at 626 218 3726.

If you have concerns about any new symptoms or problems with current symptoms, please contact the COH Hematology clinic at 626 218 2405 or the 24/7 Nurse Triage Line at 626 471 7133.

Gina

You are going home today    as Dr.  Aribi, A        planned.

Your girlfriend Jina    will transport you home.

You have medication from pax        pharmacy, available for pick up with co-pay as followed. Tel: 626-357-8500

Dulaglutide $36.74 • Evolocumab too soon • levofloxacin $3.40

You are walking and tolerating oral diet , you will have:

Bridge  Home health service will visit  04/05/2019    for : home infusion. Tel: 951-816-6550

Premier infusion care        Will deliver micafungin, cresemba/supply to home between 8pm-10pm . Tel: 310-328-3897

Lucy curci cancer center can provide blood drawl and blood transfusion        Under Dr. Verghese instruction. Tel: 760-674-3602

Local and national resource handout given at admission. **Please call City of hope appointment center at 800-934-5555 to confirm next visit.**

(146)

.d Other Procedure instructions (continued)

ete by: Mar 07, 2019

gnesium Level, Blood
Complete by: Mar 07, 2019

Vitamin D, 25-Hydroxy (Screening for insufficiency)
Complete by: Mar 07, 2019

 Other instructions
VAD care per policy
Complete by: Mar 07, 2019

**Additional instructions**
**Case management discharge instruction:**

Good Morning Mr. Garen, Calrk

If you have any care coordination needs after leaving City of Hope, please call our case management department at 626 218 3726

If you have concerns about any new symptoms or problems with current symptoms, please contact the COH Hematology clinic at 626 218 2405 or the 24/7 Nurse Triage Line at 626 471 7133

You are going home today   as Dr   Anbi, A        planned

Your  Family Jina and freind   will transport you home at 38950 Trinidad circle palm Spring Ca 92264

You have medication from pax                  pharmacy will deliver to bedside by 1200noon with co-pay as follow.

acyclovir $3.40• glyBURIDE $7.00• ondansetron $3.40• phenylephrine-mineral oil-pet $10.00 • sodium chloride $2.00• ursodiol $8.38 • valsartan filled 1/29/19 fro 90 days• Vitamin D3 $3.00 • witch hazel $7.00

You are walking and tolerating oral diet , you will have:

vanura Home health service will visit  02/28/2019    for  home infusion  Tel: 909-989-1230

Premier infusion care  Will deliver micafungin and cresemba infusions to home between 8pm-10pm   Co-pay $384.75/week. Tel: 310-328-3897

Local and national resource handout given at admission. **Please call City of hope appointment center at 800-934-5555 to confirm next visit.**

Thank you.
ao Munoz RN CM
5-218-7182
7/2019

 (147)



## UCLA Health

**Ronald Reagan UCLA Medical Center**

**Santa Monica-UCLA Medical Center and Orthopaedic Hospital**

## HOSPITAL SERVICES

Please note: Your physicians and anesthesiologists will bill you separately for their professional services.

▶ **QUESTIONS?**
- Please contact us at (310) 825-8921 to speak to a Customer Service Representative, between 7:30 a.m. to 4:00 p.m weekdays (except holidays)
- See reverse for important information regarding your bill

▶ **ACCOUNT SUMMARY**

| | |
|---|---|
| | 1001209404 |
| Guarantor Number | June 23, 2019 |
| Statement Date | CLARK GAREN |
| Financially Responsible | 56,760.54 |
| Total Current Charges | 0.00 |
| Patient Payments | -24,016.59 |
| Insurance Payments | 32,402.45 |
| Insurance Adjustments | 0.00 |
| Insurance Pending | |

### Your Responsibility to Pay
**$ 341.00     DUE:  07/13/2019**



## IMPORTANT:
### ABOUT YOUR HOSPITAL ACCOUNT

- This statement contains confidential information about you. Please keep it in a safe place.

- Your account is past due in the amount of $341.00. Please remit payment by 07/13/19

- We hope to serve you again if your healthcare need arises

- Please return the bottom coupon with your payment in the enclosed envelope. For credit card payments, complete the stub at the bottom.

▶ **my.UCLAhealth.org**
my.UCLAhealth.org offers you personalized and secure online access to portions of your health information as well as billing statements.
My Activation Code ................................ 9FVSD 7C82T-F5CDV
My Medical Record Number ............................................. 5694181
Your activation code expires on 07/14/2019

▶ **INSURANCE INFORMATION**
☐ If information below is not correct ✓ here and complete reverse
PRIMARY Insurance ..................................... MEDICARE
Policy Number ............................................ 7J45EC6DR85
SECONDARY Insurance .......................................
Policy Number .............................................

Payments received after the bill date will appear on your next statement.

**FOR CLARK GAREN'S SERVICES AT RONALD REAGAN UCLA MEDICAL CENTER**     ACCT#: 1779897 STATUS: PAST DUE
**DATE OF SERVICE: 04/25/2019 TO 04/26/2019**

| DATE | DESCRIPTION OF SERVICE | CHARGES | PATIENT PAYMENTS | INS. CO. PAYMENTS | ADJUSTMENTS | INSURANCE PENDING | YOUR RESPONSIBILITY |
|---|---|---|---|---|---|---|---|
| | Insurance Adjustment | | | | 32,402.45 | | 341.00 |
| | | | | -24,016.59 | | | |
| | | | | -24,016.59 | -32,402.45 | 0.00 | |
| 05/23/2019 | HB INSURANCE PAYMENT RR ERA | 56,760.04 | 0.00 | S-24,016.59 | S-32,402.45 | $0.00 | S341.00 |
| | **TOTALS for this section** | | $0.00 | | | | |
| | **TOTAL CURRENT CHARGES** | $56,760.04 | | | | | |

Please note that your responsibility is estimated and is subject to change based upon your insurance carrier's final claim determination.

| CURRENT CHARGES | 30-60 DAYS | 60-90 DAYS | 90-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| $ 341.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |



---

## UCLA Health
Ronald Reagan UCLA Medical Center
Santa Monica-UCLA Medical Center and Orthopaedic Hospital
P.O. Box 54922
Los Angeles, CA 90054-0455

  Please remember to sign here. We cannot process your credit card payment without cardholder signature

| GUARANTOR NUMBER | STATEMENT DATE | AMOUNT DUE |
|---|---|---|
| 1001209404 | 06/23/2019 | $ 341.00 |
| | | MINIMUM DUE |
| | | $ 341.00 |
| | | AMOUNT ENCLOSED |

PLEASE PRINT CARD HOLDER NAME

CARD HOLDER SIGNATURE

MAKE CHECK PAYABLE TO: THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**MAIL PAYMENT TO**

RONALD REAGAN UCLA MEDICAL CENTER
SANTA MONICA-UCLA MEDICAL CENTER AND ORTHOPAEDIC HOSPITAL
PATIENT BUSINESS SERVICES
P.O. BOX 740260
LOS ANGELES, CA 90074-8260

UCLASenama001150623 for 00DYB86 P1 6
#@WNMGNP
#047 1000 0321 3694 7#
CLARK GAREN
38950 TRINIDAD CIR
PALM SPRINGS CA 92264-0210

10012094042019062300341007

Dear Ms. Horigan:

This letter will confirm that my residence has now changed from Laughlin, Nevada to Redondo Beach, California. I now reside with my 90 ½ year old mother at the following address:

929 Calle Miramar,
Redondo Beach, California 90277

I have relocated there because she is no longer able to drive her car, and is therefore no longer able to live alone all of the time. However, I still own my single family residential properties in Laughlin, Nevada and Palm Springs, California. These properties are not rented or otherwise occupied and are solely available for my use.

If you have any questions, please do not hesitate to call.

Very truly yours,

LAW OFFICES OF CLARK GAREN

BY

PDF  Passed agreement gifts.pdf



AGREEMENT

W H E R E A S, Sandra L. Walmsley, her daughter, Sara Haddadi, age 13, have been living together in a relationship with Clark Garen in Palm Springs, California since October, 2009; and

W H E R E A S, the relationship has not achieved the expectations of either Clark Garen or Sandra L. Walmsley; and

Whereas, Clark Garen has determined they should no longer live together and has asked Sandra L. Walmsley and her daughter, Sara Haddadi, age 13 to relocate from his residence; and

W H E R E A S, Sandra L. Walmsley quit her a position as Assistant Vice- President of an insurance company in Boston, Massachusetts from which she was receiving take home pay of approximately $5,500.00 per month plus fully paid health insurance for herself and her daughter, Sara Haddadi, age 13, to move to California and attempt to build a relationship with Clark Garen; and

W H E R E A S, Clark Garen promised Sandra L. Walmsley that he would provide Sandra L. Walmsley and her daughter, Sara Haddadi, age 13 relocation assistance and temporary support and assistance in the event Sandra L. Walmsley terminated her employment and moved to California to maintain a full time relationship with Clark Garen and the relationship failed; and

W H E R E A S, Sandra L. Walmsley and her daughter, Sara Haddadi, age 13, has decided to remain in the Palm Springs, California area because Sara has developed strong roots in this community; and

W H E R E A S, CLARK GAREN is currently financially able to assist Sandra L. Walmsley and her daughter, Sara Haddadi, age 13, to relocate to another residence in the Palm Springs area and to provide her with the temporary assistance contemplated under this Agreement.

Page 1 of 6        Initials    Initials

(150)

The parties further intend that this written consent shall operate as a complete defense to any civil or criminal action of any kind or character based upon conduct that is protected by the terms of this Agreement.

Dated: SEPTEMBER 9, 2004

_____
CLARK GAREN

Dated: SEPTEMBER 9, 2004

_____
GINA RICKARD

-4-

(151)

**'S DEPARTMENT**
**OF RIVERSIDE**

**CE TO APPEAR**

☑ MISDEMEANOR

Violation
□ Traffic    □ Nontraffic

Time    AM    Day of Week
PM    S  M  T  W  T  F  S    Case No.

irst, Middle, Last)
□ Owner's Responsibility (Veh. Code, §

State    ZIP Code

State    Class    Commercial    Age    Birth Date
□ Yes    □ No

air    Eyes    Height    Weight    Race    □ Juvenile (

r VIN    State    Reg. MO/YR

Make    Model    Body Style    Color    □ COMMERCIAL VEH
(Veh. Code, §

Financial Responsibility    CHP/DOT/PUC/ICC    □ HAZARDOUS MAT
(Veh. Code, §

wner or Lessee
□ Same as Driver

□ Same as Driver

State    ZIP Code

olation (Veh. Code, § 40610)    □ Booking Required (see reverse)    Misdemeanor

Code and Section    Description    Infraction (

M

M

M

M

P.F./Max. Spd.    Veh. Lmt.    Safe    Radar


(152)

November 10, 2014

9:37 AM

Edit





11/11, 4:16p, SIM 1 Text

I need a ham for Sunday
11/12, 5:42p, SIM 1 Text

I am a ham. You can have me. Clark
11/12, 5:42p, SIM 1 Text

Baby I already got you your my prime
11/12, 5:44p, SIM 1 Text

Read-only message

 1

(154)

cloud




 1


(155)





(156)



 **Gina Renee Rickard**
January 10 · 🌐



 76

57 Comments   2 Shares

 Like        Comment        Share

 **Lloyd Overbey**
Without really knowing you "I AM SO HAPPY
FOR YOU" What we all need is som... See More







(160)



(161)



**EDUCATIONAL NEGOTIATOR'S SERVICE BUREAU**

POST OFFICE BOX NUMBER 1574
TORRANCE CALIFORNIA 90505
TELEPHONE (213) FR 8-3612

NATURALIZATION
   Joseph Reiss;  6/27/1911
   #215511
     Petition Volume 28; Page 62
     Stub volume 8857; page 11

MARRIAGE
   Joseph Reiss and Clara Reinhold
   Borough of Mannattan, City of
   New York, State of New York
   11/6/1918

   Bernard Garen and Ruth Reiss
   Chicago (Cook County), Illinois
   8/20/1945
   #1785401, filed 8/24/45

BIRTH
   Ruth Reiss      1/5/1919
   New York Nursery & Childs
     Hospital
   161 West 61st St.; New York
   Father: Joseph Reiss, age 45
   Mother: Clara Reinhold Reiss,
                 age 35
   302 West 53rd St.
   Registered No.  1388

   Bernard Garen    3/2/1921
   Commonwealth of Pennsylvania
   Place of Birth: Philadelphia
   Father:  Louis Garen
   Mother:  Anna Schmookler
   #599481; filed 3/7/1921

   Clark Garen   9/11/46; 4:55 am
   Dependents Hospital, U S Navy
   Bellflower-Lakewood rural;
   Los Angeles County, Calif.
   Father:  Bernard Garen
   Mother:  Ruth Reiss
   #27034; District #1957;
      Registrar's No.  842

DEATH CERTIFICATES

Clara Reiss         9/22/1945
6014 8th Avenue, Los Angeles
Cause:  Generalized metastatic
     carcinoma, primary in uterus;
     Anemia
Father:  Jacob Reinhold
Mother:  Rachel Weidenfeld
Entombed at Home of Peace Mauso-
     leum;  Groman mortuary
District #1901; Registrar's No. 145

Anna Garen       12/30/1965,
@ Rancho Los Amigos,   12:35 a.m.
   Downey, Calif.
Cause:  Hypostatic bronchopneumonia
     Encephalomalcia, old
     Arteriosclerotic cardio-
        vascular disease
Buried at Shonom Memorial Park;
     Glasband-Willen Mortuary
District No. 7025; Certif. #25615

Lazar Garen   1/22/1961; 1:00 a.m
SS #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
@ 56 Paloma; Venice, Calif.
Cause:  Acute coronary thrombosis
Buried at Sholom Memorial Park
Glasband mortuary
District #7053; Certif. #1878

Bernard Garen   11/3/1986; 8:15 a.
@ Torrance Memorial Hospital
SS #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
Cause:  Ventricular fibrillation
     Myocardial infarction
      A S H D
      Hyper ----    mia
      Essential hypertension
      Diabetes
Buried 11/5/86, Hillside Memorial P
     Mortuary: Hillside Mem'l Pk

(162)

3. I am the only child of BERNARD GAREN, born March 3, 1921, died November 2, 1976 and RUTH REISS GAREN, born January 4, 1919, died June 26, 2012. Both of my parents were also only children.

4. I direct that my estate pay off all mortgages on the personal residence of MARGARET MARY (PEGGY) COSTELLO of Rancho Palos Verdes, California, together with any car loan she may have on the date of my death.

5. If upon my death TARA BROADCASTING, a California Limited Liability Company, is operating with a negative cash flow, I bequeath all of my right, title, and interest in TARA BROADCASTING, a California Limited Liability company and my real property located at 17100 North Indian Avenue, North Palm Springs, California, together with all of the personal property located inside the building at 17100 North Indian Avenue, North Palm Springs, California, to my dear friends and partners in the television station, JAMES B. FITZPATRICK and MARY E. FITZPATRICK, or the survivor of them if one of them should predecease me. However, if, upon my death, TARA BROADCASTING, a California Limited Liability Company is operating with a positive cash flow, I direct that TARA BROADCASTING, a California Limited Liability Company, and the television license for KAKZ Television, Palm Springs, California, together with my real

Initials

property located at 17100 North Indian Avenue, North Palm Springs, California, together with all of the personal property located inside the building at 17100 North Indian Avenue, North Palm Springs, California, be sold and the first $800,000.00 received from the sale be paid to JAMES B. FITZPATRICK and MARY E. FITZPATRICK, or the survivor of them if one of them should predecease me, which returns their investment to them. Any monies received from the sale in excess of their investment of $800,000.00 shall be distributed 25% to JAMES B. FITZPATRICK and MARY E. FITZPATRICK, or the survivor of them if one of them should predecease me, and the balance of 75% shall be distributed to my other heirs as directed by Paragraph 11 hereinafter.

6. I leave my 1998 Bentley Azure Convertible, Nevada License Number 80B745 to TODD SHIELDS of Los Angeles, Califonia.

7. I leave all of my theater ticket subscriptions, including, but not limited to, the Pantages Broadway LA (17 Tickets); Orange County Performing Arts Center (6 Tickets); La Mirada Theater McCoy-Rigby Series (19 tickets) and San Diego Musical Theater (6 Tickets) to STEVEN E. HODGKIN, M.D.

_____
Initials

Page 3 of 9

12. In the event this WILL is held to be invalid, I bequeath leave the balance of all property of which I die possessed, whether real, personal, or mixed, and wheresoever located, including my interest in any such property not otherwise disposed of by this will or in any other manner and any lapsed or failed legacies, together with any insurance on said property or on my life, to MARGARET MARY (PEGGY) COSTELLO. In the event that MARGARET MARY (PEGGY) COSTELLO does not survive my death, I bequeath leave the balance of all property of which I die possessed, whether real, personal, or mixed, and wheresoever located, including my interest in any such property not otherwise disposed of by this will or in any other manner and any lapsed or failed legacies, together with any insurance on said property or on my life, to TODD ALLEN SHIELDS.

13. I nominate TODD ALLEN SHIELDS as Executor of this Will to serve without bond. If he or she shall for any reason fail to qualify as Executor, I nominate PEGGY COSTELLO as Executor to serve without bond. If he or she shall for any reason fail to qualify as Executor, I nominate MICHAEL R.SOLOMON as Executor to serve without bond. The term "my Executor" as used in this Will shall include any personal representative of my estate.



Initials

14. I authorize my Executor to sell, with or without notice, at either public or private sale, and to lease any property belonging to my estate, subject only to such confirmation of court as may be required by law.

15. I authorize my Executor to invest and reinvest any surplus money in the Executor's hands in every kind of property, real, personal, or mixed and every kind of investment, specifically including but not limited to interest bearing accounts, corporate obligations of every kind, preferred or common stocks, shares of investment trusts, investment companies, mutual funds, or common trust funds, including funds administered by the Executor, and mortgage participations, that men of prudence, discretion, and intelligence acquire for their own account.

16. I direct that all inheritance, estate, or other death taxes (excluding any additional tax imposed under Internal Revenue Code Section 2032A or any generation skipping transfer tax) that may by reason of my death, be attributable to my probate estate or any portion of it, or to any property or transfers of property outside my probate estate, shall be paid by my Executor out of my estate disposed of by this Will, without adjustment among the residuary beneficiaries, and shall not be charged against or collected from any beneficiary of my probate estate, or from any transferee or beneficiary of any property outside my probate estate.

_____
Initials

Page 6 of 9

(166)

17. If any beneficiary under this Will in any manner, directly or indirectly, contests or attacks this Will or any of its provisions, any share or interest in my estate given to the contesting beneficiary under this Will is revoked and shall be disposed of in the same manner provided herein as if that contesting beneficiary had predeceased me without issue.

18. I have intentionally omitted SANDRA WALMSLEY and SARA IRENE HADDADI, born August 14, 1998, from this Will and this Testamentary Trust because I have lost contact with both of them and I have already given them everything I wish to give them during my lifetime.

19. I have intentionally omitted GINA RENEE RICKARD from this Will and this Testamentary Trust because she has made my life a living hell and has refused to vacate my home despite numerous requests for her to do so. I have not taken the step of removing her because she has threatened to destroy my personal residence during the time it would take to have her legally removed from my residence. I have never married GINA RENEE RICKARD to promised or agreed to marry GINA RENEE RICKARD, and would never do so. Despite her clamis to the contrary, GINA RENEE RICHARD has never contributed to my support. I direct my Executor or Representative to spend the very last penny in my estate defending any

Initials _____

Page 7 of 9

( 167 )

claim which may be brought by GINA RENEE RICKARD, and I direct my Executor or Representative to pay not one single penny to make any settlement whatsoever with GINA RENEE RICKARD. I have likewise have intentionally omitted her children, CHRISTAIN GORBALL, TRAVIS GORBALL, BRANDON GORBALL, and CHANTEL RICKARD, as they are not my children or related to me and I have provided more than sufficient resources to them during my lifetime. Despite having lived with me for two to four years, I have not developed a relationship with CHRISTAIN GORBALL, TRAVIS GORBALL, BRANDON GORBALL, or CHANTEL RICKARD that motivates me to leave any of my property to any of them. I have carefully considered each bequest in this Will, have left my property to the people who have been important to me during my lifetime. Unfortunately, neither CHRISTAIN GORBALL, TRAVIS GORBALL, BRANDON GORBALL, or CHANTEL RICKARD satisfy my requirements to receive any property upon my death.

DATED:_____

CLARK GAREN

Initials

Page 8 of 9

(168)

DON GORBALL, or CHANTEL RICKARD satisfy my

e any property upon my death.

ED: __10/9/2017__

_____

**CLARK GAREN**

_____

Initials

Page 8 of 9

Orininal will
I first saw done in Dark
Blue. light blue, black and
Dots. and all Circle for
Clar's Signurew

(169)

On the date written below

8

The above and written before, CLARK GABLE declared to us, the undersigned, that this instrument, consisting of these five pages including the page signed by us as witnesses, was his and that and requested us to act as witnesses to it. He at the foregoing signed this will in our presence, all of us being present at the same time. We were, at his or her request, in his or her presence and in the presence of each other, subscribe our names a witnesses. Each states that the testator is not a minor and appears to be of sound mind and that we have no knowledge of any facts indicating that the foregoing instrument, or any part of it, was procured by duress, menace, fraud or undue influence. We, each for himself or herself, declare that each of us is at least the age of majority, and that each of us is, and the others appear to be of sound mind. We, each for himself or herself, declare under penalty of perjury that the foregoing is true and correct and that this execution and this declaration are executed on the

___ th day of October, 2017 at Culver City, California

(1) _____

RESIDING AT _5231 Summertime Lane, Culver City, CA 34295 6

(2) _____

RESIDING AT _1400 West Ave, Townsend, CA 90267_

(3) _____

RESIDING AT _5755 S La Cienega Blvd Apt #_
_2242, Los Angeles, CA 90056_

Initials

Page 9 of 9

(200)